```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                        FORT PIERCE DIVISION
                      CASE NO. 22-CR-80022-CANNON
 3

 4      UNITED STATES OF AMERICA,

 5                    Plaintiff,                  July 12, 2023

 6            vs.                           Fort Pierce, Florida

 7      DANIEL CARVER, LOUIS CARVER,
        and JOSE GOYOS,
 8

 9                    Defendants.

10      _____/

11                         PAGES 1-186

12                       AFTERNOON SESSION
                      TRANSCRIPT OF JURY TRIAL
13            BEFORE THE HONORABLE AILEEN M. CANNON
                  UNITED STATES DISTRICT JUDGE
14

15      APPEARANCES:

16      FOR THE GOVERNMENT:        PATRICK QUEENAN, AUSA
                                   REGINALD CUYLER, AUSA
17                                 ANDREW TAMAYO, AUSA

18      FOR DEFENDANT D. CARVER:   ANDREW FELDMAN, ESQ.

19      FOR DEFENDANT L. CARVER:   JOSHUA S. LOWTHER, ESQ.

20      FOR DEFENDANT GOYOS:       ROBERT ADLER, AFPD
                                   M. CAROLINE McCRAE, AFPD
21
        Official Court Reporter:   Pauline A. Stipes
22                                 West Palm Beach/Ft. Pierce
                                   561-803-3434
23                                 HON. ROBIN L. ROSENBERG

24

25
```

**Pauline A. Stipes, Official Federal Reporter**

```
 1                            INDEX
 2      WITNESSES:
 3      DERTAILIE FAIRWEATHER
 4
 5      Cross Examination by Mr. Feldman        Page 10
 6      Cross Examination by Mr. Lowther        Page 42
 7      Cross Examination by Ms McCrae          Page 44
 8      Redirect Examination by Mr. Queenan     Page 51
 9
10      BLAKE FISHMAN
11      Direct Examination by Mr. Queenan       Page 52
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Pauline A. Stipes, Official Federal Reporter**

1          *THE COURT:*  **All right.  Thank you.  All Defendants and**
2    **counsel are present, as is the Government.**
3          **We are just awaiting confirmation that the jurors have**
4    **returned from lunch.  We have a few minutes to address any**
5    **concerns before we begin.  Anything from the Government?**
6          *MR. QUEENAN:*  **Your Honor, counsel has just brought to**
7    **my attention that they intend to ask this witness about**
8    **attorney meetings.  So we should take that up.**
9          *THE COURT:*  **Okay.  Do you have any information about**
10   **what they intend to do?**
11         *MS. McCRAE:*  **Yes, your Honor, I informed the**
12   **Government I was going to bring it up to the Court, but I guess**
13   **they wanted to let you know.**
14         **I conferred with the Government, because I know when**
15   **we discussed yesterday about when this issue with**
16   **distinguishing between an advice of counsel defense and a good**
17   **faith defense that is based in part on a derivative advice of**
18   **counsel that your Honor wanted to discuss it more before it --**
19         *THE COURT:*  **Well, you were supposed to confer, and we**
20   **were going to revisit this issue on Thursday.  This is how we**
21   **left things.**
22         *MS. McCRAE:*  **Yes, your Honor, and because we do intend**
23   **to ask this witness on cross-examination about events that she**
24   **is privy to, that she has firsthand knowledge of, we were**
25   **intending to go into those matters now.**

**Pauline A. Stipes, Official Federal Reporter**

1          *THE COURT:*  It's too vague, go into those matters,

2      privy to, I have no idea what you are saying, and I am still

3      trying to police this line.  You are not permitted to assert an

4      advice of counsel defense and you can't do so in a back door

5      way that masquerades as one.

6          So, what are you proposing to do?

7          *MS. McCRAE:*  Your Honor, we intend to raise a good

8      faith defense in this case, as we, in an abundance of caution,

9      noticed the Court and the prosecution.  Specifically with this

10     witness, we intend to ask her about the fact that there were

11     attorneys who worked for the business that she worked for.

12         *THE COURT:*  Okay.  I think, you know, attorneys

13     working for the business being present, that is fine.  Okay.

14         *MS. McCRAE:*  Eliciting the details of that, when they

15     are present, who they are, etc.  Then we plan on asking her

16     about meetings, a meeting specifically that she was present for

17     where the owners of the company brought all the employees into

18     one room together.  She was present for that meeting and Mr.

19     Jose Goyos was present for that meeting, and at the meeting the

20     owners conveyed to the employees, after having consulted with

21     their lawyers, that they were going to make some changes and

22     that they were switching to the Dr. Chase model.

23         There were some events that happened at the company

24     that followed that up, so there was a brief break in work.

25     When the employees returned the Dr. Chase model was employed,

1    and we intend to get into that with her.  It goes to the heart

2    of Mr. Goyos' defense.

3           THE COURT:  So, you are trying to assert, as you have

4    described, a derivative advice of counsel defense.

5           MS. McCRAE:  It's a good faith defense, your Honor.

6    It has to do with why Mr. Goyos believed that what he was doing

7    at that company was proper.

8           We are not trying to get into what the communications

9    between the lawyers and their clients were because Mr. Goyos

10   was not present for the conversations between the lawyers and

11   those owners about switching to the Dr. Chase model.  The fact

12   that he was present and she was present when they conveyed what

13   they claimed their lawyers said goes directly to his state of

14   mind and why Mr. Goyos remained at the company.

15          THE COURT:  Okay.  Any argument from the Government?

16          MR. QUEENAN:  Yes, your Honor, we oppose that.  This

17   is an advice of counsel defense.  And your Honor says you can't

18   back door evidence to masquerade as an advice of counsel

19   defense.  That is exactly what this is.

20          The Government agrees the presence of lawyers, the

21   existence of lawyers, that can come in.  When we start getting

22   into different ways to allude to the communications of the

23   attorneys and what was communicated to members of the call

24   center, owners or otherwise, that is advice of counsel, and you

25   get it both ways.  They don't have to reveal the substance of

1    these communications and yet, they get to claim they relied on

2    advice of counsel.

3          *THE COURT:*  Okay.  I am going to rule now.  I am

4    familiar with the parties' arguments.

5          Ms. McCrae, you are not permitted to elicit attorney

6    directives in this indirect way whether you call it a

7    derivative advice of counsel defense or you call it something

8    else.  Your limitations are as follows:  You can inquire about

9    the presence of attorneys.  You can have testimony from your

10   client perhaps that he believed what he was doing was legal.

11   Consistent with rules of hearsay, perhaps you can have your

12   client say that he was told by his supervisors or by Danny

13   Carver or by anybody else, assuming there is a proper

14   evidentiary route for that, that what they were doing -- sorry,

15   excuse me -- that he was told by his supervisors to do X, Y, Z,

16   or that what they were doing was correct according to the

17   supervisor.

18         Once you introduce a midstream communication or

19   directive or passthrough under the guise of an attorney, I

20   think your defense has materially changed and that is what you

21   are not going to be permitted to do.

22         I think this is consistent with the Court's repeated

23   rulings in this case that you are not asserting an advice of

24   counsel defense.  I have ruled on this issue before, so that is

25   the ruling.  I don't want to have to rehash this all over

Pauline A. Stipes, Official Federal Reporter

1   again, but this has been part of the Court's paperless order on

2   this issue following your renewed motion to sever, and the

3   Court offered a citation to a case with the Defendant named

4   Calendury (phon) from the Eleventh Circuit.

5        Respectfully, I don't agree with the Northern District

6   of Texas case with respect to recognizing a new defense such as

7   derivative advice of counsel.  As far as I can tell, that has

8   never been recognized by the Eleventh Circuit.

9        So, those are the rulings with respect to these

10  matters.  Any other issues to raise as far as this witness is

11  concerned?

12       *MS. McCRAE:*  Just a moment, your Honor.

13       Your Honor, a few points of clarification, then.

14  Based on the Court's ruling, am I allowed to inquire of the

15  witness that at this meeting what was conveyed to the employees

16  was that the switch was being done to comply with the changes

17  in the regulations and the rules, without saying that their

18  source of knowledge of that was an attorney?

19       *THE COURT:*  Mr. Queenan.

20       *MR. QUEENAN:*  Your Honor, the witness is clear that

21  she doesn't -- we should make sure the witness is clear she

22  can't answer and indicate that an attorney was present.

23       *THE COURT:*  All right.  I think your line of inquiry

24  is permissible, Ms. McCrae.  Obviously, don't interject the

25  word attorney or the word counsel.  If you keep it within the

Pauline A. Stipes, Official Federal Reporter

1   context of compliance, like you have mentioned, as far as I am

2   concerned, that is okay.  If the witness goes astray, we will

3   have to deal with that.

4          *MR. QUEENAN:*  **Your Honor --**

5          *THE COURT:*  **Any other issues?**

6          *MS. McCRAE:*  **Yes, your Honor.  One, I would seek to**

7   **clarify, I believe in the Government's arguments they said that**

8   **Mr. Goyos was trying to have it both ways, and I for record**

9   **purposes want to note our filing where in an abundance of**

10  **caution we explained this good faith defense, we indicated to**

11  **the extent that Mr. Goyos had any privilege over any of the**

12  **communications with the lawyers, that we were willing to waive**

13  **that.**

14          **That is also why we asked to be in the second part of**

15  **this --**

16          *THE COURT:*  **Yes, but your notice in terms of advice of**

17  **counsel defense clearly said you were not going to be calling**

18  **an attorney, there was no attorney/client relationship.  We are**

19  **just repeating ourselves at this point.**

20          **The notice required all Defendants to notify of an**

21  **intent to pursue an advice of counsel defense.  You might be**

22  **trying to wiggle your way out of that after that notice, but**

23  **that is not what is going to be allowed by the Court, and you**

24  **can assert your good faith defense, and he can testify about**

25  **his own good faith perceptions.**

**Pauline A. Stipes, Official Federal Reporter**

1          Once you introduce directions and information supplied

2     by lawyers, I think you have gone astray from the good faith

3     defense, and you have now basically asserted an advice of

4     counsel defense even if you are not doing so by name.

5          I have your objection noted, thank you Ms. McCrae.

6          Any other issue before we call in the jury?

7          *MS. McCRAE:*  Yes, your Honor.  The last issue is to

8     ask the Court when defense counsel can proffer this excluded

9     line of testimony.  I would request that after this witness'

10    testimony is concluded that we be given an opportunity to

11    elicit her testimony on this excluded area on the record

12    outside the presence of the jury.

13         *THE COURT:*  Your request is denied.  Again, you cannot

14    raise an a advice of counsel defense, that is consistent with

15    the notice, and you can't do so in a back door masquerade

16    fashion.  I don't know how many more ways I can say this.  Your

17    notice is what it was.  This case was severed largely to

18    accommodate the fact that some Defendants were pursuing an

19    advice of counsel defense and some were not.

20         That is where we are and I have heard plenty of

21    argument on this issue.  Your request for additional proffered

22    evidence is denied.

23         All right.  Let's call in the jury.

24         *MS. McCRAE:*  Your Honor, may I clarify the request?

25         I have lodged my objection to the Court's order, I am

                    Pauline A. Stipes, Official Federal Reporter

```
 1    not trying to change the Court's order, but I think when you
 2    exclude testimony for the record, I need to establish for the
 3    Appellate Court what testimony was excluded.
 4            THE COURT:  Just because I have excluded testimony
 5    doesn't require a side proffer every time.  So, no, thank you.
 6            We are calling the jury back in.
 7        (Thereupon, the jury returns to the courtroom.)
 8            THE COURT:  Thank you, please be seated.
 9            All right.  Good afternoon.  Thank you for returning
10    on time, ma'am, I remind you that you are still under oath.
11    Please tell us your name again?
12            THE WITNESS:  Dertailie Fairweather.
13            THE COURT:  Thank you.  Cross-examination, Mr.
14    Feldman.
15                       CROSS-EXAMINATION
16    BY MR. FELDMAN:
17    Q.  Good afternoon, Ms. Fairweather.  How are you?
18    A.  Good afternoon.  Doing well.
19    Q.  My name is Andrew Feldman, I represent Daniel Carver.  Have
20    you and I ever met before?
21    A.  No.
22    Q.  We never talked on the phone?
23    A.  No.
24    Q.  Never communicated in any way?
25    A.  No.
```

Pauline A. Stipes, Official Federal Reporter

11

```
1    Q.  But I have tried to get in touch with you, right?
2    A.  Yes.
3    Q.  Through a private investigator?
4    A.  I am not sure who called.
5    Q.  You know I tried to get in touch with you, right, Ms.
6    Fairweather?
7    A.  Yes.
8    Q.  And you declined to talk to us, right?
9    A.  My phone was off, I got the voice mail after.
10   Q.  But you have talked to the Government in this case a couple
11   of times?
12   A.  Yes.
13   Q.  November 8, 2021?
14   A.  Yes.
15   Q.  December 6, 2021?
16   A.  I don't recall the exact date.
17   Q.  Sometime in December 2021?
18   A.  Yes.
19   Q.  May 16th of this year?
20   A.  Yes.
21   Q.  June 13th of this year?
22   A.  Yes.
23   Q.  As recently as July 3rd, right before July 4th of this
24   year?
25   A.  Yes.
```

```
 1   Q.   So you have had a lot of opportunities to talk to the
 2   Government, right?
 3   A.   Yes.
 4   Q.   I have had no opportunity to talk to you until now, right?
 5   A.   Yep.
 6   Q.   Let's talk a little bit about your background real quick.
 7        Before you began working at Broad Street Lifestyles in or
 8   around March of 2020, you had a background in hospitality,
 9   right?
10   A.   Yes.
11   Q.   You had worked at the Courtyard Marriott, right?
12   A.   Yes.
13   Q.   In Jacksonville?
14   A.   Yes.
15   Q.   The Embassy Suites in Atlanta.
16   A.   Yes.
17   Q.   The Boca Resort and Spa ten months at a period of time.
18   Remember that?
19   A.   Yes.
20   Q.   Right before Mr. Carver gave you a job at Broad Street
21   Lifestyles, you worked at the Conrad Hotel in Fort Lauderdale
22   Beach?
23   A.   Yes.
24   Q.   You worked there for around two years.  Fair statement?
25   A.   Yes.
```

```
 1   Q.   And you stopped working there right around the time that
 2   Covid started, right?
 3   A.   Yes.
 4   Q.   Right around the time Covid started, through your
 5   boyfriend, Rashawn Cadet at that time, he knew a man by the
 6   name of Daniel Carver, Sr., right?
 7   A.   Yes.
 8   Q.   They knew each other because Rashawn works at Enterprise
 9   Car Rental, right?
10   A.   Yes.
11   Q.   Mr. Carver, Sr. does some work for Enterprise Car Rental,
12   right?
13   A.   Yes.
14   Q.   So, through their discussions, you learned about the
15   possibility of a job with Daniel Carver, Jr., my client, right?
16   A.   Yes.
17   Q.   You came in and interviewed with him, right?
18   A.   Yes.
19   Q.   And he gave you a job, right?
20   A.   Correct.
21   Q.   Okay.  And he gave you a job during the period of time that
22   was not so easy, right, because you had just lost your job,
23   correct?
24   A.   Correct.
25   Q.   At that time, were you also pregnant?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  No.
 2    Q.  Did you have a baby in or around November 2020?
 3    A.  No.
 4    Q.  Okay.  When did you have your child?
 5    A.  March '21.
 6    Q.  March '21, okay.
 7        So, when you left in November 2020 Broad Street Lifestyles,
 8    were you pregnant?
 9    A.  Yes.
10    Q.  At that time, didn't Mr. Carver continue to pay you six
11    hundred dollars a week?
12    A.  I don't recall.
13    Q.  You don't recall sitting down with him and having a
14    discussion about continuing to pay you after you left?
15    A.  I don't recall.
16    Q.  Okay.  Now, do you believe that being honest with people is
17    important?
18    A.  Yes.
19    Q.  Do you believe that it is important to tell the truth?
20    A.  Yes.
21    Q.  Do you believe that it is honest to hide things from
22    people?
23    A.  No.
24    Q.  Sorry, do you believe that it is honest to hide things from
25    people?
```

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   No.
 2   Q.   Do you believe employees should be transparent and honest
 3   with their employer?
 4   A.   Yes.
 5   Q.   Have you ever rented or purchased a home or an apartment?
 6   A.   I rent, yes.
 7   Q.   And when you rent an apartment, you have to provide certain
 8   information to the landlord or the person responsible for that
 9   rental, right?
10   A.   Yes.
11   Q.   And they rely on the truth and accuracy of that
12   information, right?
13   A.   Yes.
14   Q.   Now, you admitted in open court today that you forged
15   several documents, right?
16   A.   Yes.
17   Q.   You did it intentionally, right?
18   A.   I was doing my job.
19   Q.   You did it intentionally, right?
20   A.   I was doing my job.
21   Q.   Did you do it intentionally?
22   A.   I was doing what I was told.
23   Q.   Did you do it deliberately?
24   A.   Yes.
25   Q.   You did it knowing that it was wrong, right?
```

```
1    A.  Yes.

2    Q.  It wasn't a mistake?

3    A.  No.

4    Q.  You knew what you were doing was wrong, right?

5    A.  Yes.

6    Q.  Okay.  You did it over and over and over again, right?

7    A.  I was doing my job.

8    Q.  You did it over and over and over again, you testified

9    about that, right?

10   A.  Yes.

11   Q.  Okay.  And again, you knew it was wrong, right?

12   A.  Yes.

13   Q.  And you are here today because you have been subpoenaed by

14   the Government, correct?

15   A.  Yes.

16   Q.  And you have also been given immunity by the Government,

17   right?

18   A.  Yes.

19   Q.  So, despite the fact that you committed multiple crimes for

20   which you could be prosecuted and go to jail, they have given

21   you immunity, right?

22   A.  Yes.

23   Q.  Okay.  You talked about all these different forged

24   signatures.  Do you remember that?

25   A.  Yes.
```

```
 1    Q.  But most of the signatures dealt with a lab called Signify,
 2    right?
 3    A.  Yes.
 4    Q.  You didn't talk about any other labs but Signify, correct?
 5    A.  Yes.
 6    Q.  You didn't talk about any signatures you may pr may not
 7    have forged for doctors for durable medical equipment, right?
 8    A.  No.
 9    Q.  The Government didn't show you any of those documents
10    either, right?
11    A.  No.
12    Q.  Did you ever forge any signatures for durable medical
13    equipment?
14    A.  No.
15    Q.  Just Signify, right?
16    A.  Yes.
17    Q.  You talked about telemedicine briefly, but you didn't have
18    any responsibility or -- strike that.
19        You didn't have any communication with any telemedicine
20    doctors, right?
21    A.  No.
22    Q.  And you never saw Danny Carver forge a signature, right?
23    A.  No.
24    Q.  Now, I mentioned a moment ago that you had multiple
25    meetings with the Government, five meetings I believe.  Does
```

1    that sound about right?

2    A.  Yes.

3    Q.  During a couple of those meetings, you mentioned that when

4    you had problems at work or when you believed that you were

5    doing something wrong at work, that you would speak to your

6    boyfriend at the time, Rashawn.  Do you remember that?

7    A.  Yes.

8    Q.  Do you remember telling the Government that?

9    A.  Yes.

10    Q.  Do you remember whether the Government ever asked what your

11    boyfriend's name was?

12    A.  I don't recall.

13    Q.  Do you remember if you ever told them his name?

14    A.  No.

15    Q.  All right.

16        Now, just sticking with that point, is it fair to say that

17    that is an important thing for someone to remember, their

18    girlfriend at the time crying to them and telling them that I

19    want to leave this job because I am doing something that I

20    think is illegal?  Fair statement?

21    A.  No.

22    Q.  Excuse me?

23    A.  No.

24    Q.  No, it is not something you would expect someone to

25    remember?

```
 1   A.   No.
 2   Q.   Okay.  So, if you told me that you thought you wanted to
 3   leave a job because you were doing something that you believed
 4   was illegal, you wouldn't expect me to remember that?
 5   A.   No.
 6   Q.   Okay.  Now, when you first came into contact with law
 7   enforcement, how did that happen?  Tell me how that happened.
 8   A.   They came to my apartment.
 9   Q.   Okay.  And that was around November of 2021?
10   A.   Yes.
11   Q.   Okay.  When you say "they", who is they?
12   A.   I don't remember their names.
13   Q.   Okay.  Do you remember where they were from?  Were they
14   from the Office of Inspector General, Department of Homeland --
15   A.   They were FBI agents.
16   Q.   What did you say?  Do you remember what agency or agencies
17   they were from?
18   A.   They were FBI agents.
19   Q.   You said agents plural, so there were two of them?
20   A.   Yes.
21   Q.   Okay.  And how did they introduce themselves?
22   A.   They introduced themselves as FBI agents.
23   Q.   Did they provide any other information to you at that time?
24   A.   Yes.
25   Q.   What did they tell you?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   They were with the HSS OIG Fraud Department.
 2    Q.   Did they tell you they were investigating certain conduct?
 3    A.   Yes.
 4    Q.   Did you sit down with them and meet with them?
 5    A.   Yes.
 6    Q.   You didn't request a lawyer, right?
 7    A.   No.
 8    Q.   You met with them openly in your home, right?
 9    A.   Yes.
10    Q.   And you met openly again four more times, right?
11    A.   Yes.
12    Q.   And during each of these occasions, you told them that you
13    committed crimes, right?
14    A.   Yes.
15    Q.   You forged documents, right?
16    A.   Yes.
17    Q.   Documents that laboratories rely on when they submit claims
18    to Medicare, right?
19    A.   Yes.
20    Q.   And you have been given leniency here in exchange for your
21    testimony here today, right?
22    A.   Yes.
23    Q.   And you have an incentive for that reason to tell these
24    jurors whatever it is that the Government wants to hear, right?
25    A.   No.
```

Pauline A. Stipes, Official Federal Reporter

 1    *Q.*  Now, I want to talk to you a little bit about some of the

 2    exhibits that the Government showed you.  Before I do that, you

 3    mentioned during your direct examination something about ICD

 4    codes.  Do you remember talking about ICD codes?

 5    *A.*  Yes.

 6    *Q.*  You didn't have any responsibility for checking whether

 7    specific ICD codes would result in reimbursement by Medicare,

 8    right?

 9    *A.*  Can you repeat the question?

10    *Q.*  Sure.  It wasn't ever your responsibility to sort of --

11    sorry -- let me back up.

12        While you were at Broad Street Lifestyles between March and

13    November 2020, you never talked to patients or Medicare

14    beneficiaries on the phone, right?

15    *A.*  No.

16    *Q.*  You were never trained on how to do that, what the right

17    way to do that is, right?

18    *A.*  No.

19    *Q.*  So, your role was more administrative, verifying specific

20    types of products have been ordered, right?

21    *A.*  Yes.

22    *Q.*  And when you were performing those verifications, one of

23    the things you mentioned you did was look at ICD codes.  Do you

24    remember that?

25    *A.*  Yes.

Pauline A. Stipes, Official Federal Reporter

```
1    Q.  Do you know whether or not -- do you remember whether or
2    not what you were doing was checking to make sure that the --
3    to do what is called like a same and similar check?  Do you
4    remember doing that?
5    A.  No.
6    Q.  Okay.  You don't remember that at all, okay.
7         And you don't know what would have happened if, for
8    example, like a brace or a test was not approved, right?
9    A.  No.
10   Q.  You don't know what the company did at that point, right?
11   A.  No.
12   Q.  Now, I want to go through some exhibits with you.
13        Let's start with -- Ms. Cassisi, can I have the computer,
14   pretty please.
15        Let's look at 1304 first.  Do you remember this one?
16   A.  Yes.
17   Q.  This is an email from you to Ashley, Broad Street
18   Lifestyles, right?
19   A.  Yes.
20   Q.  And we've established that Ashley, Broad Street Lifestyles
21   is Ashley Cigarroa, right?
22   A.  Yes.
23   Q.  And there is a whole bunch of content below this email that
24   is May 6, 2020, right?
25   A.  Yes.
```

```
 1    Q.  And it is a lot of different information.  My question to
 2    you is:  Who provided this information to you?
 3    A.  I don't recall where I got the email from.
 4    Q.  You don't -- well, the email is from you to Ashley, right?
 5    A.  Yes.
 6    Q.  Your testimony is, you don't recall who gave you this
 7    information, right?
 8    A.  No.
 9    Q.  It is just in here, right?
10    A.  Yes.
11    Q.  Okay.  You don't recall whether or not, for example, you
12    may have cut and pasted this from another email or another
13    document, right?
14    A.  No.
15    Q.  Okay.  Now, in this particular email, I want to point out a
16    couple of things.
17        Cardio triage DX 1-4, do you know what DX 1 through 4
18    means?
19    A.  No.
20    Q.  It says:  Always add arhythmia and palpitations.  Do you
21    see that?
22    A.  Yes.
23    Q.  That is not something that Mr. Daniel Carver ever
24    communicated to you, right?
25    A.  No.
```

24

```
 1    Q.  Let's see what else is here.

 2        Again, we have this at the top:  After everything is done,

 3    make sure you change to dispo sent to telemedicine, right?

 4    A.  Yes.

 5    Q.  Is it your understanding that these lab requisition orders

 6    would be sent to the doctor?

 7    A.  Yes.

 8    Q.  That is the Signify lab orders, right?

 9    A.  Yes.

10    Q.  You don't know what happens to the orders after they get

11    sent to the telemedicine doctor, right?

12    A.  No.

13    Q.  You don't know whether the telemedicine doctor signs them

14    or not or denies them, right?

15    A.  If it is signed, it comes back.

16    Q.  Well, bad question.  You don't know whether or not, after

17    it is sent to a telemedicine doctor, whether or not the

18    telemedicine doctor sees the patient or not, right?

19    A.  Yes.

20    Q.  You have no involvement in that part of the process,

21    correct?

22    A.  Correct.

23    Q.  All right.  Now, I want to talk to you about some of these

24    Signify requisition forms.  Let's look at 424.  Do you see this

25    one?
```

1    A.   Yes.

2    Q.   This is the one that you said was not forged, right?

3    A.   Correct.

4    Q.   There is a little bit of a space down here, right?

5    A.   Correct.

6    Q.   There is also an electronic signature, like you said, over

7    here, right?

8    A.   Correct.

9    Q.   Now, we didn't talk -- the Government didn't ask you any

10   questions about this.  Do you remember this?

11   A.   Yes.

12   Q.   You are not saying that you forged the patients' signatures

13   as well, are you?

14   A.   No.

15   Q.   So that is a real patient's signature?

16   A.   Yes.

17   Q.   You are just saying that these doctor signatures are taken

18   from one place to another that you don't remember and then put

19   on these forms, right?

20   A.   Yes.

21   Q.   Okay.  Now, let's look at 425.

22        Now, this is one of the signatures that you say that you

23   forged, right?

24   A.   Yes.

25   Q.   Okay.  Handwriting is not on here, right?

Pauline A. Stipes, Official Federal Reporter

1    A.   No.

2    Q.   Right.  And just looking at this line, you are saying the

3    reason you know that you did this is because there is a space

4    between the signature and the line, right?

5    A.   Correct.

6    Q.   There is also a space between the date and this line,

7    right?

8    A.   Yes.

9    Q.   Okay.  And you are not taking any issue with this

10   signature, right?

11   A.   No.

12   Q.   Real signature, right?

13   A.   Yes.

14   Q.   How about on top here, what is going on here?  Did

15   something get cut off?

16   A.   Looks like it, yes.

17   Q.   Could it have been the zoho Id banner on top there that got

18   cut off?

19   A.   I am not sure.

20   Q.   Typically, aren't these more than one page?

21   A.   Yes.

22   Q.   But this is one page here, right?

23   A.   Sometimes it is back and front.

24   Q.   Let's look at 426.

25        Do you see that one?  This is Timothy Olson this time.

Pauline A. Stipes, Official Federal Reporter

```
 1    Same question about this:  So, this is a signature supposedly
 2    of Timothy Olson.  Do you see that?
 3    A.   Yes.
 4    Q.   You know that Timothy Olson didn't sign this form, right?
 5    A.   Yes.
 6    Q.   Are you telling this jury again that you were the one that
 7    altered this document by putting this doctor's name in here on
 8    June 17, 2021, right?
 9    A.   Yes.
10    Q.   Who is this doctor, by the way?
11    A.   I can't tell the name from the signature.
12    Q.   Is it Lisa Staber?
13    A.   Yes.
14    Q.   Did you ever talk to Lisa Staber?
15    A.   No.
16    Q.   Do you know whether or not Lisa Staber ever followed up
17    with Signify Laboratory?
18    A.   No.
19    Q.   Do you know whether she followed up with the patient
20    Timothy Olson?
21    A.   No.
22    Q.   Okay.  But you did forge her signature, that is your
23    testimony, right?
24    A.   Yes.
25    Q.   You did forge the signature of other doctors, that is your
```

Pauline A. Stipes, Official Federal Reporter

1    testimony?

2    A.   Yes.

3    Q.   You knew that it was illegal when you did it?

4    A.   Yes.

5    Q.   Now, I want to ask you about a couple of other documents --

6    by the way, just focusing on this one, again, there is nothing

7    on this requisition form, Signify requisition Form 426, or 425,

8    or any other Signify requisition forms that you have been shown

9    that would indicate to you that you altered this document in

10   any way other than you testifying that there is spaces here,

11   right, and that is how you know, right?

12   A.   Yes.

13   Q.   That is it.   That is the only way you know that you did

14   this?

15   A.   Yes.

16   Q.   Okay.   It is not that you remember actually putting this

17   doctor's name there, right?

18   A.   Yes.

19   Q.   Right.   And this one has the zoho ID on top.   Do you see

20   that?

21   A.   Yes.

22   Q.   Okay.   And you testified earlier, at least with respect to

23   one of these -- sorry, I messed that up.   Give me a moment.

24   There we go.   All right.

25        Do you see that they both have zoho IDs?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   Yes.
 2    Q.   And this one has a zoho ID, right?
 3    A.   Yes.
 4    Q.   The one on the left has a zoho ID?
 5    A.   Yes.
 6    Q.   You are saying the one on the right is the one you forged
 7    and the one on the left is legitimate, right?
 8    A.   Yes.
 9    Q.   Even though they both have zoho IDs, right?
10    A.   Yes.
11    Q.   Okay.
12              MR. FELDMAN:  Now, I want to show the witness a
13    document that has been marked for identification purposes only
14    as Danny Carver Exhibit 122.  Am I able to do that?
15              THE COURT:  Yes.
16              MR. QUEENAN:  Your Honor, may we have a moment?
17              THE COURT:  What is the number, Mr. Feldman?
18              MR. FELDMAN:  122.  I sent him 112.
19              THE COURT:  Mr. Queenan, did you receive this?
20              MR. QUEENAN:  I have it, Judge, thank you.  All set.
21              THE COURT:  Okay, you may continue, Mr. Feldman.
22    BY MR. FELDMAN:
23    Q.   All right.  Do you see that, Mrs. Fairweather?
24    A.   Yes.
25    Q.   Do you recognize this document?
```

```
 1   A.   No.
 2   Q.   Let me ask cue you in to the bottom here.  Do you see that?
 3   A.   Yes.
 4   Q.   Okay.  Did you testify earlier about a doctor with a
 5   similar last name?
 6   A.   Yes.
 7   Q.   Okay.  And going to page three, do you see there is a date
 8   at the bottom?
 9   A.   Yes.
10   Q.   Is that date consistent with the time that you worked at
11   Broad Street Lifestyles?
12   A.   Yes.
13   Q.   Going to the top of this document, are you familiar with
14   that laboratory?
15   A.   Yes.
16   Q.   Are you familiar with this page, too, and what this
17   generally looked like when you worked there?
18   A.   Yes.
19   Q.   How about this page, same question?
20   A.   Yes.
21   Q.   How about this page, page six?
22   A.   Yes.
23   Q.   Okay.
24        MR. FELDMAN:  I move to admit Daniel Carver Exhibit
25   122.
```

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  **Any objection?**

2          *MR. QUEENAN:*  **Your Honor, may we approach sidebar?**

3          *THE COURT:*  **Okay.**

4          **(Thereupon, a sidebar conference was held.)**

5          *MR. QUEENAN:*  **Your Honor, I think for pages three**

6     **through the balance of the document the witness said she was**

7     **familiar with them, so no objection.**

8          *THE COURT:*  **Three through seven?**

9          *MR. QUEENAN:*  **Yes.**

10          *THE COURT:*  **I think there is some confusion as far as**

11    **what this witness knows or doesn't know.  So, Mr. Feldman, why**

12    **don't you try to ask additional questions to determine if she**

13    **actually has any familiarity or knowledge about this document.**

14          *MR. FELDMAN:*  **She definitely has familiarity with the**

15    **pages that we have identified.**

16          *THE COURT:*  **Three through seven?**

17          *MR. FELDMAN:*  **Yes.**

18          *THE COURT:*  **Do you want to admit those pages?**

19          *MR. FELDMAN:*  **I would like to admit those now.  I**

20    **would like to ask about pages one and two, and if she gives me**

21    **the same answers, then I will stick to admitting the other**

22    **pages.**

23          *THE COURT:*  **Any objection.**

24          *MR. QUEENAN:*  **No.**

25          *THE COURT:*  **Let's do that.**

**Pauline A. Stipes, Official Federal Reporter**

```
 1                (Thereupon, the sidebar conference concluded.)
 2    BY MR. FELDMAN:
 3    Q.   Ms. Fairweather, is that still up on your screen?
 4    A.   Yes.
 5    Q.   This is a seven-page document, right?
 6    A.   Yes.
 7    Q.   I have walked through -- it's really six pages, the seventh
 8    page is blank, right?
 9    A.   Yes.
10    Q.   I have walked through the first two pages with you, and I
11    have walked through three, four, five, and six were with you?
12    A.   Yes.
13    Q.   Focusing on pages one and two, are you familiar with the
14    type of, I guess, banner that you see up top here on page one?
15    A.   Yes.
16    Q.   Right.  You are familiar with that system, zoho sign ID?
17    A.   Yes.
18    Q.   And you are familiar with this doctor who is mentioned at
19    the bottom of page one, right?
20    A.   Yes.
21    Q.   And this is the type of information that would be collected
22    from patients while you were working at Broad Street Lifestyle,
23    right?
24    A.   Yes.
25    Q.   Let's look at page two.  Are you familiar with -- or have
```

Pauline A. Stipes, Official Federal Reporter

```
 1   you ever seen a document like page two?

 2   A.   I don't remember.

 3   Q.   You don't remember.   Okay.

 4          MR. FELDMAN:   Your Honor, I would move to admit pages

 5   three through seven of this document.

 6          MR. QUEENAN:   No objection.

 7          THE COURT:   Pages three through seven of Defendant

 8   Carver's Exhibit 122 are admitted.   Pages one and two are not.

 9          MR. FELDMAN:   Can I publish this to the jury, your

10   Honor?

11          THE COURT:   Yes, you may.

12   BY MR. FELDMAN:

13   Q.   Perfect.   Do you see this, Mrs. Fairweather?

14   A.   Yes.

15   Q.   Do you see here that there is no patient signature yet,

16   right?

17   A.   Yes.

18   Q.   That is a little different from the other Signify

19   Laboratory forms we have been looking at, right?

20   A.   Yes.

21   Q.   At the bottom there is a signature and a date, right?

22   A.   Yes.

23   Q.   Is it your testimony that you forged this document, too?

24   A.   I don't recall.

25   Q.   It has that space, right?
```

1   A.  Yes.

2   Q.  You don't remember whether this is one that you forged,

3   too, right?

4   A.  No.

5   Q.  Okay.

6           MR. FELDMAN:  Your Honor, I would like to show

7   Mrs. Fairweather what is marked for identification purposes

8   only, only to the witness, Daniel Carver Exhibit 122A, as in

9   apple.

10          THE COURT:  Have you made this document available to

11  the Government?

12          MR. FELDMAN:  Yes, it's part of the same.

13          THE COURT:  Okay.  Let's proceed to show the witness

14  the document.

15  BY MR. FELDMAN:

16  Q.  Do you see that, Ms. Fairweather?

17  A.  Yes.

18  Q.  And you are familiar with the system that is mentioned or

19  referenced on the top of this document, right?

20  A.  Yes.

21  Q.  That being zoho sign?

22  A.  Yes.

23  Q.  And the date on the right corner of this document is

24  consistent when you were working at Broad Street Lifestyles, is

25  it not?

1    A.  Yes.

2    Q.  And the date when this was sent, same question, consistent

3    when you were working at Broad Street Lifestyles, right?

4    A.  Yes.

5    Q.  It has the date -- excuse me, the name of a doctor that you

6    testified about as well, right?

7    A.  Yes.

8    Q.  Okay.  Are you familiar with this type of document?  Have

9    you seen this document before?

10   A.  No.

11   Q.  You have never seen this document before?

12   A.  No.

13           MR. FELDMAN:  Your Honor, I move to admit Exhibit 122A

14   into evidence.

15           MR. QUEENAN:  Objection.

16           THE COURT:  State your basis, please.

17           MR. QUEENAN:  This witness has indicated she has never

18   seen this document.

19           THE COURT:  Sustained.

20           MR. FELDMAN:  Your Honor, may we approach on this

21   briefly?

22           THE COURT:  No, Mr. Feldman.  Thank you.

23           MR. FELDMAN:  Okay.

24   BY MR. FELDMAN:

25   Q.  Now, although you don't recognize this document,

Pauline A. Stipes, Official Federal Reporter

1    Mrs. Fairweather, you were working at Broad Street Lifestyles

2    at the time this document was generated, right?

3    A.  Yes.

4    Q.  And you are familiar with certain aspects of this document,

5    meaning the zoho sign piece of this document.

6          MR. QUEENAN:  Your Honor, we object.  The document is

7    not in evidence and now counsel is reading from the document.

8          MR. FELDMAN:  I am asking questions about it.

9          THE COURT:  Sustained.  If you want to ask questions

10   about zoho signs separate and apart from this document you are

11   welcome to, but the witness has indicated she has no

12   familiarity with this document.

13   BY MR. FELDMAN:

14   Q.  You are familiar with the zoho sign function that was used

15   at Broad Street Lifestyles, right?

16   A.  Yes.

17   Q.  Now, let's look at 424, which has been admitted into

18   evidence.  So we can put that back up for Mrs. Fairweather.

19         THE COURT:  This is Government's 424?

20         MR. FELDMAN:  Yes, your Honor, Government's 424.

21   BY MR. FELDMAN:

22   Q.  Now, a lot of times with these documents, the Signify

23   Laboratory requisition orders, they have a second page, right,

24   that deals with the boxes that you mention in one of your other

25   emails, right?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  Yes.
 2   Q.  Let's take a look at that email just to refresh everyone's
 3   recollection.
 4        That is 1304, right?  Do you see that, Mrs. Fairweather?
 5   A.  Yes.
 6   Q.  And you say here:  Make sure that the boxes are checked.
 7   There are a couple things, but here, "Always make sure one of
 8   the two boxes are checked."  Do you see that?
 9   A.  Yes.
10   Q.  That is referring to what is otherwise the second page of
11   the Signatory Laboratory forms, right?
12   A.  Correct.
13   Q.  Now, always make sure the boxes are checked, that is not
14   information that was communicated to you directly by Mr.
15   Carver, right?
16   A.  No.
17   Q.  Okay.  Let's talk about that for a second.
18        Mr. Carver hired you to work for Broad Street Lifestyles,
19   right?
20   A.  Correct.
21   Q.  You were there for, give or take, six or seven months,
22   right?
23   A.  Right.
24   Q.  Day-to-day how often would you see Mr. Carver?
25   A.  Daily.
```

```
 1   Q.   Every day?

 2   A.   When he was at work, yes.

 3   Q.   How often was he at work?

 4   A.   Basically every day.

 5   Q.   On a five day week, he would be there five days a week or

 6   three days a week?

 7   A.   Five.

 8   Q.   How often did you communicate with him directly when you

 9   were in the office?

10   A.   Rarely.

11   Q.   Rarely, okay.

12        Your supervisor, the person that you reported to, that was

13   Ashley Cigarroa, right?

14   A.   Correct.

15   Q.   You are aware that Ashley Cigarroa has been charged with

16   Federal crimes, right?

17   A.   Correct.

18   Q.   And that she has pled guilty, right?

19   A.   Correct.

20   Q.   She has been charged with Federal crimes, but you have not,

21   right?

22   A.   Correct.

23   Q.   Now, I wanted to ask you some questions about this

24   particular document, 424.

25        This is the one you say is legitimate and that you didn't
```

1  forge.  Remember?

2  A.  Yes.

3  Q.  Okay.  It says, "Electronically signed by Roger Alan Mason,

4  June 23, 2020."  Do you see that?

5  A.  Yes.

6  Q.  At the top there is also the zoho ID piece of it again.  Do

7  you see that?

8  A.  Yes.

9  Q.  Now, when a doctor signs one of these documents,

10  electronically signs one of these documents, or appears to have

11  electronically signed one of these documents, do you ever

12  recall an instance where there would be a certificate of

13  completion from zoho sign that is sent to Broad Street

14  Lifestyles to show sort of the -- it's like the audit track of

15  who signed the document and when?

16  A.  I don't recall.

17  Q.  Okay.  So all you would get is just a zoho sign ID document

18  with a signature, no certificate of completion, nothing like

19  that, that you could remember?

20  A.  Correct.

21  Q.  Okay.  By the way, just going back to the signature here

22  and what you told the jury, which is that essentially the way

23  that you know that you did this, at least 425, is that there is

24  a space there.  Do you remember that testimony?  We talked

25  about that a couple times.

```
1    A.  Yes.
2    Q.  Now, you talked to the Government in this case November
3    '21, December '21, May of this year, June of this year, July of
4    this year, right?
5    A.  Yes.
6    Q.  Not once, not once did you tell them during any of those
7    meetings, when you had a chance to look through these
8    documents, that this was your signature or this was something
9    that you altered because there is a space between that
10   signature and that line, right?  You didn't ever tell them
11   that?
12   A.  I did.
13   Q.  Excuse me?
14   A.  I did.
15   Q.  You did?
16   A.  Yes.
17   Q.  Would it surprise you that that is not in any of the
18   reports from law enforcement?
19   A.  No.
20   Q.  It wouldn't surprise you if it is not in the report?
21   A.  What do you mean?
22   Q.  I mean -- okay.  Let's go back to the first meeting you had
23   with the FBI at your house.  Do you remember that in November
24   of '21?
25   A.  Yes.
```

```
 1   Q.  When they had the meeting with you, they were taking notes,
 2   right?  Someone was taking notes, correct?
 3   A.  Yes.
 4   Q.  And ultimately that person ended up taking notes and
 5   creating a report of your interview, right?
 6   A.  Yes.
 7   Q.  And there were five different reports of your interviews,
 8   right?  You would expect that information to be in that report
 9   if you told them that, right?  Would it surprise you if it was
10   not there?
11   A.  I didn't tell the initial agents until I met after.
12   Q.  When did you tell them that?
13   A.  I don't recall the exact date.
14   Q.  If it weren't in their report, would that surprise you?
15   A.  No.
16   Q.  Why wouldn't it surprise you?
17   A.  Because you are asking about the interview in November,
18   correct?
19   Q.  I am asking about any of the interviews.
20   A.  It would surprise me, yes, if it is not there.
21   Q.  Okay.
22          MR. FELDMAN:  Just a moment, Mrs. Fairweather.  Thank
23   you, Mrs. Fairweather, no further questions from Mr. Daniel
24   Carver.
25          THE COURT:  Mr. Lowther.
```

Pauline A. Stipes, Official Federal Reporter

```
 1                      CROSS-EXAMINATION
 2   BY MR LOWTHER:
 3   Q.  Good afternoon.
 4   A.  Good afternoon.
 5   Q.  My name is Joshua Lowther, and I represent Gino Carver.
 6   You didn't have any formal health care training before you went
 7   to work at Broad Street Lifestyles, correct?
 8   A.  Correct.
 9   Q.  It is your understanding that Mr. Daniel Carver and Thomas
10   Dougherty owned BSL?
11   A.  Yes.
12   Q.  You interviewed with both of them for your job?
13   A.  Yes.
14   Q.  And they hired you?
15   A.  Correct.
16   Q.  And I believe you testified you first worked at the call
17   center?
18   A.  Yes.
19   Q.  And you didn't have a manager at the call center, but
20   Madddie Marcheski (phon) was the floor leader, you might say,
21   correct?
22   A.  Correct.
23   Q.  Did she and Joanne Polumski you?
24   A.  Yes.
25   Q.  Both or one?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   Both.
 2    Q.   And then you moved to another department where you worked
 3    with Gino Carver?
 4    A.   Yes.
 5    Q.   You and Gino Carver both reported directly to Ashley
 6    Cigarroa?
 7    A.   Yes.
 8    Q.   In other words, she was your manager?
 9    A.   Yes.
10    Q.   You testified about a night that you felt uncomfortable and
11    you left the office when she asked you to handle a task,
12    correct?
13    A.   Yes.
14    Q.   Gino actually left with you that night, didn't he?
15    A.   Yes.
16    Q.   I don't want to pry into your personal life any more than
17    this question, but you are a single mom with a minor child,
18    correct?
19    A.   Yes.  Correct.
20    Q.   The Government has agreed not to prosecute you in this case
21    for your testimony here today?
22    A.   Yes.
23    Q.   And that was your reference earlier, that you were
24    testifying pursuant to an immunity agreement?
25    A.   Yes.
```

44

```
 1    Q.  Thank you, ma'am.
 2    A.  You are welcome.
 3              THE COURT:  Ms. McCrae.
 4                         CROSS-EXAMINATION
 5    BY MS. McCRAE:
 6    Q.  Good afternoon, Ms. Fairweather.
 7    A.  Good afternoon.
 8    Q.  I would like to ask you a few questions on behalf of Mr.
 9    Goyos.  Okay?
10    A.  Okay.
11    Q.  We have heard a number of people that you worked with -- we
12    can take the exhibits down.  Sorry.  Thank you.
13        We have heard about a number of names of people you worked
14    with at Broad Street, but there were other employees at that
15    company as well, right?
16    A.  Right.
17    Q.  There were actually attorneys who worked for the company as
18    well?
19    A.  I don't know.
20    Q.  You don't remember an attorney named Erin Carter that
21    worked there when you started at the company?
22    A.  No.
23    Q.  Do you remember an attorney named Keith Fousek who worked
24    at the company when you worked there?
25    A.  No.
```

```
 1    Q.   You started working there in March 2020?

 2    A.   Correct.

 3    Q.   At that time, Mr. Goyos was not employed there, right?

 4    A.   Correct.

 5    Q.   He did not actually start there until June 1, 2020?

 6    A.   I don't know the exact date.

 7    Q.   Does that sound like a good estimate, that you were there

 8    for about three months before Mr. Goyos started?

 9    A.   Yes.

10    Q.   If he started on June 1, 2020, then your testimony that has

11    related to May of 2020 and earlier does not relate to him,

12    right?

13    A.   Correct.

14    Q.   And when you testified that you committed these forgeries,

15    that was at the direction of Ashley Cigarroa?

16    A.   Yes.

17    Q.   And it was Ashley who told you to forge the documents?

18    A.   Yes.

19    Q.   You never saw Mr. Goyos forge any documents?

20    A.   No.

21    Q.   You never saw anyone tell Mr. Goyos to forge documents?

22    A.   No.

23    Q.   Does the office that you worked in, like the office within

24    the office space, the office that you worked in had you and

25    Ashley, but Mr. Goyos wasn't in that office space, right?
```

Pauline A. Stipes, Official Federal Reporter

46

```
 1   A.  No.
 2   Q.  And going back to your direct with the Government, when the
 3   prosecutor was asking you the questions you talked about some
 4   spreadsheets that you had access to while you worked there?
 5   A.  Yes.
 6   Q.  You said that it had a list of people's names?
 7   A.  Correct.
 8   Q.  Over the course of working there, there were several
 9   different spreadsheets you had to work with, right?
10   A.  Yes.
11   Q.  Because there were different systems that had to be used to
12   communicate with each other, kind of transmit information from
13   one system to another?
14   A.  Yes.
15   Q.  Over time the systems that were used changed?
16   A.  Yes.
17   Q.  But in the early summer of 2020, one of the systems was
18   Conclave Medical, correct?
19   A.  I don't remember.
20   Q.  Dealing with those different spreadsheets and systems,
21   there were some people whose job responsibility was data entry,
22   shifting from one system to another, right?
23   A.  Yes.
24   Q.  Okay.  If we could pull up the exhibits I have.  I will
25   show you what has been admitted as Government 1301, as well as
```

```
 1    the jury.  Thank you.
 2        I am showing you what has been admitted as Government
 3    Exhibit 1301.  You testified about this earlier, right?
 4    A.  Yes.
 5    Q.  You would agree that this is an email that dates back to
 6    the -- May of 2020, correct?
 7    A.  Yes.
 8    Q.  And that is before June 1st of 2020, right?
 9    A.  Right.
10    Q.  And in this email Mr. Goyos is not involved as a party?
11    A.  Correct.
12    Q.  I show you what has been admitted as 1303F, Government
13    Exhibit 1303F.
14        You provided testimony about this email as well, correct?
15    A.  Yes.
16    Q.  And this email was dated back to June of 2020?
17    A.  Correct.
18    Q.  But Mr. Goyos was not a party to this email either,
19    correct?
20    A.  Yes.
21    Q.  You told the jury before that when you met Mr. Goyos, that
22    he was open with you that he had had problems in the past?
23    A.  Correct.
24    Q.  And I think that you said that he had done something
25    similar to this business that you guys were currently working
```

```
 1   in?
 2   A.   Correct.
 3   Q.   By that, you just meant that it was telemarketing and
 4   ultimately reaching out to people over the phone, correct?
 5   A.   Yes.
 6   Q.   But you, yourself, were not reaching out to people over the
 7   phones, correct?
 8   A.   Correct.
 9   Q.   You are not aware of Mr. Goyos ever being involved in
10   contacting the patients or beneficiaries, correct?
11   A.   Yes.
12   Q.   And what you were not trying to suggest to the jury is that
13   he said that he was in a previous business of forgeries, right?
14   A.   Yes.
15   Q.   And you told us on the direct about this evening where Ms.
16   Cigarroa tried to get you and Gino to stay late in order to
17   commit forgeries?
18   A.   Yes.
19   Q.   But Mr. Goyos was not around for that, right?
20   A.   Correct.
21   Q.   When you started with the company back in March 2020 -- I
22   am sorry, strike that.
23        You only used one email and one name to work with this
24   company, right?
25   A.   Yes.
```

```
 1   Q.   And that is the Deandre Fairfield?

 2   A.   Correct.

 3   Q.   You started using that sort of alias when you first started

 4   there in March 2020, right?

 5   A.   Yes.  No, I didn't have an email.  Sorry.

 6   Q.   Bur that was the first email you used?

 7   A.   Yes.

 8   Q.   When was it that you got that email?

 9   A.   Probably in May 2020.

10   Q.   And when did you start using the alias Fairfield?

11   A.   I don't remember the exact date.

12   Q.   Could that have been in March when you first started at the

13   job?

14   A.   No.

15            MS. McCRAE:  Just a moment, your Honor.

16            THE COURT:  Okay.

17            MS. McCRAE:  You can take down the exhibit, please.

18   Thank you.

19   BY MS. McCRAE:

20   Q.   When you first started working at the business, you were

21   doing and involved with DMEs?

22   A.   Correct.

23   Q.   Mr. Goyos never had anything to do with DMEs, correct?

24   A.   Yes.

25   Q.   In the early summer of -- or mid summer 2020, there was a
```

1    time when the systems kind of shifted at the office, right?

2    A.   Yes.

3    Q.   There was a time when the owners of the company came in and

4    pulled all of the employees into a meeting, right?

5    A.   I don't recall.

6    Q.   You don't remember there being a meeting where they were

7    talking about shifting to using Dr. Chase?

8    A.   Yes.

9    Q.   Was that about midway of you working there, so midway

10   between March and September?

11   A.   Yes.

12   Q.   And the owners were saying they were going to shift from

13   telemedicine to Dr. Chase?

14   A.   I believe so, yes.

15   Q.   And they said that they were doing that to be compliant

16   with the regulations?

17   A.   I don't recall.

18   Q.   But they let you know that that is what was going to happen

19   at the company, right?

20   A.   Yes.

21   Q.   You did not stop working there after that conversation,

22   right?

23   A.   No.

24   Q.   You kept working there for several months after that

25   conversation?

```
 1   A.  Yes.
 2           MS. McCRAE:  Nothing further, your Honor.
 3           THE COURT:  Thank you.  Any redirect?
 4           MR. QUEENAN:  Briefly, your Honor.
 5                       REDIRECT EXAMINATION
 6   BY MR. QUEENAN:
 7   Q.  Ms. Fairweather, you were asked about the immunity
 8   agreement.  I just want to clear something up here.
 9       When did the Government offer you that immunity agreement?
10   A.  Last week.
11   Q.  Would it have been July 7th?
12   A.  Yes.
13   Q.  So, was that last Friday?
14   A.  Yes.
15   Q.  Did you ask for that agreement?
16   A.  No.
17   Q.  When did you sign it?
18   A.  This morning.
19   Q.  Prior to the Government offering you that immunity
20   agreement, did you admit to the Government time after time that
21   you had forged those doctors' orders at Broad Street?
22   A.  Yes.
23   Q.  Did you forge them with Gino Carver?
24   A.  Yes.
25           MR. QUEENAN:  Nothing further, your Honor.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Thank you, ma'am, you may be excused.
 2              MR. QUEENAN:  Your Honor, the Government calls Blake
 3     Fishman.
 4              THE COURT:  Sir, if you could walk over here and
 5     please remain standing to be sworn in.  Right here, please.
 6     Thank you.
 7            BLAKE FISHMAN, GOVERNMENT'S WITNESS, SWORN
 8              THE COURTROOM DEPUTY:  State your full name, spelling
 9     your last name for the record.
10              THE WITNESS:  Blake Fishman, last name F-I-S-H-M-A-N.
11                        DIRECT EXAMINATION
12     BY MR. QUEENAN:
13     Q.  Good afternoon, Mr. Fishman.  Before we get started, I am
14     reminding all the witnesses that if you could talk slow and
15     wait until I finish my question, and I'll wait until you finish
16     your answer so Ms. Pauline can take this down.  Okay?
17     A.  Yes.
18     Q.  Where do you live?
19     A.  Boca Raton, Florida.
20     Q.  Where are you originally from?
21     A.  New Jersey.
22     Q.  What brought you to South Florida?
23     A.  Rehab.
24     Q.  What year was that?
25     A.  2012.
```

```
1    Q.  How old were you?

2    A.  I was 18.

3    Q.  How old are you now?

4    A.  29.

5    Q.  Are your sober?

6    A.  Yes, 11 years in October.

7    Q.  What do you presently do for work?

8    A.  I own a digital advertising agency.

9    Q.  Where is that?

10   A.  In Boca Raton, Florida.

11   Q.  Do you mind moving close to the mike and sit still so you

12   don't create any extra noise.

13       Have you worked in the call center industry?

14   A.  Yes, I have.

15   Q.  How long?

16   A.  Eight years, nine years.

17   Q.  Have you owned and managed call centers?

18   A.  Yes, I have.

19   Q.  In 2020, did you partner in durable and medical equipment

20   companies?

21   A.  Yes, I did.

22   Q.  What were the names?

23   A.  Alpha Medical Supply and Horizon Medical Supply.

24   Q.  Where were those DME companies located?

25   A.  Boca Raton, Florida.
```

1    Q.  In 2020, did you also get involved with a business at

2    another company that did business with those DME companies?

3    A.  Yes, I did.

4    Q.  What was the name of that business?

5    A.  Broad Street Lifestyles.

6    Q.  What type of business was Broad Street Lifestyles?

7    A.  It was a call center that did marketing for durable medical

8    equipment and genetic testing.

9    Q.  When you say marketing, what does that mean?

10   A.  It was a call center, so there was an office and people

11   dialing outbound phone calls to consumers, soliciting people on

12   Medicare for back braces, shoulder braces, knee braces, and/or

13   genetic tests.

14   Q.  Did you have any partners in Broad Street Lifestyles?

15   A.  Yes, I did.

16   Q.  Who were your partners?

17   A.  Zachary Nelson, Thomas Dougherty, and Daniel Carver.

18   Q.  Do you see Daniel Carver in the courtroom today?

19   A.  Yes, I do.

20   Q.  Could you please point to him and identify an article of

21   clothing he is wearing?

22   A.  Gray suit.

23   Q.  Does he have glasses on?

24   A.  Yes.

25          MR. QUEENAN:  Your Honor, would the record reflect

1    that the witness has identified the Defendant Daniel Carver?

2              *THE COURT:*  **The record reflects identification.**

3    *BY MR. QUEENAN:*

4    *Q.*  **When was the last time you saw Daniel Carver?**

5    *A.*  **Three years ago.**

6    *Q.*  **Does he look different?**

7    *A.*  **Yes.**

8              *MR. QUEENAN:*  **I would like to show the witness what**

9    has been marked and admitted as Government Exhibit 899D.

10             *THE COURT:*  **Has it already been admitted?**

11             *MR. QUEENAN:*  **Yes, it has.**

12             *THE COURT:*  **Then we can publish that.**

13   *BY MR. QUEENAN:*

14   *Q.*  **Who is depicted in that photo?**

15   *A.*  **Daniel Carver.**

16   *Q.*  **Does that look like him when you did business with him in**

17   2020?

18   *A.*  **Yes.**

19   *Q.*  **Did you plead guilty to a crime related to your involvement**

20   in Broad Street Lifestyles, Alpha, and Horizon?

21   *A.*  **Yes.**

22   *Q.*  **What crime did you plead guilty to?**

23   *A.*  **Conspiracy to commit health care fraud and wire fraud.**

24   *Q.*  **What was your role in that conspiracy?**

25   *A.*  **I was a beneficial owner.**

1    Q.  Of what?

2    A.  Durable medical companies Alpha, Horizon, and of the call

3    center business, Broad Street.

4    Q.  How long were you involved in that conspiracy?

5    A.  About four months.

6    Q.  How much money did you profit from that conspiracy?

7    A.  A couple hundred thousand dollars.

8    Q.  What was Daniel Carver's role at Broad Street?

9    A.  Owner.

10   Q.  Do you know Louis Gino Carver?

11   A.  Yes, I do.

12   Q.  Do you see him in the courtroom today?

13   A.  Yes.

14   Q.  Could you please point to him and identify an article of

15   clothing he is wearing?

16   A.  Black suit, glasses.

17   Q.  Would you point to him.

18        MR. QUEENAN:  Your Honor, would the record reflect

19   that the witness has identified Louis Gino Carver, the

20   Defendant?

21        THE COURT:  The record so reflects the identification.

22   BY MR. QUEENAN:

23   Q.  Do you know Jose Goyos?

24   A.  Yes, I do.

25   Q.  Do you see him in the courtroom today?

1    A.  Yes, I do.

2    Q.  Would you please point him out and describe an article of

3    clothing he is wearing?

4    A.  Red tie.

5         MR. QUEENAN:  Your Honor, let the record reflect that

6    the witness has identified the Defendant Jose Goyos.

7         THE COURT:  The record reflects the identification.

8    BY MR. QUEENAN:

9    Q.  Did Louis Carver work at Broad Street Lifestyles?

10   A.  Yes, he did.

11   Q.  Did Jose Goyos work there?

12   A.  Yes.

13   Q.  Now, with regard to the crime that you pled guilty to, have

14   you been sentenced for that conspiracy?

15   A.  Yes.

16   Q.  Have you started your sentence?

17   A.  No.

18   Q.  When is it set to commence?

19   A.  August 26th.

20   Q.  Are you testifying today pursuant to a plea agreement?

21   A.  Yes, I am.

22   Q.  What is your job here today?

23   A.  My job here is to tell the truth.

24   Q.  What do you hope to get out of testifying today?

25   A.  A reduction in my sentence.

1    Q.  Who ultimately decides if your sentence is going to be
2    reduced?
3    A.  The judge who sentences me.
4    Q.  Under the law, does the Government have to make a
5    recommendation to the judge to consider reducing your sentence?
6    A.  Yes, a recommendation, but it is ultimately the judge's
7    decision.
8    Q.  What happens if you lie here today?
9    A.  I commit another crime and the plea agreement gets ripped
10   up and I don't receive a reduction in my sentence.
11   Q.  All right.  Prior to partnering in those DME companies, did
12   you know John Mamone, Jr.?
13   A.  Yes.
14   Q.  What was your relationship with him?
15   A.  Mutual friend, played golf together on the weekends.
16   Q.  At some point, did John Mamone ask you to invest in Alpha
17   and Horizon?
18   A.  Yes, he did.
19   Q.  And when was this?
20   A.  About January 2020.
21   Q.  And at that time that he asked you to invest, who were the
22   partners in Alpha and Horizon?
23   A.  John Mamone, Jr., Joey Mamone, and John Mamone, Sr., the
24   father, along with Francisco Mamone, the other brother.
25   Q.  Now, I would like to show you what is marked for

Pauline A. Stipes, Official Federal Reporter

```
 1    identification as Government Exhibit 896H.

 2        Do you recognize who is depicted in that photograph?

 3    A.  John Mamone, Jr.

 4        MR. QUEENAN:  Your Honor, the Government moves to

 5    admit Exhibits 896H, 896G, and 896Q.

 6        THE COURT:  Any objection to the admission of 896G --

 7    and did you say Q?

 8        MR. QUEENAN:  H, G, and Q, your Honor.

 9        MR. FELDMAN:  Just a moment, your Honor.

10        THE COURT:  Are these all photographs?

11        MR. QUEENAN:  Yes, they are.

12        MR. FELDMAN:  No objection, your Honor.

13        MR LOWTHER:  No objection.

14        MR. ADLER:  No objection.

15        THE COURT:  896G, H, and Q are admitted without

16    objection.

17        (Whereupon Government Exhibits 896G, 896H, 896Q was marked

18    for evidence.)

19        MR. QUEENAN:  Thank you.  We'll publish.

20    BY MR. QUEENAN:

21    Q.  Mr. Fishman, who is this?

22    A.  John Mamone, Jr.

23    Q.  What was his role in Alpha and Horizon?

24    A.  Owner.

25    Q.  Would you publish 896G, please.
```

Pauline A. Stipes, Official Federal Reporter

60

```
 1        Who is this?
 2   A.   Joey Mamone.
 3   Q.   What is his role in Alpha and Horizon?
 4   A.   Owner.
 5   Q.   Publish 896Q, please.
 6        Who is this?
 7   A.   John Mamone.
 8   Q.   What was his role?
 9   A.   Owner.
10   Q.   Are they all part of one family?
11   A.   Yes.  Dad and children.
12   Q.   Now, at the time that you got involved with DME companies,
13   you mentioned a Zack Nelson as well, he was a partner?
14   A.   Yes.
15   Q.   What did the Mamones -- before you got involved, what did
16   the Mamones offer you and Mr. Nelson?
17   A.   50 percent of Alpha Medical Supply and 40 percent of
18   Horizon Medical Supply.
19   Q.   So, at the time John Mamone, Jr. asked you to invest were
20   Alpha and Horizon already operational?
21   A.   Yes, they were.
22   Q.   As for Alpha, were they enrolled with Medicare?
23   A.   They were.
24   Q.   In 2020, when you were asked to be a partner, were they
25   enrolled in Medicare?
```

```
 1    A.   I believe so.
 2    Q.   Do you know who was listed on the Medicare paperwork as the
 3    owner and manager of the company?
 4    A.   At first it was Francisco Mamone, and it later changed.
 5    Q.   Who did it change to?
 6    A.   David Arsenault.
 7    Q.   Did you become an owner and a manager?
 8    A.   Yes.
 9    Q.   Did you sign a contract or did you enter into a handshake
10    deal?
11    A.   Handshake deal.
12    Q.   How much money did you invest to become an owner and
13    manager in Alpha and Horizon?
14    A.   A couple hundred thousand dollars, I don't know the exact
15    amount.
16    Q.   When you were an owner or manager, did Alpha file ownership
17    records to change their ownership with Medicare?
18    A.   Yes, they did.
19    Q.   Who did they change the ownership to?
20    A.   David Arsenault.
21    Q.   Who is that?
22    A.   A friend of mine.
23    Q.   What is his role in Alpha?
24    A.   The name on the Medicare form, not an owner or anything,
25    just the name on paper.
```

```
 1    Q.   What would you call that?

 2    A.   A straw owner.

 3    Q.   How much did you pay him to be the straw owner?

 4    A.   He was paid $10,000 per month.

 5    Q.   Was your name on the Medicare paperwork?

 6    A.   My name?  No.

 7    Q.   Why not?

 8    A.   I didn't want it to be.

 9    Q.   Why?

10    A.   Because I knew that these businesses were billing, you

11    know, false claims to Medicare, and I didn't want to be caught

12    up in having my name on something that I was just investing in.

13    Q.   Do you know who was listed on the Medicare paperwork for

14    Horizon?

15    A.   Joey Mamone.

16    Q.   Now, when you became a partner and an owner of Horizon, was

17    your name disclosed in the Horizon paperwork?

18    A.   No, it was not, for the same exact reason.

19    Q.   So, how did these DME companies, Alpha and Horizon, make

20    money?

21    A.   They billed -- submitted claims to Medicare for orthotic

22    braces.

23    Q.   And when you came on as a partner, at that time how was

24    Alpha and Horizon generating their business?

25    A.   They were purchasing doctors' orders from markers, and that
```

Pauline A. Stipes, Official Federal Reporter

1   was part of what they needed on top of just money for us to

2   invest, they needed relationships with people that could supply

3   patients so that they could bill Medicare.

4   Q.  So, was part of your value to that company was to bring on

5   marketers that you could buy doctors' orders from?

6   A.  Yes.

7   Q.  Was one of those marketers Danny Carver?

8   A.  Yes.

9   Q.  What insurance programs did Alpha and Horizon bill?

10  A.  Medicare.

11  Q.  And what medical products were Alpha and Horizon billing

12  Medicare for?

13  A.  Orthotic braces.

14  Q.  Do you know where these doctors' orders came from?

15  A.  Yes.

16  Q.  Where?

17  A.  The different marketers.

18  Q.  And how did the marketers get the doctors' orders?

19  A.  They were generated in the call center.

20  Q.  So at a high level, how did the call center process work to

21  get a doctor's order?

22  A.  Outbound phone calls were made to leads, you know,

23  consumers that were probably over the age of 65, so they are on

24  Medicare, and they would follow the sales script to keep them

25  engaged and walk them through why they should agree to receive

Pauline A. Stipes, Official Federal Reporter

1    these products.

2        It would then go to telemedicine where it would become a

3    completed doctor's order, you know, with a prescription, and

4    then it would be able to be billed by the DME company to submit

5    a claim.

6    Q.  We will get into some detail in just a moment.  You are at

7    the point where you are brought in, you are a partner and you

8    need to bring in more marketing companies.

9        When was it that you got connected with Danny and Broad

10   Street?

11   A.  Probably around February.

12   Q.  And who was your point of contact for Broad Street?

13   A.  I knew Danny prior.

14   Q.  Did Danny have a partner in Broad Street?

15   A.  Yes, he did.

16   Q.  Who was that?

17   A.  Tommy Dougherty.

18   Q.  Did you meet with Danny and Tommy to discuss purchasing

19   doctors' orders from Broad Street?

20   A.  Yes, we did.

21   Q.  Where was this meeting?

22   A.  At the Boca Resort.

23   Q.  Where is that?

24   A.  In Boca Raton, Florida, the hotel.

25   Q.  And who was present?

Pauline A. Stipes, Official Federal Reporter

65

```
 1    A.   Myself, Zack, Tommy and Danny.
 2    Q.   Zack Nelson?
 3    A.   Yes.
 4    Q.   Tommy Dougherty?
 5    A.   Yes.
 6    Q.   Approximately when did this meeting occur?
 7    A.   Probably around February 2020.  It was around lunch time.
 8    Q.   What was the purpose of the meeting?
 9    A.   To discuss using Broad Street for the marketing for Alpha
10    and Horizon.
11    Q.   Did you ultimately come to terms with Broad Street?
12    A.   Yes, we did.
13    Q.   What was the arrangement?
14    A.   We would pay a flat rate per patient on a weekly basis and
15    we would set the budget on Alpha and Horizon of how much we
16    were willing to spend total every week.
17    Q.   When you said flat rate per --
18    A.   It was $400.
19    Q.   Sorry, let me finish.  When you say flat rate, it is $400
20    for what?  What do you get in return?
21    A.   Completed doctors' orders, so a prescription that can be
22    billed.
23    Q.   And so it was $400 for one patient's doctor's orders?
24    A.   Yes.
25    Q.   Now, what was the quota that you agreed on, how much were
```

```
 1    you going to purchase from Broad Street?
 2    A.   It was north of $20,000 a week per company.   I don't know
 3    the exact number.
 4    Q.   Was it set on a weekly basis?
 5    A.   Originally, it was three times per month and then it became
 6    a weekly thing.
 7    Q.   And if it was $20,000, would that be weekly -- sorry, three
 8    times per month, so each payment was $20,000?
 9    A.   Yes.
10    Q.   And what did you, Alpha and Horizon expect in return for
11    say $20,000?
12    A.   However many doctors' orders equal $400.
13    Q.   I won't make you do the math right now.
14         Now, from there, what did Alpha and Horizon do with the
15    doctors' orders they purchased from Broad Street?
16    A.   They would receive a completed doctor's order and send out
17    the patient list to a company that would ship the products, the
18    braces, and then they would submit the claims to Medicare to
19    receive reimbursement.
20    Q.   Did Alpha and Horizon actually receive payment from
21    Medicare for the claims they submitted?
22    A.   Yes.
23    Q.   Did Alpha and Horizon employ a biller or someone who
24    actually submitted the claims on their behalf?
25    A.   Yes.
```

1    Q.  Do you recall who that was?

2    A.  Mindy.

3    Q.  Do you recall where she was located?

4    A.  Parkland, Florida.

5    Q.  How much money did Horizon receive over the course of the

6    conspiracy from Medicare?

7    A.  Millions, $5 million.

8    Q.  Over how many months did Alpha and Horizon bill those

9    millions to Medicare?

10   A.  Horizon longer, maybe about a year; Alpha, maybe eight

11   months.  I was only involved for four.

12   Q.  How much did they bill during your involvement?

13   A.  3 million.

14   Q.  How was the profit split amongst Alpha's and Horizon's

15   partners?

16   A.  For Alpha, 50 percent of the profit was paid to myself and

17   Zack, which was then split, and the same thing on Horizon, but

18   instead of 50 percent, it was 40 percent.

19   Q.  During your time at Alpha and Horizon, so after you brought

20   in Broad Street and Danny, how much did you pay Danny Carver's

21   company for doctors' orders?

22   A.  $400.

23   Q.  In total?

24   A.  Over a million dollars, about a million dollars.

25   Q.  In how many months?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   About four.
 2   Q.   Sometime around the meeting that you had at the Boca
 3   Resort, did you, Danny Carver, Tom Dougherty, and Zack Nelson
 4   exchange phone numbers?
 5   A.   Yes, for the ones that didn't have it, but yes.
 6   Q.   Did you create a group chat, a text message among the four
 7   of you?
 8   A.   Yes, we did.
 9   Q.   Now, as part of your cooperation with the Government, did
10   you provide the Government with a digital extraction of that
11   text message?
12   A.   Yes, I did.
13   Q.   I am going to refer to this as the Broad Street chat.
14   A.   Okay.
15   Q.   Now, did you and Mr. Nelson each agree to cooperate?
16   A.   Yes.
17   Q.   Was that at the same time?
18   A.   Yes.
19   Q.   Did you jointly hire someone to forensically extract text
20   message threads from your phone?
21   A.   Yes, we did.
22   Q.   That included this Broad Street chat?
23   A.   Yes.
24   Q.   Now, from that extraction, did you actually receive digital
25   files containing the contents of the Broad Street chat?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  Yes.  It was in a pdf.

 2    Q.  Is that what you produced to the Government?

 3    A.  Yes.

 4    Q.  Did that also include the attachments from the exchange, so

 5    on the text, if you sent pictures or screen shots, would those

 6    be included?

 7    A.  Yes, it was all included.

 8    Q.  Do you recall approximately how many pages the report is

 9    with your text messages?

10    A.  A few thousand.

11    Q.  I would like to show you what is marked as Government

12    Exhibit 1013.

13         MR. QUEENAN:  Your Honor, can we approach sidebar

14    briefly?

15         THE COURT:  Yes.

16         (Thereupon, a sidebar conference was held.)

17         MR. QUEENAN:  Your Honor, so we are on the same page,

18    this is a 500-page document.  I am not moving it all into

19    evidence -- I am not seeking to move it all into evidence, but

20    I want to be efficient with it, too.  I will move excerpt by

21    excerpt.  Now, just so the parties know, I will have him

22    identify it and then move in pages one through nine to start.

23    If there are certain objections to certain excerpts, and I sent

24    those pages to counsel, maybe handle it that way.

25         I wanted to let the Court and parties know I am not
```

1    moving the entire document in.

2            THE COURT:  **The number again is what?**

3            MR. QUEENAN:  **1013.**

4            THE COURT:  **It is 3500 pages?**

5            MR. QUEENAN:  **It is the complete text thread, but I am**

6    only going to submit select excerpts.

7            THE COURT:  **Are you ever going to try to admit the**

8    whole thing?

9            MR. QUEENAN:  **No, your Honor.**

10           THE COURT:  **How are we going to --**

11           MR. QUEENAN:  **At the bottom right-hand corner there**

12   are Bate stamp numbers.  I will ask to introduce the certain

13   page numbers and when we create the final exhibit to go to the

14   jury I will make sure it matches with counsel and we agree when

15   this goes back.

16           THE COURT:  **Do the Defense attorneys have this entire**

17   document?

18           MR. FELDMAN:  **Yes.**

19           THE COURT:  **I want to make sure we have a proper**

20   procedure in place so the Defense attorneys can lodge their

21   objections and then I can rule, but I don't want this to happen

22   without enough explanation, so to speak.

23           MR. QUEENAN:  **Sure.  The text thread contains**

24   admissions of Mr. Carver, but also co-conspirator statements

25   from Tom Dougherty, Zack Nelson and Mr. Fishman.  So the

```
 1    contents of the text messages are admissible pursuant to that
 2    Rule of Evidence.
 3              THE COURT:  If the Defendants have 801(d)(2)(E)
 4    objections, lodge those clearly, and then I will determine
 5    whether to conditionally admit those statements.  Keep track of
 6    the statements to the extent you move to strike them later on
 7    and then I can make the final admissibility decision.
 8              Any questions?
 9              MR. QUEENAN:  No.  Can I have one moment?
10              THE COURT:  It is 2:53.  Would the attorneys like a
11    break right now to go through the document?  We can do it now
12    or we can wait.
13              MR. FELDMAN:  What is the other time?
14              THE COURT:  3:30.
15              MR. FELDMAN:  We should probably take a break now.
16              THE COURT:  Okay.
17              (Thereupon, the sidebar conference concluded.)
18              THE COURT:  All right.  Ladies and gentlemen, we are
19    going to take our afternoon break right now for 15 minutes.
20    Mr. Fishman, you remain under oath, please do not discuss your
21    testimony with anybody.
22              For now, we will rise for the jury.  Thank you.
23         (Thereupon, the jury leaves the courtroom.)
24              THE COURT:  All right.  Please be seated.
25              Mr. Fishman, you can exit the courtroom.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              I will step off for ten minutes and then return.  So,
 2     if there are any issues that need to be raised before the jury,
 3     let me know, and if the attorneys can confer about particular
 4     pages to streamline things, I would appreciate that.  Thank
 5     you.
 6         (Thereupon, a short recess was taken.)
 7              THE COURT:  All right.  Please be seated.
 8              I want a clarification on the use of this proposed
 9     exhibit, which I think, Mr. Queenan, you said was --
10              MR. QUEENAN:  Government Exhibit 1013.  I am showing
11     him the document.  I am only seeking to introduce pages one
12     through nine at the moment.
13              THE COURT:  On the exhibit list I see 1013A through X.
14     Are there exhibits with a number on them that correspond to the
15     segments that you want to use?
16              MR. QUEENAN:  Your Honor, the exhibit list states
17     1013, and then it says selected excerpts from text thread.  The
18     ultimate 1013 that goes back to the jury is what is allowed to
19     be introduced during trial deriving from the whole 1013.
20              THE COURT:  All right.  Let's try to keep track of
21     this.  Any thoughts or comments by the Defense attorneys with
22     respect to 1013?
23              MR. FELDMAN:  The exhibit as a whole, your Honor?
24              THE COURT:  I want to give the Defense attorneys a
25     chance if they wish to comment on the method of presenting 1013
```

1    so the record remains consistent either by reference to the

2    Bates numbers or some other method or convention.

3            MR. FELDMAN:  That is a good point.  How do you plan

4    to refer to what is called excerpt one?

5            MR. QUEENAN:  We have nothing marked in the 1500

6    series, so I could seek to move this in as Exhibit 1500, pages

7    one through nine.  Later on, say page a hundred to a hundred

8    two comes in, I will seek to submit it as 1501, so there are

9    clean entries.

10            THE COURT:  The other alternative would be to stick

11   with 1013 with the Bates numbers?

12            MR. QUEENAN:  Yes, and the jury would get only the

13   selected excerpts that are admitted.

14            THE COURT:  Let's do the 1013 with the Bates numbers,

15   but you are going to have to be very precise with the Bates

16   numbers on the record.  If there are any questions or

17   confusion, we may have to modify the procedure.

18            So let's call in the jury.

19            MR. QUEENAN:  Thank you, your Honor.

20      (Thereupon, the jury returns to the courtroom.)

21            THE COURT:  Please be seated.

22            Mr. Fishman, you remain under oath.  You may resume

23   your examination, Mr. Queenan.

24            MR. QUEENAN:  Thank you, Judge.  I would like to show

25   the witness Government Exhibit 1013 for identification.

Pauline A. Stipes, Official Federal Reporter

```
 1            THE COURT:  Okay.
 2   BY MR. QUEENAN:
 3   Q.  Mr. Fishman, do you recognize this document?
 4   A.  Yes.
 5   Q.  What do you recognize it to be?
 6   A.  The extraction of the conversation between Danny, Tommy,
 7   Zack and myself.
 8            MR. QUEENAN:  Your Honor, at this moment the
 9   Government moves to admit pages one through nine of Exhibit
10   1013.
11            THE COURT:  So you are referring to the bottom right
12   number, not a Bates number?
13            MR. QUEENAN:  Correct, your Honor.  I am happy to
14   refer to the Bates number.
15            THE COURT:  For this Exhibit 1013, we are using the
16   page number of the document which is on the bottom right,
17   starting with the number 1.
18            Any objection to admission of pages one through nine
19   of Exhibit 1013?
20            MR. FELDMAN:  Yes, your Honor.  We move to exclude one
21   through nine as hearsay and as irrelevant under 401 and 403.
22            THE COURT:  Government response.
23            MR. QUEENAN:  Your Honor, do you want to do it sidebar
24   or speaking?
25            THE COURT:  Sidebar.
```

Pauline A. Stipes, Official Federal Reporter

1            (Thereupon, a sidebar conference was held.)

2            *MR. QUEENAN:* **Your Honor, the response is one from a**

3    **relevance standpoint.  This thread is literally from the end of**

4    **January through July, the exact time of the conspiracy period,**

5    **and it is communications among four co-conspirators, including**

6    **statements from the Defendant Danny Carver.**

7            **It is admissible because of the admissions of Danny**

8    **Carver, also their effect on Danny Carver as the listener, and**

9    **the are also statements of coconspirators.  Zack Nelson has**

10   **pled guilty, and Tommy Dougherty is charged in this conspiracy.**

11           *THE COURT:* **What is your response, Mr. Feldman?**

12           *MR. FELDMAN:* **Everything Mr. Queenan said is accurate**

13   **in terms of who is making the statements and the period of**

14   **time.  I just maintain my objection under 403, 401, and 802.**

15           *THE COURT:* **Anything further from the other Defense**

16   **attorneys?**

17           *MR LOWTHER:* **No.**

18           *MS. McCRAE:* **No.**

19           *THE COURT:* **At this point, I haven't been presented**

20   **with a reason to exclude this exhibit.**

21           **I think it is relevant temporally.  It clearly**

22   **involves previously convicted co-conspirators or charged**

23   **co-conspirators, and to the extent there is a remaining**

24   **801(d)(2)(E) objection, I will conditionally admit the exhibit,**

25   **and Defense attorneys can lodge any additional motions with**

1    respect to the exhibit afterwards so the Court can decide

2    whether final admission is warranted under that Rule of

3    Evidence.

4            Thank you.

5            MR. QUEENAN:  Thank you, Judge.

6            (Thereupon, the sidebar conference concluded.)

7            THE COURT:  All right.  Government's 1013, pages one

8    through nine, are conditionally admitted.  Please proceed.

9        (Whereupon Government Exhibit 1013 was marked for

10   evidence.)

11           MR. QUEENAN:  May we publish?

12           THE COURT:  Yes.

13   BY MR. QUEENAN:

14   Q.  Would you please zoom in on the top half of this document.

15       Mr. Fishman, who does it indicate is a participant in this

16   text thread?

17   A.  Myself, Danny Carver, Tommy and Zack Nelson.

18   Q.  Where it says Blake, is that you?

19   A.  Yes.

20   Q.  Is that your current phone number?

21   A.  Yes.

22   Q.  Was that your phone number at the time you were doing

23   business with Broad Street?

24   A.  Yes.

25   Q.  Do you recall Mr. Nelson's phone number?

| | |
|---|---|
| 1 | *A.*  Yes, it's the bottom one.  954—817—6641. |
| 2 | *Q.*  And then it says owner? |
| 3 | *A.*  Yes. |
| 4 | *Q.*  Who are the other two numbers? |
| 5 | *A.*  Danny Carver and Tommy Dougherty. |
| 6 | *Q.*  Thank you. |
| 7 | Now, if we could zoom in on the first message. |
| 8 | Mr. Fishman, what is the date of this text message? |
| 9 | *A.*  January 29, 2020. |
| 10 | *Q.*  Is that around the time that you met with Danny and Tommy |
| 11 | and Zack at the Boca Resort? |
| 12 | *A.*  Yes, it is. |
| 13 | *Q.*  And who is this message from? |
| 14 | *A.*  Danny Carver. |
| 15 | *Q.*  What does it say? |
| 16 | *A.*  "Hey, guys, this is a group feed.  Everyone just say your |
| 17 | name so we can lock it in." |
| 18 | *Q.*  Second page of the document, zoom in on each bubble. |
| 19 | What does Tommy say? |
| 20 | *A.*  His name, Tommy. |
| 21 | *Q.*  What does the next bubble say? |
| 22 | *A.*  Zack. |
| 23 | *Q.*  Turn to the third page, please. |
| 24 | *A.*  My name. |
| 25 | *Q.*  And what is the last message here on page three?  Zoom in |

1    on the second message.

2    A.   Broad Street's bank info, wire instructions.

3    Q.   Who is sending that?

4    A.   Tommy is.

5    Q.   Why is Tommy sending Broad Street's wire instructions?

6    A.   So we could pass them off to Alpha and Horizon so we could

7    send wires for doctors' orders.

8    Q.   Thank you.

9         Now, when you set up this relationship, you were a partner

10   in Alpha and Horizon, and you testified that you split the

11   profits with the Mamones; is that correct?

12   A.   Yes.

13   Q.   When you set this up, did you also strike a deal with Danny

14   and Tommy to make profits on the Broad Street end as well?

15   A.   Yes, I did.

16   Q.   How did that work?

17   A.   It was supposed to be a flat amount of money every week,

18   and it wasn't.  It was thousands of dollars, but no set exact

19   amount.  It was never really clear.

20   Q.   What was it tied to, what Broad Street was going to pay

21   you?

22   A.   The amount of business that Alpha and Horizon did or other

23   DMEs like Alpha and Horizon that I may have known that we could

24   bring as a client to Broad Street.

25   Q.   So, like a referral fee?

```
 1   A.   In essence, yes.
 2   Q.   Now, was that your initial arrangement with Broad Street
 3   Lifestyles?
 4   A.   Yes, it was.
 5   Q.   At some point, did you and Mr. Nelson actually become
 6   partners with Danny and Tommy at Broad Street?
 7   A.   Yes, we did.
 8   Q.   Around what time period was that?
 9   A.   March.
10   Q.   What year?
11   A.   2020.
12   Q.   Who offered you the partnership?
13   A.   Danny asked me and me and Zack spoke about it.
14   Q.   What was the offer?
15   A.   If we sent them a hundred thousand dollars that day, they
16   would give us 50 percent of the company.
17   Q.   Did you wire a hundred thousand dollars to Broad Street?
18   A.   Yes, I did.
19   Q.   What business did that come from?
20   A.   Bergen Media Group.
21   Q.   Is it B-E-R-G-E-N?
22   A.   Yes.
23   Q.   Whose company is Bergen Media Group?
24   A.   It was my company and Zachary Nelson's company.
25   Q.   So, did you ultimately enter into this partnership?
```

```
 1   A.   With Broad Street?

 2   Q.   Yes.

 3   A.   Yes, we did.

 4   Q.   What were the terms?

 5   A.   50 percent of the business was ours.

 6   Q.   Was it a handshake deal?

 7   A.   Yes, it was.

 8   Q.   So this is around, I think you said March 2020?

 9   A.   I believe so, yes.

10   Q.   How long did the partnership last?

11   A.   Until July, June.  End of June, early July.

12   Q.   So, in addition to the money you made from Alpha and

13   Horizon, how much money did you make from Broad Street?

14   A.   About 500,000.

15   Q.   I am sorry?

16   A.   About 500,000, I think.

17   Q.   How were you paid?

18   A.   ACH or a wire.

19   Q.   And where did those payments go to?  If they were from

20   Broad Street for your partnership profits, where did they go?

21   A.   Some of the money went to Bergen Media Group, which was a

22   holding company that Zack and myself owned, along with my -- I

23   have a LLC that is just a management company that is mine.  It

24   was paid there.  Fishman Management is the name of the

25   business.
```

1    *Q.*  Have you heard of a business called Nelson Business

2    Investment?

3    *A.*  Yes, I have.

4    *Q.*  Whose business is that?

5    *A.*  Zack Nelson's business.

6    *Q.*  Did he receive payments from Broad Street for his profits?

7    *A.*  Yes.

8    *Q.*  Did they go to that company?

9    *A.*  Yes, and Bergen Media Group.

10   *Q.*  I want to talk to you about Broad Street's call center

11   operations.  During this time period from January to July 2020,

12   how frequently were you present at the call center?

13   *A.*  Multiple times a week.

14   *Q.*  Can you distinguish, prior to being a partner, just getting

15   the referral fees, and then after March when you became a

16   partner the frequency that you were at the offices?

17   *A.*  Daily.

18   *Q.*  Did it change after you became a partner?

19   *A.*  Yes, I spent more time there.

20   *Q.*  Prior to becoming a partner, how often were you there?

21   *A.*  I was still there probably four times a week.

22   *Q.*  I would like to publish to the witness what is admitted as

23   Government Exhibit 1305D.

24        Do you recognize what is in this photo?

25   *A.*  Yes.

Pauline A. Stipes, Official Federal Reporter

82

1   Q.   What is it?

2   A.   Office building where Broad Street was.

3   Q.   Now, when you worked at Broad Street how many different

4   office buildings did you work out of?

5   A.   Two.

6   Q.   Is this the first or the second?

7   A.   This is the first one.

8   Q.   I would like to show the witness Government Exhibit 1305C.

9        Do you recognize what is in this photograph?

10  A.   Yes, the building that the office was moved to.

11  Q.   Broad Street?

12  A.   Yes, same street, just a different building.  That is why

13  they look the same.

14  Q.   Now, I would like to show the witness what is marked for

15  identification as Government Exhibit 1013R.

16       Do you recognize what is depicted in this photograph?

17  A.   Yes, the lobby of the second office.

18       MR. QUEENAN:  Your Honor, the Government moves to

19  admit 1013R.

20       THE COURT:  Okay.  This is not part of the 1013

21  extraction?

22       MR. QUEENAN:  Well, the 1013 sub exhibits, your Honor,

23  are going to be attachments from that excerpt.

24       THE COURT:  All right.  So this is 1013R.

25       Any objection to the admission of 1013R, this

```
 1    photograph?  Is it one page?
 2              MR. QUEENAN:  Correct.
 3              MR. FELDMAN:  No objection.
 4              MR LOWTHER:  No objection, your Honor.
 5              MR. ADLER:  No objection.
 6              THE COURT:  1013R is admitted without objection.
 7        (Whereupon Government Exhibit 1013R was marked for
 8    evidence.)
 9              MR. QUEENAN:  May we briefly publish to the jury so
10    they can see?
11    BY MR. QUEENAN:
12    Q.  Where was this photograph taken?
13    A.  The lobby of the office.
14    Q.  Now, this is the second office?
15    A.  Yes.
16    Q.  Do you recall approximately when you migrated from the
17    first office to the second one?
18    A.  Probably around March or April.
19    Q.  Now, can you just -- thank you.
20        Can you describe for the jury the call center layout?
21    A.  Yes.  That was the lobby, actual call center cubicles, rows
22    of them, offices around the outskirts of the cubicles.
23        Where the cubicles are, sales floor, call center, people
24    making outbound phone calls.  Our office was off of that in the
25    back, and then there were various other offices and a
```

Pauline A. Stipes, Official Federal Reporter

1   conference room around the outskirts of the cubicles.

2   Q.  When you say our office, who are you referring to?

3   A.  Myself, Tommy, Zack, and Danny.

4   Q.  You mentioned there were other offices.  Who occupied the

5   other offices?

6   A.  The other offices, Tim Richardson, Alexia, Joanna were in

7   one office.  There was a conference room/office, Tod worked in

8   there, Tyler worked in there, a few girls.  Another office Jose

9   worked in, Gino worked in, Ashley worked in, and an additional

10  office with just a few other staff.  I don't recall their

11  names.

12  Q.  You just mentioned a handful of names there.  I want to

13  Mike sure the record is clear.

14     You said Tod.  Who is Tod?

15  A.  Tod Schull.

16  Q.  What was his role at the call center?

17  A.  At first I wasn't sure, and I realized that he kind of had

18  a relationship with one of the labs that we were using, you

19  know, to send genetic tests to.

20  Q.  Do you recall the name of the lab?

21  A.  I do not.

22  Q.  Do you recall where that lab was located?

23  A.  Colorado or Tampa.

24  Q.  Who is Tyler?

25  A.  Someone that worked there, maybe a friend of Danny's,

Pauline A. Stipes, Official Federal Reporter

85

```
 1   childhood friend.
 2   Q.   Do you remember his last name?
 3   A.   Roman.
 4   Q.   How about Joanna, do you know her last name?
 5   A.   I do not.
 6   Q.   What was her role?
 7   A.   She worked with Tim Richardson doing administrative work.
 8   Q.   You mentioned Jose.  Is that Jose Goyos?
 9   A.   Yes.
10   Q.   Who did he share an office with?
11   A.   Gino and Ashley.
12   Q.   Gino Carver?
13   A.   Yes.
14   Q.   Do you know what their role at the call center was?
15   A.   They were not there in the beginning when I first got
16   there.  They got there a couple months after, and really worked
17   more o the genetic testing lab side of things more than the DME
18   side of things.
19   Q.   Okay, we'll come back to that.
20        Approximately how many employees worked at the call center?
21   A.   About 30, 35 total.
22   Q.   And how many of those employees worked on the sales floor
23   making the calls to Medicare beneficiaries?
24   A.   The majority of them, about 20.
25   Q.   Let's walk through this work flow.  Who are these
```

Pauline A. Stipes, Official Federal Reporter

```
 1    telemarketers calling?
 2    A.   Consumers, typically over the age of 65 that are on
 3    Medicare.
 4    Q.   Where did you get these phone numbers, from a phone book?
 5    A.   From a lead vendor.
 6    Q.   What is a lead vendor?
 7    A.   A person that maybe scrubs the phone book or the white
 8    pages, or has ways of gathering massive amounts of data with
 9    consumer information, first name, last name, phone number,
10    maybe their address, maybe their email, their date of birth,
11    occasionally Medicare number, Social Security number.
12    Q.   Where did Broad Street get these leads?
13    A.   Various different places.
14    Q.   Now, where did the leads, I guess, derive from?
15    A.   They were either bought in Excel files, like a CSV file,
16    and uploaded to the dialer system, or they were purchased from
17    a different place and put on a spreadsheet and called manually.
18    Q.   What is a dialer?
19    A.   A system that makes phone calls automatically.
20    Q.   So you would purchase leads and what comes back is a
21    spreadsheet?
22    A.   What they would do is place an order for data, and it would
23    be uploaded to a dialer system.  Call center agents would be
24    able to go in and get on the dialer, put their headset on and
25    the dialer would dial, it beeps, hello, and the information
```

1    of -- the name is on the screen, and they are going through

2    their sales call.

3        If it results in a sale, they are able to disposition as a

4    sale, or if the person says that is not me, there are different

5    dispositions settings.  But the dialer is dialing massive

6    amounts of phone numbers kind of in the background waiting for

7    people to say hello.

8    Q.   How much does it cost to purchase these leads?

9    A.   They are cheap.  Pennies.

10   Q.   So, when you purchase leads, how many are you getting?

11   A.   As many as possible, hundreds of thousands, millions.

12   Q.   Now, are there types of leads?

13   A.   Yes.

14   Q.   Is there something called a long form lead?

15   A.   Yes, there is.

16   Q.   What is that?

17   A.   It would be a lead that is more of a qualified lead, not

18   just like a first, last -- first name, last name, phone number,

19   date of birth, and that is kind of all of the information you

20   have; long form would be they have spoken to someone, they are

21   interested, they have their Medicare information, they checked

22   eligibility, and this was an actual candidate for someone that

23   could receive DME equipment.

24   Q.   Now, with long form leads, they were already contacted by a

25   telemarketer, did that include telemarketing facilities

1    overseas had contacted these patients?

2    A.  Yes, definitely.

3    Q.  Now, did Broad Street pay a vendor to provide dialer

4    services?

5    A.  Yes.

6    Q.  Do you know the name of that company?

7    A.  TeleSero.

8    Q.  Did TeleSero have any other services that they provided to

9    Broad Street?

10    A.  Not that I know of, no.

11    Q.  Did TeleSero keep recordings of some of these calls?

12    A.  Yes.

13    Q.  I think you mentioned earlier that the telemarketers were

14    selling DME and genetic testing.  Is that at both facilities

15    that you worked at for Broad Street?

16    A.  The first one, no, it was just DME.

17    Q.  When Broad Street moved to the second location is when

18    Broad Street started selling genetic testing as well?

19    A.  Yes.

20    Q.  Did the call center sales reps have to follow certain

21    scripts?

22    A.  Yes.

23    Q.  Are you familiar with those scripts?

24    A.  Some of them.

25    Q.  Now, who managed the sales representatives?

```
 1    A.    There were managers.

 2    Q.    Do you recall the names of any of the managers?

 3    A.    Johnny Hughes, Jordan Desmond, Mike Skulski.

 4    Q.    I would like to show you a photograph that has been marked

 5    896P for identification.

 6          Do you recognize who is depicted in that photograph?

 7    A.    Johnny Hughes.

 8    Q.    Is he one of the sales floor managers you mentioned?

 9    A.    Yes.

10          MR. QUEENAN:  Your Honor, we move to admit Government

11    Exhibit 896P.

12          THE COURT:  Any objection?

13          MR. FELDMAN:  No, your Honor.

14          MR LOWTHER:  No objection.

15          MR. ADLER:  No objection.

16          THE COURT:  896P is admitted without objection.

17       (Whereupon Government Exhibit 896P was marked for

18    evidence.)

19    BY MR. QUEENAN:

20    Q.    How long did Mr. Hughes work at the call center?

21    A.    He was there when I got there, and he was there when I

22    left.

23    Q.    He oversaw the sales representative?

24    A.    Yes.

25    Q.    What was the goal for each sales call?
```

1    A.   To get a consumer that had Medicare and that was in pain

2    and didn't receive an orthotic brace in the past, or if they

3    did, figure out which ones they already did receive so they

4    could get the others.

5    Q.   What did you call that when you successfully got all of

6    that information?

7    A.   A deal.

8    Q.   Did Broad Street have something that is referred to as a

9    spiff?

10   A.   Yes, most call centers do spiffs.

11   Q.   What is a spiff?

12   A.   If you -- an incentive, get three sales, get 20 bucks cash,

13   or whatever the manager put in place, maybe like a scratch off

14   or a gift card, spin a wheel that has different dollar amounts

15   on it.

16   Q.   Now, in order to be a deal, did the caller have to be

17   able -- be eligible with Medicare to receive the brace?

18   A.   Yes.

19   Q.   What did you refer to that as?

20   A.   Can you repeat your question?

21   Q.   Absolutely.  When you have a deal, part of the deal was

22   they had to be eligible in order to bill Medicare?

23   A.   Yes.

24   Q.   So would that be billable to Medicare; is that a term you

25   would use?

Pauline A. Stipes, Official Federal Reporter

1    A.  It could be billable, but it is not ready to be billed, it

2    is a step in the correct process to become billable.  At that

3    present time, no, it is not billable.

4    Q.  So, how did the call center rep know that it was eligible

5    to be billed to Medicare?

6    A.  There is software that could you put in and put consumer's

7    name, date of birth, Medicare number or Social, and it will let

8    you know what benefits they have, you know, if they are just on

9    Medicare, if not, they have Medicaid.  So we would weed out the

10   insurances that the DMEs wouldn't want.

11   Q.  What was that process called?

12   A.  Eligibility checking.

13   Q.  Have you ever heard the term "same and similar check?"

14   A.  Yes.

15   Q.  Mr. Fishman, if you touch the mike in any way it makes that

16   sound, so just be mindful of that.  Thank you.

17       Just briefly, if one of those call center employees got two

18   or three deals and earned a spiff, who would make the payouts?

19   A.  It would either go in their check or cash.  I have given

20   them out, or Danny, Tommy, the manager, whoever had cash.

21   Q.  So, during the call and the telemarketers is on the phone

22   with the Medicare beneficiary and receiving the information,

23   what is the telemarketer doing with the information?

24   A.  Filling out a form on the computer, kind of like a

25   questionnaire.

```
 1   Q.  Now, what types of information did the telemarketer need to
 2   elicit from the beneficiary on the phone to obtain a deal for
 3   braces?
 4   A.  First name, last name, date of birth, address, Medicare
 5   number and/or Social, their level of pain, and a few other
 6   questions.  And to be a deal, they would need to only have
 7   Medicare, not a supplemental Medicare attached to it, not a
 8   Medicaid policy, not a PPO, private plan attached, or anything
 9   like that, just strictly Medicare, Part B.
10   Q.  That is for braces.  What would the telemarketer need to
11   obtain for genetic testing?
12   A.  I am not entirely sure, similar range of information, but
13   specific questions, I don't know.
14   Q.  Okay, fair.
15       What were some of the ways you trained your call center
16   representatives to obtain the information you needed for the
17   DME calls?
18   A.  I didn't train anybody.
19   Q.  You have been in the call center business for awhile,
20   right?
21   A.  I have.
22   Q.  Are you familiar with how Broad Street trained its
23   employees to get this information?
24   A.  Sales scripts.
25   Q.  Once Broad Street has this information, what would they do
```

Pauline A. Stipes, Official Federal Reporter

1    with it?

2    A.  Get it off to a telemedicine doctor, or a company that has

3    doctors, which it could then become a prescription, you know,

4    once a doctor signs off on it it becomes a prescription, and it

5    would be a completed doctor's order which could then be handed

6    off to a DME which can -- they could ship out the products and

7    submit the claim to Medicare.

8    Q.  So, what is it actually that Broad Street sent to this

9    doctor?

10   A.  Kind of like an intake form, like a triage form.  Like you

11   go to a doctor and you are in the lobby, and you have never

12   been there, and there is a series of questions, and it's all of

13   those basic medical questions that are attached.

14   Q.  Now, is this form that is sent to the doctors, is it

15   prefilled?

16   A.  Yes.

17   Q.  Does it include what braces the call center seeks to have

18   the doctor order?

19   A.  Yes.  That is how -- it was a template.  There was a check

20   box for the braces, and it would then create the template based

21   on that.

22   Q.  So, based on the information the telemarketer received, the

23   call center would send over, I guess -- what is it, just a form

24   with the list of braces that the call center was recommending?

25   A.  It was all done on the computer, like with a CRM, so a

1    database software that housed everything.

2    Q.  What was that data base called?

3    A.  Zoho sign.

4    Q.  Now, did Broad Street, the call center, have any medical

5    professionals working there?

6    A.  Not to my knowledge, no.

7    Q.  Now, do you recall the names of the telemedicine companies

8    that Broad Street worked with?

9    A.  Conclave.

10   Q.  Who was the owner of Conclave?

11   A.  David Santana and Danny Carver.

12   Q.  Now, did you ever meet with Mr. Santana?

13   A.  Yes.

14   Q.  Where have you met with him?

15   A.  In the office.

16   Q.  Did you also meet with him in Massachusetts?

17   A.  Yes.

18   Q.  How did you get there?

19   A.  Flew.

20   Q.  What was the purpose of the meeting?

21   A.  Danny felt like David was doing things behind his back,

22   lying, so he made a trip and went out there for a day and came

23   back.

24   Q.  Let me step back.  Did Broad Street have a financial

25   relationship with Conclave?

```
 1    A.   Yes.
 2    Q.   Did Broad Street pay any other telemedicine companies as
 3    well?
 4    A.   Paid Barton Associates.
 5    Q.   Did Broad Street pay Conclave as well?
 6    A.   Yes, it did.
 7    Q.   What was Broad Street paying Conclave and Barton for?
 8    A.   It was paying Conclave to David, his share of the money or
 9    a salary.  Barton Associates was billing on a per consult basis
10    for telemedicine.
11    Q.   So what did Broad Street expect in return when it paid
12    Barton?
13    A.   For doctors to sign the prescriptions.
14    Q.   So your flight up to Boston, who was present for that
15    meeting?
16    A.   Myself, Zack, Tommy and Danny.
17    Q.   Mr. Santana as well?
18    A.   Yes, he lived up there.
19    Q.   Where did you meet?
20    A.   Um-m-m, at what seemed to be an abandoned church.
21         He got an office space there and lived there as well, in
22    the attic.  It was one of the weirdest things I probably have
23    ever like been to in my life.  There is like an old, old
24    building, a few employees in an office, then creaky wood stairs
25    and then an attic, and that is where he lived.  Wasn't there
```

```
 1   long, maybe two hours, not even.
 2   Q.  And what was David Santana and Conclave's role in helping
 3   Broad Street obtain doctors' orders?
 4   A.  He had a relationship with Barton and he had experience in
 5   telemedicine.
 6   Q.  Did you Danny, Tommy, and Zack all fly up together?
 7   A.  Yes, we did.
 8   Q.  Do you remember what airline you flew on?
 9   A.  Jet Blue.
10        MR. QUEENAN:  Your Honor, I would like to move to
11   admit, it's a handful here, Exhibits 1013E, F, G, H, L, K, and
12   T.
13        THE COURT:  All right.  Any objection to the admission
14   of 1013E, F, as in Frank, G, H, L, K, or T as in Tom?
15        MR. FELDMAN:  No objection.
16        MR LOWTHER:  No objection.
17        MR. ADLER:  No objection.
18        THE COURT:  Those exhibits are admitted without
19   objection.
20     (Whereupon Government Exhibits 1013E, F, G, H, L, K, T were
21   marked for evidence.)
22        MR. QUEENAN:  Thank you.
23   BY MR. QUEENAN:
24   Q.  I would like to show you Exhibit 1013L.  What is this?
25   A.  A boarding pass.
```

Pauline A. Stipes, Official Federal Reporter

```
 1   Q.   For who?

 2   A.   Danny Carver.

 3   Q.   From Fort Lauderdale to Boston?

 4   A.   Yes.

 5   Q.   Does this relate to your trip to Boston to meet Conclave

 6   Media?

 7   A.   Yes.

 8   Q.   Can I show you Government Exhibit 1013F.

 9        What is this?

10   A.   My boarding pass.

11   Q.   Is this for the return flight?

12   A.   I didn't see the date of the other one, but if you could go

13   back.

14   Q.   Sure.   1013L.

15   A.   Yes, it is the return flight.

16   Q.   June 15, 2020?

17   A.   Yes.   We came back the next day.

18   Q.   How about if I pull up 1013K.

19        What is this?

20   A.   Return.

21   Q.   Is that Danny's ticket?

22   A.   Yes.

23   Q.   Did you exchange essentially screen shots of your boarding

24   passes with each other in that text thread?

25   A.   Yes.
```

Pauline A. Stipes, Official Federal Reporter

```
1   Q.  Is that what these are?

2   A.  Yes.

3   Q.  I won't show you all of them.

4   A.  One person booked the flights and just passed off screen

5   shots in there.

6   Q.  When Broad Street would send these prefilled forms to the

7   telemedicine companies, do you know how they reached a certain

8   doctor?

9   A.  They were uploaded to a system, the CRM system, and based

10  on the state, there was physicians in those specific states,

11  and the doctors would have the ability to log in with their own

12  credentials.

13  Q.  So, if a beneficiary lived in Iowa, that doctor's order

14  would get routed to a telemedicine doctor who lives in the same

15  state?

16  A.  Not necessarily lives, but is licensed in.

17  Q.  Did these doctors already have a preexisting relationship

18  with these patients that you are aware of?

19  A.  They did not.

20  Q.  Do you know if these telemedicine doctors met face-to-face

21  with these patients?

22  A.  They didn't meet face-to-face.

23  Q.  Do you know if they met over interactive video and phone?

24  A.  Like face time?

25  Q.  Sure.
```

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  No.
 2   Q.  Do you know if these telemedicine doctors even spoke to the
 3   patients about braces?
 4   A.  Sometimes yes, sometimes no.
 5   Q.  What do you mean, sometimes no?
 6   A.  Sometimes they wouldn't call.
 7   Q.  How do you know that?
 8   A.  Other doctors have gotten into trouble for just stamping
 9   prescriptions to get paid.
10   Q.  But do you --
11          MR. FELDMAN:  Your Honor, I would move to strike that
12   last piece of testimony about other doctors.
13          THE COURT:  All right.  Sustained.  It is unclear
14   which other doctors are being referred to.  Let's move on.
15          I am sorry.  Ladies and gentlemen, you should
16   disregard the answer, which was, quote, other doctors have
17   gotten into trouble for just stamping prescriptions to get
18   paid.
19          MR. QUEENAN:  Thank you, Judge.
20   BY MR. QUEENAN:
21   Q.  Did you ever speak to Danny Carver about whether
22   telemedicine doctors were actually speaking to the patients?
23   A.  I was present for a conversation that Zack had with Danny.
24   Q.  What was the concern?
25   A.  The patients weren't getting called.
```

1   Q.  What did Danny say?

2   A.  He chuckled, and said, you think they really call

3   everybody?

4   Q.  How many doctors' orders was Broad Street purchasing in a

5   single week -- I am sorry -- was Broad Street receiving from

6   telemedicine companies in a single week?

7   A.  Thousands.

8   Q.  All right.  So, what happens after the doctor signs the

9   order for braces?

10  A.  It would be marked as completed and it would be in a

11  folder.  All of this is digital, it is not a paper copy.

12      And it would be -- Tim would go in and see what deals came

13  back and were completed and then put them in a different

14  folder, which was each respective DME of where that patient

15  file should go.

16  Q.  When you say Tim, do you mean Tim Richardson?

17  A.  Yes.

18  Q.  Did he work at Broad Street?

19  A.  Yes.

20  Q.  Broad Street would actually receive a digital file of the

21  doctor's order?

22  A.  Yes, they were in the CRM.  The doctors -- it would be

23  uploaded on one side and the doctors could go in and sign off

24  on the files and when it was done, it would be completed.  So

25  it was downloaded from the CRM system.

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.   And who did Tim Richardson report to?

 2    A.   Mainly Danny.

 3    Q.   Who else?

 4    A.   Tommy.

 5    Q.   Who did Tim Richardson report to?

 6    A.   Danny.

 7    Q.   Who else?

 8    A.   Tommy.

 9    Q.   Do you know who at Broad Street received the doctors'

10    orders related to genetic testing?

11    A.   At first Tim.

12    Q.   After that?

13    A.   It would go to Ashley.

14    Q.   Do you recall Ashley's last name?

15    A.   Cigarroa.

16    Q.   So, after -- sticking with braces because it sounds

17    like you know a little bit more about that.

18         After the doctor's order came back and Tim reviewed it,

19    what does Broad Street do with these orders?

20    A.   They would click and download them and it would be in a

21    pdf, and each DME -- for example, Alpha and Horizon would have

22    a drop box, which is a shared file that someone could log into

23    from anywhere, and they would click, drag, and drop the

24    completed doctors' orders in the respective bin of that DME,

25    for this case Alpha and Horizon.
```

1      Then the team on Alpha and Horizon could download them and

2  check them, get them their actual braces and submit their

3  claims to Medicare.

4  Q.  Were there instances in which doctors' orders for Alpha and

5  Horizon that you purchased from Broad Street you were actually

6  unable to bill to Medicare?

7  A.  It happened all the time.

8  Q.  What were some of the reasons the doctors' orders were not

9  billable or able to be billed to Medicare?

10  A.  Same and similar.

11  Q.  What does that mean?

12  A.  If someone was prescribed the same or similar product

13  within the last three or five years, they could not receive --

14  Medicare will only pay for it once.

15  Q.  Was there any urgency in completing this entire process?

16  A.  You mean from the call center to the prescription --

17  Q.  Was there any urgency for Broad Street to obtain a signed

18  doctor's order and get it to the DME companies?

19  A.  Yes, you wanted to get it to them as soon as possible.

20  Q.  Why?

21  A.  It was kind of a first person finished wins, so whoever

22  bills it first is going to be the one who receives the

23  reimbursement.

24  Q.  Who are you racing against?

25  A.  Other DMEs.

```
 1    Q.  Because they get the same date?

 2    A.  It could all stem from the same data, yes.  They are not

 3    getting the sames doctor's order, but the call center could be

 4    calling on the same leads.

 5    Q.  So --

 6          MR. FELDMAN:  Your Honor, I move to strike that

 7    testimony, too.

 8          THE COURT:  Overruled, overruled.  Please continue.

 9    BY MR. QUEENAN:

10    Q.  Were there any other reasons why a doctor's order was not

11    billable?

12    A.  Codes being wrong.

13    Q.  So, what would happen, for example, if the codes were

14    wrong?

15    A.  Well, the biller would say, I can't bill this for whatever

16    specific reason it was, same or similar, invalid codes, notes

17    don't meet medical necessity, um-m-m, and that is pretty much

18    it.

19    Q.  So, in some instances, what did Broad Street do when they

20    learned that the codes were wrong?

21    A.  The prescriptions needed to be changed.

22    Q.  Who would change the doctors' orders or prescriptions?

23    A.  At first I thought they --

24          MR. ADLER:  Objection, lack of foundation, lack of

25    personal knowledge.
```

1          MR. QUEENAN:  Your Honor, I think the witness

2    testified that the doctors' orders would be changed.  We went

3    through the entire processes that he is familiar with.  He was

4    the owner, partner in Broad Street, he was there ever day.

5          THE COURT:  Overruled.  You may answer the question.

6          THE WITNESS:  Can you repeat the question?

7    BY MR. QUEENAN:

8    Q.   So what would Broad Street do if it learned from a DME

9    company that they couldn't bill an order because the codes were

10   wrong?

11   A.   They would need to be changed.

12   Q.   And who changed the orders?

13   A.   Tim Richardson and the staff in his office would alter the

14   prescriptions.

15   Q.   So, Broad Street Lifestyle employees would change the

16   doctors' orders?

17   A.   Yes.

18   Q.   This is a doctor's order that is already signed by a

19   telemedicine doctor?

20   A.   Yes.

21   Q.   Where would they make these changes?  Like physically where

22   were they when they changed the documents?

23   A.   At their computer in their office.

24   Q.   Who instructed Tim Richardson to alter the doctors' orders?

25   A.   Danny.

Pauline A. Stipes, Official Federal Reporter

1    Q.   How do you know that?

2    A.   I was present for a few conversations.

3    Q.   Have you seen Tim --

4    A.   I have seen him change them.

5    Q.   Seen who change them?

6    A.   Tim.

7    Q.   Let me jump back.  You were present for what conversation?

8    A.   Danny instructing Tim to fix the bad deals and quickly.

9    Q.   How many times do you think you have been present for such

10   a conversation?

11   A.   A few, twice.

12   Q.   How did Tim Richardson go about changing these doctors'

13   orders?

14   A.   He had a computer program that was kind of like an eraser,

15   it would let you erase what was written and recreate a text

16   box.

17   Q.   Do you recall what that computer program is called?

18   A.   PDF Filler.

19   Q.   Who did Tim Richardson work with?

20   A.   Joanna, Alexia, and a few others.

21   Q.   Did you see other folks altering these doctors' orders as

22   well?

23   A.   Just Tim, Joanna.

24   Q.   Now, are you familiar with what the doctors' orders would

25   look like when they were returned to Broad Street?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  Yes, I have seen them.
 2    Q.  In fact, did you own Alpha and Horizon as well, the DME
 3    companies?
 4    A.  Yes.
 5    Q.  Are you familiar with the orders that you got back from the
 6    telemedicine companies and what they looked like?
 7    A.  Yes.
 8    Q.  What was the name of the CRM system in which the doctors'
 9    orders flowed through?
10    A.  Zoho sign.
11    Q.  Approximately how many doctors' orders do you think Alpha
12    and Horizon purchased from Broad Street?
13    A.  Thousands.
14         MR. QUEENAN:  Just one moment, your Honor.  I would
15    like to show the witness what is marked for identification
16    405A.
17         If we could slowly flip through the exhibits so Mr.
18    Fishman can see all the pages.
19    BY MR. QUEENAN:
20    Q.  Mr. Fishman, do you recognize this document?
21    A.  Yes, the template.
22    Q.  What do you recognize it to be?
23    A.  Excuse me.  Doctor's order for braces.
24    Q.  Do you know where this doctor's order came from?
25    A.  It was downloaded from the CRM.
```

```
 1    Q.   Was it something that was sent to Broad Street?
 2    A.   It was completed by the telemed in Broad Street's CRM.
 3    Q.   Would it have been returned to Broad Street and downloaded?
 4    A.   Could have.
 5    Q.   What on this document makes you confident that it came
 6    through Broad Street?
 7    A.   It says zoho sign on the top.
 8              MR. QUEENAN:   Your Honor, I would like to admit
 9    Government's Exhibit 405A.
10              THE COURT:   Any objection?
11              MR. FELDMAN:   Yes, your Honor.   We object as to this
12    document, it is hearsay, the entire document is hearsay.
13              THE COURT:   Government.
14              MR. QUEENAN:   Do you want speaking or sidebar?
15              THE COURT:   You can explain.
16              MR. QUEENAN:   Your Honor, this is a doctor's order
17    that was generated -- do you want me to do sidebar -- during
18    the conspiracy, it was sent from the telemedicine company to
19    Broad Street.   He is familiar with it.   Your Honor has already
20    admitted requisition forms out of hearsay objections.
21              THE COURT:   All right.   The objection is overruled.
22    405 is admitted over the Defendant's hearsay objection.
23         (Whereupon Government Exhibit 405A was marked for
24    evidence.)
25              MR. QUEENAN:   May we publish it to the jury?
```

Pauline A. Stipes, Official Federal Reporter

1        *THE COURT:*  **Yes.**

2    *BY MR. QUEENAN:*

3    *Q.*  **Could we zoom in at the top, please, the zoho sign on the**

4    **first part.**

5        **Mr. Fishman, you earlier indicated you could identify this**

6    **document as a doctor's order that came from Broad Street.   At**

7    **the top it says zoho sign?**

8    *A.*  **Yes.**

9    *Q.*  **What does it say under that?**

10   *A.*  **Medical records and patient chart information.**

11   *Q.*  **Can we scroll down and see that patient information.**

12       **What patient is this for?**

13   *A.*  **Linda Jepsen.**

14   *Q.*  **Where does she live?**

15   *A.*  **Glenwood, Iowa.**

16   *Q.*  **Turn to the second page, please, and zoom in on the top**

17   **half.**

18       **Now, just roughly speaking in terms of the doctors' orders**

19   **that you saw that were altered, what category of information on**

20   **here was altered?  Not on this specific doctor's order, just**

21   **generally, when you observed a doctor's order being altered by**

22   **Tim Richardson?**

23   *A.*  **Either the date, the L code, so that is under ortho devices**

24   **prescribed.**

25   *Q.*  **Does that say LO 648, LSO back brace?**

```
 1    A.  Yes that would be what the billing code is for that

 2    specific product.  Also a back brace, L 0650 is the same

 3    product, different code.

 4    Q.  If we could scroll down to the signature.

 5         Who is this purportedly signed by?

 6    A.  Michael Harding, M.D.

 7    Q.  If we could turn to the next page of the document, please,

 8    page four.  If you could zoom in here on the top half as well.

 9         Now, is this for a separate L code brace?

10    A.  This is -- yes, this is for knees.

11    Q.  And this is the same patient, though, Linda Jepsen?

12    A.  Yes, her name is on the top.

13    Q.  I want to clarify something.

14         If Horizon or Alpha was buying a doctor's order from Broad

15    Street at $400 a patient, as you testified, was that per

16    doctor's odor or per patient?

17    A.  Per patient.

18    Q.  Thank you.

19         MR. QUEENAN:  Just one moment, your Honor.

20    BY MR. QUEENAN:

21    Q.  Now, what was Danny Carver's role in overseeing the call

22    center?

23    A.  His role was the main decision-maker, the leader of the

24    office, making sure that DME clients paid and money came into

25    the business.  He wore a lot of different hats.
```

```
 1    Q.   How often was he in the office?

 2    A.   Every day.

 3    Q.   I want to switch gears a little bit and discuss a little

 4    more about the money.  Okay?

 5         You testified that you partnered in Alpha and Horizon and

 6    you purchased these DMEs -- you purchased these doctors' orders

 7    from Broad Street.  Remind us, what is the time period that you

 8    did this?

 9    A.   January.

10    Q.   In total, approximately how much money did Alpha and

11    Horizon pay to Broad Street for those doctor's orders?

12    A.   Probably north of a million dollars.

13    Q.   Did Alpha and Horizon enter into written contracts with

14    Broad Street Lifestyles?

15    A.   Yes, they did.

16    Q.   Did those contracts outline that the DME companies were

17    buying doctors' orders from Broad Street?

18    A.   No, they did not.

19    Q.   Why not?

20    A.   Because purchasing doctors' orders is illegal.

21    Q.   Now, were you involved in obtaining the agreements, these

22    contracts we are referencing, from Broad Street for Alpha and

23    Horizon?

24    A.   Yes.

25    Q.   Do you recall --
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*   I kind of acted as the middle person between the Mamones

2    and the Broad Street company.

3    *Q.*   Are you familiar with the contracts between Broad Street

4    and Alpha?

5    *A.*   Yes.

6    *Q.*   I would like to show you what is marked for identification

7    as Government Exhibit 605A.

8        Can we just spend a second on each page for Mr. Fishman to

9    identify it.

10        Mr. Fishman, do you recognize this document?

11   *A.*   Yes.

12   *Q.*   What do you recognize it to be?

13   *A.*   A marketing agreement between Broad Street and Alpha

14   Medical Supply.

15   *Q.*   What is the date of this agreement?

16   *A.*   The 28th of February, 2020.

17   *Q.*   Is this during the time period that you were receiving

18   referral fees from Broad Street and also an owner of Alpha

19   medical?

20   *A.*   Owner of Alpha Medical and this is the first step in

21   starting the relationship of purchasing doctors' orders from

22   Broad Street.

23        *MR. QUEENAN:*  Your Honor, the Government moves to

24   admit 605A.

25        *THE COURT:*  Any objection?

Pauline A. Stipes, Official Federal Reporter

```
 1            MR. FELDMAN:  No objection.
 2            MR LOWTHER:  No objection.
 3            MR. ADLER:  No objection.
 4            THE COURT:  605A is admitted without objection.
 5        (Whereupon Government Exhibit 605A was marked for
 6    evidence.)
 7            MR. QUEENAN:  May we publish?
 8            THE COURT:  Yes.
 9    BY MR. QUEENAN:
10    Q.  If we could zoom in to the top.
11        We just talked about this, but now the jury gets a chance
12    to see it.  Can you walk us through the date and who the
13    parties are in this health care marketing agreement?
14    A.  Do you want me to read it?
15    Q.  Sure.
16    A.  This health care marketing agreement, herein after this
17    agreement, is made 28th day of February 2020, by and between
18    Alpha Medical Supply and Broad Street Lifestyles, LLC, a
19    marketing company.
20    Q.  If you could turn to the last page and let us know whose
21    name appears on the signature lines for each entity?
22    A.  David Arsenault for Alpha Medical Supply and Thomas
23    Dougherty for Broad Street.
24    Q.  You mentioned David Arsenault earlier Can you remind us,
25    what was his role at Alpha?
```

1    *A.*   He was like a straw owner of the company.

2    *Q.*   Who is Thomas Dougherty?

3    *A.*   A partner of Broad Street.

4    *Q.*   Was he Danny's partner?

5    *A.*   Yes, and then my partner.

6    *Q.*   Now, if we could turn to page four of this document.

7         Section six where it says flat fee payment for services, do

8    you see that?

9    *A.*   Yes, I do.

10   *Q.*   So, for this particular contract, what were the payment

11   terms?

12   *A.*   The client agrees to remit a flat fee payment of $30,000 on

13   the 1st, 10th and 20th of every month.

14   *Q.*   What was that $30,000 payment really for?

15   *A.*   Completed doctors' orders.

16   *Q.*   Now, did you discuss these contracts with Danny and Tommy?

17   *A.*   Briefly.

18   *Q.*   I would like to go back to the admitted portions of 1013,

19   page two where we left off.

20        Just to re-orient everyone, is this the text thread for the

21   Broad Street chat?

22   *A.*   Yes.

23   *Q.*   We have already seen page two and page three, I believe.

24   If we could turn to page four.  Zoom in on those two.

25        All right.  What is the date of this message?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   January 29, 2020.
 2   Q.   Now, this is back a month earlier from the contract we just
 3   observed.   Did Alpha and Horizon enter into multiple contracts
 4   with Broad Street Lifestyles?
 5   A.   Yes.
 6   Q.   What was the difference between the contract -- the
 7   different contracts that you entered into with Broad Street?
 8   A.   The money.
 9   Q.   What was the difference between the initial contract's
10   money and the money later on in the relationship in terms of
11   the amount of payment?
12   A.   The differences of how much it was?   In the beginning it
13   was smaller to make sure that we would be able to receive
14   proper reimbursements on the orders.   Once we saw it was
15   working, we spent more, and I pushed for us to spend as much
16   money with Broad Street as possible because I was getting paid
17   on both sides.
18   Q.   So, if we look at the message on the right here from you,
19   January 29, 2020, what is it that you say to Danny, Tommy, and
20   Zack?
21   A.   The top right?
22   Q.   Yep.
23   A.   "Okay, and is that the corp for the two agreements."
24   Q.   By corp are you referring to Broad Street?
25   A.   Yes.
```

Pauline A. Stipes, Official Federal Reporter

115

```
 1    Q.   What two agreements are you referring to?
 2    A.   The marketing agreement for each respective DME.  The one I
 3    just went over.
 4    Q.   One for Alpha and one for Horizon?
 5    A.   Yes.
 6    Q.   What do you he say in the next message?
 7    A.   "Will do 10 K flat rate weekly."
 8    Q.   What are you referring to?
 9    A.   The amount of money that Alpha or Horizon, I don't recall
10    which company, would be paying $10,000 a week to Broad Street.
11    Q.   For what?
12    A.   Doctors' orders.
13    Q.   Turn to the next page.
14        What does Danny say in response to your message about the
15    agreements and 10 K flat fee?
16    A.   "Yes".
17    Q.   What does Zack say?
18    A.   "Yeah, man."
19    Q.   Go to the next page, please.  All right.
20        You say perfect.  I would like you to read the next text
21    message, please.
22    A.   "Morning.  What email am I sending my agreements to for you
23    guys to sign?"
24    Q.   Are you referring to the marketing agreements?
25    A.   Yes.
```

```
 1    Q.   Turn to the next page, please.

 2         Is that the email that Tommy provided to you, sending the

 3    marketing agreement?

 4    A.   Yes.

 5    Q.   What did you write?

 6    A.   "Also, I need a marketing agreement from you guys for the

 7    weekly budget."

 8    Q.   What does that mean?

 9    A.   There were two agreements, the one I read was three times

10    per month, and there was also a weekly agreement as well.

11    Q.   If we could turn to the next page, please.

12         Now, what does Danny say to you?

13    A.   Don't you have -- "Blake, don't you have a marketing

14    agreement?"

15    Q.   What did you say?

16    A.   "You have got to provide it to me."

17    Q.   Turn to the next page, please.  Can you Zoom in.

18         What else did you say to Danny?

19    A.   "As you are the marketer."

20    Q.   What do you mean by that, you have to provide to it me as

21    you are the marketer?

22    A.   That we are going into an agreement with them as the

23    marketing company, we are not going to be issuing them a

24    marketing agreement.  We are not doing the marketing for them,

25    we are paying them for services and, you know, doctors' orders
```

117

1    in essence.

2    Q.  Now, is this the only time you talked with Danny about

3    these agreements on this text thread?

4    A.  I believe so.

5    Q.  Can I show you what has been marked as Government Exhibit

6    1013, but only for identification.  Can we show the witness

7    pages 277 to 279.  If you'd go to the second one.

8        Mr. Fishman, is this another few messages within this same

9    Broad Street chat?

10   A.  Yes.

11   Q.  And is this on February 28, 2020?

12   A.  Yes.

13   Q.  Do you recognize this document?

14   A.  Yes.

15           MR. QUEENAN:  Your Honor, the Government moves to

16   admit excerpts, pages 277 to 279.

17           THE COURT:  Any objection?

18           MR. FELDMAN:  No objection.

19           MR LOWTHER:  No objection, your Honor.

20           MR. ADLER:  No objection.

21           THE COURT:  All right.  Pages 277 through 279 are

22   admitted, this is part of Government Exhibit 1013, without

23   objection.

24   BY MR. QUEENAN:

25   Q.  Can we publish page 277, please.  Go to the second bubble.


Pauline A. Stipes, Official Federal Reporter

```
 1        This is February 28.  Could we do a side-by-side with 605A?
 2   It's already admitted.
 3        Now, Mr. Fishman, while we are pulling that up, if you can
 4   see it, what are you saying here on this thread?
 5   A.  "Need an updated signed agreement for Alpha."
 6   Q.  What is the date of that text message that you sent?
 7   A.  February 28, 2020.
 8   Q.  What is the date of the Alpha agreement that we just
 9   reviewed on the right-hand side, 605?
10   A.  February 28, 2020.
11   Q.  Is this the agreement you received in response to your text
12   message.
13   A.  Yes.
14   Q.  If we could keep scrolling through the text thread, please.
15        Turn to page 278 of the exhibit.
16        What does Tommy, Danny's partner, say to you?
17   A.  "We are taking care of everything."
18   Q.  What does the next thread say?
19   A.  "Send me your email."
20   Q.  Go to page 279.
21        What is this email here?
22   A.  Alpha Medical Supply's email.
23   Q.  And what is the last thread?
24   A.  "Horizon you should have."
25   Q.  What do you mean by that?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   Horizon's email.
 2    Q.   Now, I think you mentioned this, but did Horizon enter into
 3    a similar contract as the one Alpha did?
 4    A.   Yes, prior to Alpha.
 5    Q.   Did it also have additional iterations of the contract?
 6    A.   Like alterations of the amount of money?
 7    Q.   Yes.
 8    A.   Yes.
 9    Q.   I would like to show you what is marked for identification
10    as Government Exhibit 602.
11         Mr. Fishman, do you recognize this document?
12    A.   Yes.
13    Q.   What do you recognize it to be?
14    A.   A marketing agreement.
15    Q.   Who is it between?
16    A.   Horizon Medical Supply and Broad Street.
17    Q.   Do you recall the date that this agreement was entered
18    into?
19    A.   May 1, 2020.
20    Q.   Is that the time you were working both at Broad Street and
21    Horizon?
22    A.   Yes.
23              MR. QUEENAN:   The Government moves to admit 602.
24              THE COURT:   Any objection?
25              MR. FELDMAN:   No objection from Daniel Carver.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              MR LOWTHER:  No objection.

 2              MR. ADLER:  No objection.

 3              THE COURT:  802 is admitted without objection -- I am

 4     sorry, I meant 602.

 5         (Whereupon Government Exhibit 602 was marked for evidence.)

 6              MR. QUEENAN:  Thank you, Judge.

 7              Publish page one, zoom in.

 8     BY MR. QUEENAN:

 9     Q.  Does this look similar to the Alpha contract?

10     A.  It is the exact same thing.

11     Q.  What is changed?

12     A.  The date, the company, and the money, and the people that

13     signed it.

14     Q.  Can we go to the signature page, please.

15         Who signed this document, or whose name appears on the

16     signature block?

17     A.  It would be Joey Mamone and Tommy.

18     Q.  Who is Joey Mamone?

19     A.  The owner of Horizon Medical Supply.

20     Q.  Is that one of the photos we saw earlier?

21     A.  Yes.

22     Q.  Did this contract outline the fact that Horizon was

23     purchasing doctors' orders on a per patient basis?

24     A.  No.

25     Q.  Why not?
```

**Pauline A. Stipes, Official Federal Reporter**

```
 1    A.   Because it is illegal.
 2    Q.   What does this contract state, then?
 3    A.   It states that Horizon Medical Supply will pay Broad Street
 4    for marketing services on a flat rate payment of three times
 5    per month or weekly.
 6    Q.   For what?  You said it doesn't say we are buying doctors'
 7    orders, so what does it purport to say you are paying Broad
 8    Street for?
 9    A.   Marketing services.
10    Q.   Were you paying Broad Street for marketing services?
11    A.   No.
12    Q.   Is this a lie?
13    A.   Yes.
14    Q.   Why did you enter into this contract?
15    A.   We were told that we should have a marketing agreement.
16    Q.   And why did you want a marketing agreement?
17    A.   To look legitimate.
18    Q.   What did you intend to do with these contracts?
19    A.   Nothing.  Store them in the computer in the office.
20    Q.   Did you ever anticipate that you may have to pull it out?
21    A.   If anyone ever asked for them.
22    Q.   Like who is anyone?
23    A.   A medicare auditor, which happened from time to time.
24    Q.   And why would you show him this agreement?
25    A.   To show that we are -- if they asked where we were
```

```
 1    receiving our patients from and we had a legitimate marketing
 2    agreement with Broad Street Lifestyles or whatever other
 3    company we had them with.
 4    Q.   Was this a legitimate marketing agreement?
 5    A.   I believe so.
 6    Q.   Were you paying for marketing?
 7    A.   No.  We were not.
 8    Q.   So, were Alpha and Horizon the only company that purchased
 9    doctors' orders from Broad Street?
10    A.   No.
11    Q.   In addition to, I think, the million dollars you
12    referenced, approximately, that Alpha and Horizon paid to Broad
13    Street, how much additional money did Broad Street receive from
14    other clients?
15    A.   Millions of dollars.
16    Q.   Did Broad Street's other clients purchase doctors' orders
17    on a per patient basis?
18    A.   Some were on a per product basis.
19    Q.   Did Broad Street also sell genetic testing doctors' orders?
20    A.   Yes.
21    Q.   What were the rates for genetic testing?
22    A.   Substantially more than the 400, north of a thousand
23    dollars.
24    Q.   So, Broad Street -- was genetic testing more profitable
25    than DME?
```

```
1    A.   From what I was told.  I was only involved for the start of
2    the genetic testing.
3    Q.   So, did Broad Street start doing genetic testing toward the
4    end of your tenure there?
5    A.   Yes.
6    Q.   Who told that genetic testing paid more?
7    A.   Danny, and the money coming into the business.
8    Q.   Meaning you were earning more from the genetic testing
9    clients?
10   A.   We were working towards that.  It was very new when I was
11   still there, but I saw the potential.
12   Q.   So, let's go back a minute and focus on the DME since that
13   sounds like you know more.
14       How did Broad Street track how many doctors' orders it sold
15   to any DME client in a given week?
16   A.   There were spreadsheets.
17   Q.   And who was responsible for tracking those payments?
18   A.   Tracking the payments, Tim would send out invoices for what
19   the wire would be, the prenegotiated amount on a weekly basis,
20   and Tommy would track to make sure that Tim was getting the
21   completed orders to the DMEs.
22   Q.   Who ultimately decided how many doctors' orders would be
23   given to each DME in a given week?
24   A.   It was determined between how much the DME wanted to spend
25   on a weekly basis.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.   Who made the de termination?

 2    A.   For Alpha and Horizon, we did as the owners.

 3    Q.   Meaning you could buy as much as you could afford?

 4    A.   Yes, but we were told to keep the billing under a certain

 5    amount.

 6    Q.   So, was Danny involved at all in tracking the payments?

 7    A.   Like the wires?

 8    Q.   Yes.

 9    A.   Yes, he would check the bank account.  Tommy really and

10    Zack really controlled the monitoring of that.

11    Q.   Did you have weekly meetings with Danny, Tommy, and Zack?

12    A.   Yes.

13    Q.   What would occur at these meetings?

14    A.   We would talk about the deals for the week, the money, and

15    figure out what our profit was for the week and split it up.

16    Q.   And where were these meetings held?

17    A.   In the office.

18    Q.   Whose office?

19    A.   Our office in the call center.

20    Q.   In your office.  Who shared that office with you again?

21    A.   Tommy, Danny, and Zack.

22    Q.   Now, how did you track all the profits?

23    A.   We, you know, would log into the bank account and we would

24    use white board.

25    Q.   What do you mean, white board?
```

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | *A.*  **Like an expo marker, dry erase white board.** |
| 2 | *Q.*  **I would like to show you what has been marked as Government** |
| 3 | **Exhibit 1013N.** |
| 4 | **Do you recognize this document?** |
| 5 | *A.*  **Yes.** |
| 6 | *Q.*  **What do you recognize it to be?** |
| 7 | *A.*  **A picture of the white board.** |
| 8 | *Q.*  **The white board where?** |
| 9 | *A.*  **In the office.** |
| 10 | *MR. QUEENAN:*  **Your Honor, the Government moves to** |
| 11 | **admit 1013N.** |
| 12 | *THE COURT:*  **Any objection?** |
| 13 | *MR. FELDMAN:*  **I object to 1013 on the basis of** |
| 14 | **hearsay.  These are out-of-court statements, they are** |
| 15 | **admissible for no other purpose.** |
| 16 | *THE COURT:*  **All right.  Let's have an sidebar.** |
| 17 | **Ladies and gentlemen, to let you stretch your legs and** |
| 18 | **use the facilities.  We will take a brief break for about five** |
| 19 | **minutes.  All rise for the jury.** |
| 20 | **Thank you, you may be seated.** |
| 21 | (Thereupon, the jury leaves the courtroom.) |
| 22 | *THE COURT:*  **Mr. Fishman, you may be excused.  Don't go** |
| 23 | **anywhere.  We will take the sidebar from counsel table.** |
| 24 | **All right.  Mr. Queenan, there has been a hearsay** |
| 25 | **objection to 1013N.  If you could put it back on the screen so** |

**Pauline A. Stipes, Official Federal Reporter**

1   we can all see it.

2          All right.  What is your basis for admission?

3          *MR. QUEENAN:*  Thank you, Judge.  Your Honor, this is a

4   statement made in furtherance of the conspiracy by

5   co-conspirators.  So, Mr. Nelson, Mr. Fishman, Mr. Dougherty,

6   and Mr. Carver would meet weekly, and as Mr. Fishman has

7   testified, they would white board out how much money they would

8   pay for doctors' orders, direct evidence of the health care and

9   kickback allegations that relate to these entities.

10         This is exchanged on the underlying text thread with

11  the four participants in which Danny Carver is one of them.  He

12  also testified that Danny was the one who wrote some of this,

13  if not all of it.  It is an admission of the Defendant.

14         *THE COURT:*  All right.  Mr. Feldman.

15         *MR. FELDMAN:*  Maybe I wasn't listening carefully

16  enough to Mr. Fishman's testimony, but I don't recall him

17  saying at any point in time that these are statements that were

18  made by the opposing party, in this case Mr. Carver, my client.

19         I understand the Government's view that these are

20  co-conspirator statements under 801(d)(2)(E).  I haven't heard

21  whose statements these are.  What I have heard is generalized

22  testimony about meetings that occurred weekly with a white

23  board.  I don't think the Government has laid a sufficient

24  foundation to admit this exhibit and that it is excludable for

25  the reasons I mentioned.

Pauline A. Stipes, Official Federal Reporter

*THE COURT:* So, the witness talked about having weekly meetings with Mr. Daniel Carver. I can't see on the transcript if he mentioned any other individuals at the meetings. He was asked what would occur at the meetings.

We would talk about the deals for the week, the money, and figure out what our profit is for the week and split it up. Where were these meetings held? In the office. Whose office? Our office in the call center. Who shared that office with you again? Danny and Zack. How did you track all of the profits? We have -- you know, log into the bank account and use the white board. What do you mean? The white marker with the white board, and then we get to showing him the exhibit.

Any further argument, Mr. Queenan?

*MR. QUEENAN:* No, your Honor.

*THE COURT:* I think there has been a sufficient basis that this is admissible under 801(d)(2)(E), and so for that reason I will admit the exhibit over the Defendant's hearsay objection.

*MR. QUEENAN:* Your Honor, we are tracking all of this, your Honor, for the excerpts, but your Honor asked us to keep a separate list of anything that is conditionally admitted under 801(d)(2)(E). I only have one through nine at this point. Is that right?

*THE COURT:* Correct. Conditional admission is one through nine. I will do the same with respect to 1013N, and

1    conditionally admit it subject to the Government fully tying

2    this together.  And I think that satisfies the ruling at this

3    point.

4         Anything further on 1013N from the Defendants?

5         MR. FELDMAN:  Your Honor, I'm sorry, just so we can

6    clear up this issue, we did not lodge an objection to 277

7    through 279 in that 1013 batch of documents.  Maybe it was my

8    fault, but my understanding is by not lodging that objection,

9    essentially what we are doing is saying that we are okay with

10   conditionally admitting it subject to the hearsay objection.

11        THE COURT:  I will permit in this one instance for you

12   to retroactively fix that issue, to treat this document and the

13   segments consistently.  That makes sense, so please keep an eye

14   out for the 1013 so we all can stay organized.

15        Pages 277 through 279 will be conditionally admitted

16   in the same way that pages one through nine have been and also

17   1013N, which is the photograph of the white board given Mr.

18   Fishman's testimony about the meetings during which they would

19   discuss splitting the profits and then reflecting those splits

20   on the white board.

21        All right.  Very quickly, if the attorneys wish to use

22   the restroom now, let me know.  We can take a very brief break.

23   Any requests for that?

24        MS. McCRAE:  Yes, your Honor.

25        MR. QUEENAN:  Your Honor, do you intend to go to 5:30

**Pauline A. Stipes, Official Federal Reporter**

1    or 5:00?

2         *THE COURT:*  **5:30.**

3        (Thereupon, a short recess was taken.)

4         *THE COURT:*  **All right.  Thank you.  All counsel and**

5    **Defendants are present.  Let's call in the jury.**

6        (Thereupon, the jury returns to the courtroom.)

7         *THE COURT:*  **Mr. Fishman, you remain under oath.  Thank**

8    **you for your patience.**

9         **Ladies and gentlemen, we will be breaking at 5:30, so**

10   **you have about 45 minutes left.  Thank you for your indulgence.**

11   **Please proceed.**

12   *BY MR. QUEENAN:*

13   *Q.*  **May we publish 1013N.**

14       **Mr. Fishman, before the break you referenced a white board**

15   **at this meeting at Broad Street.  Can you walk us through what**

16   **is depicted in this photograph here?**

17   *A.*  **Left side is Broad Street, and right side is Gulf.**

18   *Q.*  **Who created this, who wrote this on the white board?**

19   *A.*  **Danny.**

20   *Q.*  **What is Gulf?**

21   *A.*  **Gulf Marketing is a satellite spinoff of Broad Street that**

22   **was owned by the Mamones, myself, Zack, Tommy, and Danny.**

23   *Q.*  **So, just like a separate call center?**

24   *A.*  **A separate call center that had relationships with DMEs on**

25   **a smaller scale.**

**Pauline A. Stipes, Official Federal Reporter**

```
 1    Q.  Did it have the same exact business model as Broad Street?
 2            MR. QUEENAN:  I am sorry, the jurors can't see the
 3    exhibit.  If we could zoom in, please.
 4    BY MR. QUEENAN:
 5    Q.  All right.  Now that they can see it, you said on the left
 6    was Broad Street, on the right was Gulf.
 7        So, did Gulf have the same business model as Broad Street?
 8    A.  Yes, without the telemed.
 9    Q.  Yes, what?
10    A.  Yes, without the telemedicine.
11    Q.  So, if we look at the Broad Street side -- do you mind
12    zooming in on the Broad Street side.
13        Can you walk us through what this information is?  First it
14    says, Broad Street total 774.  What is 774?
15    A.  Total deals.
16    Q.  By deals, what do you mean?
17    A.  Doctors' orders completed.
18    Q.  774 doctors' orders, what is the time period?
19    A.  That would be a week.
20    Q.  And what are the entities or the names listed below total?
21    A.  Do you want me to read them.
22    Q.  Sure?
23    A.  Alpha, Horizon, Care, Enhanced, Enriched, JP, extra.
24    Q.  We have established who Alpha and Horizon is.
25        Who is Care?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   I don't recall.

 2    Q.   What is Care?

 3    A.   Another DME.

 4    Q.   How about Enhanced?

 5    A.   Another DME.

 6    Q.   Enriched?

 7    A.   Same thing, another DME.

 8    Q.   Who owned Enhanced and Enriched?

 9    A.   Louis Perez and his cousin.

10    Q.   Do you remember his cousin's name?

11    A.   He goes by J.

12    Q.   What is J.P.?

13    A.   John Paul.

14    Q.   Do you know John Paul's full name?

15    A.   John Paul Gosney.

16    Q.   And what does extra mean?

17    A.   Deals that have no home.

18    Q.   And -- I am sorry, go ahead.

19    A.   There are extra deals, so -- can I explain the other

20    numbers before that?

21    Q.   Yes, please do.

22    A.   For example, Alpha, then it says 80 and 32,000.  So it

23    would be 80 deals at $400 a deal, $32,000.  Horizon, Care,

24    Enhanced, Enriched, J.P, et cetera on the right side all the

25    way, it shows the amount of money that would be coming in for
```

1    that week.

2    Q.  For this week on Broad Street how much money was coming in?

3    A.  $257,750.

4    Q.  Do you want to explain the extra?

5    A.  Yes.  So, extra would be replacements.  Before I stated why

6    sometimes a doctor's order couldn't be billed, and the reasons

7    why, so those needed to be replaced.  Then we -- Alpha and

8    Horizon set a separate agreement for extra deals, you know,

9    outside of the scope of our marketing agreement.

10   Q.  So, I want to clarify because there are two extras here.

11   If you see there is an extra under J.P. for 65, it looks like

12   that is totaled up to 583, and then there is another extra at

13   the bottom.

14       Do you recall what the difference is between the two

15   extras?

16   A.  No.  They are the same thing.

17   Q.  What would you do with these -- with the extra on the

18   bottom, the 191?

19   A.  They would be sold as overflow to Alpha and Horizon and

20   used as replacements, or if there was a single brace, you know,

21   sometimes they would receive two for one, if it was a -- for

22   example, just a knee, you know, the DME would hope to receive

23   multiple products, multiple braces on each order because they

24   are paying a flat rate for it, so they want to make as much

25   money as we could off of each patient.

Pauline A. Stipes, Official Federal Reporter

```
1    Q.  Now, for this particular week Horizon was set to pay you
2    42 -- Horizon was set to pay Broad Street $42,000.  How did
3    Horizon pay Broad Street?
4    A.  Wire.
5    Q.  How did Alpha pay Broad Street?
6    A.  Wire.
7    Q.  Did Broad Street issue invoices to Alpha and Horizon?
8    A.  Yes, and everybody else.
9    Q.  How frequently were they issued?
10   A.  Weekly.
11   Q.  Was there an invoice to match each payment?
12   A.  There should be an invoice for every wire that came in.
13   Q.  Who generated the invoices for Broad Street?
14   A.  Tim.
15   Q.  Tim Richardson?
16   A.  Yes.
17   Q.  Who did Tim Richardson report to?
18   A.  Danny, Tommy, myself.
19   Q.  Did the invoices reflect that Alpha and Horizon were paying
20   $400 for a patient for a doctor's order?
21   A.  It didn't specify directly doctor's order, but it specified
22   an hourly amount of money.
23   Q.  But did it indicate on the invoice that you were buying
24   doctors' orders for $400 apiece?
25   A.  No.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.   Why not?

 2    A.   Because it is illegal to purchase doctors' orders.

 3    Q.   Are you familiar with the invoices that Broad Street issued

 4    to Alpha and Horizon?

 5    A.   Yes.

 6    Q.   What was your role with regard to these invoices?

 7    A.   I would sometimes tell Tim the amounts to make them for

 8    each DME because --

 9    Q.   I am sorry.  Go ahead.

10    A.   Because it would change the amount, so I had the

11    communication with them, so I would just relay it.

12    Q.   What would Broad Street and Horizon do with these invoices?

13    A.   Store them.

14    Q.   What did you intend to use them for?

15    A.   No specific intention.

16    Q.   I would like to show the witness what is marked as

17    Government Exhibit 607A for identification.

18         Do you recognize this document?

19    A.   Yes.

20    Q.   What do you recognize this document to be?

21    A.   An invoice from Broad Street to Alpha.

22    Q.   What is the date of this invoice?

23    A.   February 28th.

24    Q.   Is that during the time period that you were referring -- I

25    am sorry, you were working -- owning Alpha and getting a
```

1   referral fee from Broad Street?

2   A.   Yes.

3          MR. QUEENAN:   Your Honor, the Government moves to

4   admit 607A.

5          THE COURT:   Any objection?

6          MR. FELDMAN:   Are you moving in 607 as well or just

7   607A?

8          MR. QUEENAN:   Just 607A.

9          MR. FELDMAN:   No objection.

10         MR LOWTHER:   No objection.

11         MR. ADLER:   No objection.

12         THE COURT:   607A is admitted without objection.

13      (Whereupon Government Exhibit 607A was marked for

14   evidence.)

15   BY MR. QUEENAN:

16   Q.   Thank you.   If we could publish to the jury.   Thank you.

17   Zoom in where it says Broad Street, the whole top half.   Sorry.

18      All right.   Mr. Fishman, can you re-orient us now that the

19   jury can see the document?

20   A.   Invoice template from Broad Street prepared for Alpha

21   Medical Supply on the 20th of February, 2020.

22   Q.   Could you zoom in on the second half of the document.

23      What is at the bottom here?   It says bank information?

24   A.   Wire instructions for Broad Street's bank account.

25   Q.   Is that where Alpha was supposed to make this payment?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  Yes.

 2    Q.  Did Alpha make this payment?

 3    A.  I believe so, yes.

 4    Q.  Now, what is the description of what Alpha was paying Broad

 5    Street for?

 6    A.  Call center management and data education process.

 7    Q.  What do the hours mean?

 8    A.  Hours would be the amount of -- I don't know, actually, why

 9    there is hours.

10    Q.  Let me ask you this:  Was Alpha paying Broad Street to

11    provide 75 hours of data education process?

12    A.  No.

13    Q.  Was Alpha paying Broad Street to provide 75 hours of call

14    center management?

15    A.  No.

16    Q.  What was Alpha making this $30,000 wire payment to Broad

17    Street for?

18    A.  Doctors' orders.

19    Q.  And why does it say call center management and data

20    education process?

21    A.  To cover up the fact that we were purchasing signed

22    doctors' orders.

23    Q.  Is this document a lie?

24    A.  The dollar amount is accurate, but the descriptions in the

25    lines are a lie.
```

1    Q.   I would like to show you what is marked as Government

2    Exhibit 604 for identification.

3         Do you recognize this document?

4    A.   Yes.

5    Q.   What do you recognize it to be?

6    A.   An invoice to Horizon Medical Supply.

7    Q.   The same as the last invoice we viewed?

8    A.   Same date, different company, different amount.

9         MR. QUEENAN:  Your Honor, the Government moves to

10   admit 604.

11        THE COURT:  Any objection?

12        MR. FELDMAN:  No objection.

13        MR LOWTHER:  No objection.

14        MR. ADLER:  No objection.

15        THE COURT:  604 is admitted without objection.

16   (Whereupon Government Exhibit 604 was marked for evidence.)

17   BY MR. QUEENAN:

18   Q.   If we could zoom in to the top half.

19        Now that the jury can see the document, can you walk us

20   through it briefly?

21   A.   Yes, same thing as the previous one, but this is for

22   Horizon Medical Supply.

23   Q.   What is the date?

24   A.   May 7, 2020.

25   Q.   Is this a little bit later on?

```
 1    A.   Yes.
 2    Q.   Can we look at the bottom half, please.
 3         What is the total amount here?
 4    A.   42,000.
 5    Q.   And again, was Horizon paying Broad Street for call center
 6    management or data education process?
 7    A.   No, it was not, and the bank information is different on
 8    this one I just realized.
 9    Q.   Why is that?
10    A.   We got a different bank account.
11    Q.   Meaning Broad Street got a different bank account?
12    A.   Yes.
13    Q.   Now, I won't show you all of these, but did Broad Street
14    issues invoices to Alpha and Horizon for each of the wires that
15    Alpha and Horizon paid to Broad Street?
16    A.   Yes, each and every week.
17    Q.   Each time Alpha and Horizon paid Broad Street, what was it
18    for?
19    A.   Doctors' orders.
20    Q.   Okay, thank you.
21         I think you mentioned you were involved in tracking the
22    doctors' orders that Alpha and Horizon were receiving from
23    Broad Street?
24    A.   Yes, I would communicate with Joey.
25    Q.   Were there times when Broad Street was behind in delivering
```

```
 1    the quota of doctors' orders that Alpha and Horizon had

 2    expected?

 3    A.  Yes, it happened regularly.

 4    Q.  How did you get behind?  Was Alpha and Horizon making like

 5    a prepayment?  How did it work?

 6    A.  Every DME was a prepayment to Broad Street or another

 7    marketer.  So, pay Friday for the next week.

 8    Q.  Now, I would like to show you what is marked as Government

 9    Exhibit 1013, the excerpt is 1013 at 1383 for identification.

10          THE COURT:  Again, you are using the bottom right

11    number?

12          MR. QUEENAN:  Yes, 1383 --

13          THE COURT:  To be clear, this is exhibit -- what I was

14    seeing on the screen was 83.

15          MR. QUEENAN:  I think she accidentally put the wrong

16    one on.

17          THE COURT:  Okay.

18          MR. QUEENAN:  It is one exhibit, 1013, page 1383.  I'm

19    sorry.

20          If we could zoom in at the top there.

21    BY MR. QUEENAN:

22    Q.  I am going to show you this and an attachment with it.

23    A.  Okay.

24    Q.  Do you recognize what we are looking at right now, Mr.

25    Fishman?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   Some sort of chart.
 2    Q.   Step back.  We are looking at a message?
 3    A.   A text message, yes.
 4    Q.   Who is the message from?
 5    A.   Tommy.
 6    Q.   Who is it to?
 7    A.   The group chat.
 8    Q.   What is the date of the message?
 9    A.   April 10, 2020.
10    Q.   Did Tommy send an attachment, like a photograph?
11    A.   Yes, there is a picture there.
12    Q.   Can we show the witness side-by-side 1013O.
13         I didn't want to make you squint, but do you see what is
14    1013O.  Do you recognize it?
15    A.   The picture from the text message.
16    Q.   Do you also recognize what it is?
17    A.   Yes.
18              MR. QUEENAN:  Your Honor, the Government moves to
19    admit 1013, page 1383, as well as 1013O.
20              THE COURT:  All right.  Any objection?
21              MR. FELDMAN:  Same hearsay objections for both
22    exhibits, your Honor.
23              THE COURT:  For the same reasons the Court
24    conditionally admitted the prior pages from this Exhibit 1013,
25    the Court will conditionally admit, pursuant to rule
```

1   801(d)(2)(E), page 1383 from Government Exhibit 1013, along

2   with Government Exhibit 1013O, which is the attachment linked

3   in page 1383 of Government Exhibit 1013.

4            Please continue.

5   *BY MR. QUEENAN:*

6   *Q.*  May we publish 1013O, please.  Side by side is perfect.

7        Mr. Fishman, can you explain this message?  This picture

8   was sent to you by Tom Dougherty on the Broad Street group chat

9   on April 10, 2020.

10       What is it we are looking at here in 1013O?

11  *A.*  A picture of the -- what was the attachment.

12  *Q.*  What is in the picture?

13  *A.*  It is a -- on the left side, company, Horizon, Alpha, Gulf,

14  done, goal, and need.

15       Done is how many deals were already dropped in Alpha,

16  Horizon, or Gulf's drop box.  The goal is how many they need to

17  receive that week, and need is how many they are short of the

18  goal.

19  *Q.*  It is kind of like a mid week tracking of where things

20  stand?

21  *A.*  Yes.

22  *Q.*  Is this something you would do regularly on the Broad

23  Street text chat?

24  *A.*  Every once in awhile.

25  *Q.*  Now, did you discuss wires with Danny?

```
 1   A.  Yes.
 2   Q.  Would you discuss wire payments from Alpha and Horizon to
 3   Danny -- with Danny?
 4   A.  Yes.
 5   Q.  I would like to show you -- I am sorry, in terms of the
 6   wires that were sent from Alpha and Horizon to purchase
 7   doctor's orders, were you involved in that process?
 8   A.  I acted like the middle person between who sent the wires
 9   to Alpha and Horizon son.
10   Q.  Did you and Danny ever track the wires to make sure they
11   cleared from Alpha and Horizon and went to Broad Street?
12   A.  We would just log into the bank account and see it.
13   Q.  After money would hit Broad Street, and your expenses were
14   paid out, what did the four partners, you, Danny, Tommy, and
15   Zack do with the money?
16   A.  Chopped up the profit.
17   Q.  What do you mean, you chopped it up?
18   A.  Split it up four ways.
19   Q.  I would like to show you what has been marked as Government
20   Exhibit 1013 at -- 1013 at 426 for identification.  Can you
21   blow it up for Mr. Fishman so he can see it.  Okay, right
22   there, perfect.
23       Mr. Fishman, do you recognize this document?
24   A.  Yes.
25   Q.  Without getting into the substance, what is the document?
```

1    *A.*  Part of the group chat between Tommy, Danny, Zack and

2    myself.

3    *Q.*  What is the date?

4    *A.*  March 10, 2020.

5         *MR. QUEENAN:*  Your Honor, the Government moves to

6    admit page 426 of 1013.

7         *THE COURT:*  If the objection is the same, please let

8    me know.

9         *MR. FELDMAN:*  The objection is the same.

10        *THE COURT:*  Okay.  The Court's ruling is also the

11   same.  Page 426 is conditionally admitted.

12        *MR. QUEENAN:*  Thank you, your Honor.

13   *BY MR. QUEENAN:*

14   *Q.*  If you would publish the one message.

15       Mr. Fishman, you just testified that you would track to see

16   if the wires would go out on the thread with Danny, Tommy, and

17   Zack.

18       What are we looking at here on page 426?

19   *A.*  A text message from me to the group chat stating Horizon

20   wire is going out shortly, Alpha within the hour.

21   *Q.*  What are you referring to?

22   *A.*  The wire.

23   *Q.*  If we could show the witness 1013 at 413 for

24   identification?

25        *MR. QUEENAN:*  Well, we move to admit this as well,

```
 1    your Honor, page 413.
 2              I am sorry, your Honor, the Government withdraws that.
 3    We are not moving to admit page 413, I apologize.
 4    BY MR. QUEENAN:
 5    Q.  Mr. Fishman, I want to talk to you about another topic.
 6    Did you ever seek to purchase more doctors' orders than were
 7    allocated in that marketing agreement?
 8    A.  Yes, we would.
 9    Q.  How would that work?
10    A.  We set an extra budget weekly.
11    Q.  Do you recall any instances when Alpha and Horizon would
12    actually purchase these extra deals?
13    A.  Yes.
14    Q.  What would you call these extra deals?
15    A.  Extra deals.
16    Q.  Okay.  What do you recall about how those payments were
17    made to obtain the extra doctors' orders?
18    A.  Separate invoices, a few times cash.
19    Q.  When you say a few times cash, any instances come to mind?
20    A.  One specifically.
21    Q.  And what was that?
22    A.  $10,000.
23    Q.  What do you mean $10,000?  Can you explain that for the
24    jury?
25    A.  $10,000 cash from Horizon to Broad Street.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  So, how did $10,000 cash get from Horizon to Broad Street?

 2    A.  Joey Mamone.

 3    Q.  Joey Mamone did what?

 4    A.  Went to the bank, withdrew the cash, and met up with Danny

 5    and/or Tommy and paid them.

 6    Q.  Why didn't Joey Mamone just wire an extra $10,000 to Broad

 7    Street to purchase these extra deals?

 8         MR. FELDMAN:  Objection, speculation as to why Joey

 9    Mamone did something.

10         THE COURT:  You may lay a foundation, Mr. Queenan, for

11    the witness' knowledge on that topic.

12         MR. QUEENAN:  Your Honor, I believe we covered that,

13    Mr. Fishman was involved in being the middleman to make the

14    wire payments made between Horizon and Broad Street, and if he

15    knows, he knows.  If he doesn't know, he doesn't know.

16         THE COURT:  All right.  The objection is overruled.

17    Reask the question.

18    BY MR. QUEENAN:

19    Q.  I will ask you this, how about this way:  Why didn't

20    Horizon, in which you are an owner, just wire an extra $10,000

21    to Broad Street?

22    A.  Because it would have went against the marketing agreement

23    that was in place.

24    Q.  What do you mean, it would have went against it?

25    A.  The agreement that we went over previously outlined a fake
```

```
 1    agreement with fake invoices to conceal purchasing doctors'
 2    orders from Broad Street for Alpha and Horizon.
 3    Q.  So, when you say -- can you explain that so we understand?
 4    You have this agreement, why not send the wire.  What were you
 5    attempting to accomplish?
 6    A.  We were attempting to hide the payment of additional money
 7    going out in marketing.
 8    Q.  Why?
 9    A.  It went against the agreements that were in place that we
10    were given to follow.
11    Q.  Now, did you discuss the fact that -- with Danny, Tommy,
12    and Zack that Joe Mamone would be delivering or bringing them
13    $10,000 in cash?
14    A.  Yes.
15             MR. QUEENAN:  Your Honor, the Government moves to
16    admit 10 13, pages 183, 281, and 290.
17             THE COURT:  We are talking now about pages 183, 281,
18    and 290 of Government Exhibit 1013.
19             Any objection?
20             MR. FELDMAN:  Same objections, your Honor.
21             THE COURT:  Same ruling.  Those three pages are
22    conditionally admitted pursuant to 801(d)(2)(E).
23    BY MR. QUEENAN:
24    Q.  Thank you, your Honor.  May we publish starting with page
25    183.  Can you please zoom in on the two bubbles.
```

Pauline A. Stipes, Official Federal Reporter

1    All right.  Mr. Fishman, what is the date of these text

2  messages?

3  A.  February 25, 2020.

4  Q.  Is this prior to you joining as a partner in Broad Street?

5  A.  Prior, yes.

6  Q.  This is when you are making money from Alpha and Horizon

7  and getting a referral fee to Broad Street?

8  A.  Yes.

9  Q.  What do you say to Danny, Tommy, and Zack on this message?

10  A.  Which one?

11  Q.  Sorry.  The one on the right.

12  A.  "Let your team know no more overflow to Alpha."

13  Q.  What is overflow?

14  A.  Extra deals.

15  Q.  What does the next message say?

16  A.  "Only to Horizon."

17  Q.  If we could go to page 281, please.  Zoom in on both

18  messages, top to the left.  Thank you.

19    Mr. Fishman, can you start with the message on the left.

20  What is the date of this message?

21  A.  February 28, 2020.

22  Q.  Who are you sending this message to?

23  A.  The group chat.

24  Q.  What does it say?

25  A.  "Joey will have the 10 K for you guys."

Pauline A. Stipes, Official Federal Reporter

1    Q.   And what does the next message say?

2    A.   "He will bring it to lunch."

3    Q.   What does the 10 K refer to?

4    A.   The $10,000 I just brought up for extra deals.

5    Q.   Go to page 290, please.

6         What do these messages say?

7    A.   "Wire should be going out soon.  And "Joey has the cash."

8    Q.   What cash are you referring to?

9    A.   The $10,000.

10   Q.   What wire are you referring to?

11   A.   The weekly prepayment wires.

12   Q.   What is the date of these messages?

13   A.   February 28, 2020.

14   Q.   Now, eventually did Alpha and Horizon stop purchasing

15   doctors' orders from Broad Street?

16   A.   Eventually, yes.

17   Q.   Why?

18   A.   Alpha and Horizon received payment suspensions, so they

19   could no longer bill Medicare.  Claims were getting held up and

20   no money was coming in.

21   Q.   When did this occur?

22   A.   About June.

23   Q.   Do you know why Medicare suspended Alpha and Horizon's

24   payments?

25   A.   Because we were submitting bogus claims.

1    Q.  Was Danny Carver aware that Horizon and Alpha received
2    payment suspensions?
3         MR. FELDMAN:  Your Honor, objection as to Daniel
4    Carver's state of mind.
5         THE COURT:  Sustained.  Rephrase the question.
6    BY MR. QUEENAN:
7    Q.  Did you discuss Horizon and Alpha's payment suspensions
8    with Danny Carver?
9    A.  Yes, I did.
10   Q.  What was his reaction?
11   A.  He was pissed, along with everybody else, because it was
12   happening to many other DMEs, not just Alpha and Horizon.
13   Q.  Why were you guys mad?
14   A.  It stops the flow of money and what we were doing to make
15   money.  By not being able to receive reimbursements from
16   Medicare, you can't keep billing if no money is going to come
17   in.
18   Q.  Now, at some point was Broad Street generating doctors'
19   orders for genetic testing?
20   A.  Yes.
21   Q.  I think you testified that you are not as familiar with
22   that process; is that right?
23   A.  That is correct.
24   Q.  Did it involve telemarketing?
25   A.  Yes, it did.

Pauline A. Stipes, Official Federal Reporter

```
 1   Q.  Did it involve telemedicine?
 2   A.  Yes, it did.
 3   Q.  As part of that process, do you know what the patient
 4   received?
 5   A.  From the call center?
 6   Q.  Earlier we talked about DME and you explained that the
 7   patients received braces.  What did a patient receive --
 8   A.  Received like a mouth test kit.  It looks like a Q-tip and
 9   a bag and some liquid, and it gets sent to the house, and the
10   call center agents would track to see when it got delivered.
11   When it did, they would call and say, hey, check your mailbox
12   and instruct them how to administer the test to themselves and
13   then to sign, put it back, and that it would get picked up the
14   next morning.  Just put it in the box.
15   Q.  So the call center was shipping out the kits to the
16   patients you are saying?
17   A.  Yes.
18   Q.  That was done from which location of Broad Street?
19   A.  The second one.
20   Q.  Are you are familiar with these swab kits?
21   A.  Yes.
22   Q.  Have you seen them?
23   A.  Uh-hum.
24   Q.  Were they around the Broad Street office?
25   A.  Yes.
```

**Pauline A. Stipes, Official Federal Reporter**

1          MR. QUEENAN:  Your Honor, I would like to show the

2    witness what is marked as Government Exhibit 903.

3          May I approach the witness?

4          THE COURT:  You may.

5    BY MR. QUEENAN:

6    Q.  Do you recognize that item?

7    A.  Yes.

8    Q.  What do you recognize it to be?

9    A.  A swab for your mouth for a genetic test or cardio test.

10   Q.  Is that a fair and accurate depiction of the swab kits you

11   saw around Broad Street Lifestyles?

12   A.  Yes.

13         MR. QUEENAN:  Your Honor, the Government moves to

14   admit Government's Exhibit 903.

15         THE COURT:  Any objection?

16         MR. FELDMAN:  No, your Honor.

17         MR LOWTHER:  No objection.

18         MR. ADLER:  No objection.

19         THE COURT:  903 is admitted without objection.

20      (Whereupon Government Exhibit 903 was marked for evidence.)

21         MR. QUEENAN:  May I publish it to the jury, your

22   Honor?

23         THE COURT:  You may.

24   BY MR. QUEENAN:

25   Q.  What did Broad Street do when these kits came back from the

1    patients?

2    A.   They would check them, make sure the paperwork was done.

3    Q.   What do you mean, the paperwork was done?

4    A.   The kit would get sent out with -- I think there was a

5    piece of paper in the one you just showed me with patient

6    information on it.  We called it a rec form.

7    Q.   Is the rec form -- is that a doctor's order?

8    A.   Yes.

9    Q.   What did Broad Street do with the doctors' orders tied to

10   the kits?

11   A.   Sent them to the lab.

12   Q.   What lab?

13   A.   Various different once.

14   Q.   Do you recall the names of any labs?

15   A.   Not off the top of my head, no.

16   Q.   Do you recall who owned the labs that you would send these

17   doctors' orders to?

18   A.   Yes, the one that Tod worked with, some guy named Adam, and

19   the other lab, Jamie McNamara.

20   Q.   I would like to show you what is marked as Government

21   Exhibit 896L.

22        THE COURT:  Mr. Queenan, this will be the last exhibit

23   of the day, so wrap up with this exhibit and any line of

24   inquiry associated with it, please.

25        MR. QUEENAN:  Absolutely, your Honor.  If your Honor

```
 1    wants, we could stop now.
 2            THE COURT:  No, that is fine.
 3    BY MR. QUEENAN:
 4    Q.  Who is this a photo of?
 5    A.  Jamie McNamara.
 6    Q.  What was Jamie McNamara's relationship with Broad Street?
 7    A.  He was a friend of Danny's who owned the labs.
 8    Q.  Do you recall the names of his laboratories?
 9    A.  Clara Labs was one.
10    Q.  Was Clara the lab affiliated with Todd Schull or Jamie
11    McNamara?  I just want to be clear.
12    A.  I'm not a hundred percent sure.
13    Q.  You may not recall the names of the laboratories at this
14    moment?
15    A.  Yes.
16    Q.  Did Jamie McNamara -- what did -- I'm sorry.
17        What did Jamie McNamara do with the genetic test orders
18    that he received from Broad Street?
19            THE COURT:  I don't know if you actually moved to
20    admit that --
21            MR. QUEENAN:  I am sorry, your Honor.  The Government
22    moves to admit 896L and publish it to the jury.
23            MR. FELDMAN:  No objection.
24            MR LOWTHER:  No objection.
25            MR. ADLER:  No objection.
```

Pauline A. Stipes, Official Federal Reporter

154

1        *THE COURT:*  **896L is admitted without objection.**
2   **Please publish it to the jury.**
3        (Whereupon Government Exhibit 896L was marked for
4   evidence.)
5   *BY MR. QUEENAN:*
6   *Q.*  **Who is this a photo of?**
7   *A.*  **Jamie McNamara.**
8   *Q.*  **Did he have a business relationship with Broad Street and**
9   **Danny?**
10  *A.*  **Yes.**
11  *Q.*  **What was that?**
12  *A.*  **He owned the lab.**
13  *Q.*  **He owned a lab, but what was his relationship with Danny**
14  **and Broad Street specifically?**
15  *A.*  **They were friends.**
16  *Q.*  **Did he have a business relationship with Broad Street?**
17  *A.*  **Yes.**
18  *Q.*  **What was that business relationship?**
19  *A.*  **The same that we had with the DMEs, we would send completed**
20  **genetic testing kids to the labs so they could be billed and --**
21  **bill Medicare and receive reimbursements, but we were paid on a**
22  **per patient basis, or a per kit basis, not -- that's it.**
23  *Q.*  **How did Jamie McNamara and his labs pay Broad Street**
24  **Lifestyles?**
25  *A.*  **Via wire.**

| | |
|---|---|
| 1 | *Q.*  **As a partner, did you share in the profits from the** |
| 2 | **payments that Jamie's labs made to Broad Street?** |
| 3 | *A.*  **Yes.** |
| 4 | *Q.*  **Do you recall the name of the company that Jamie McNamara** |
| 5 | **used to make payments to Broad Street?** |
| 6 | *A.*  **Blue -- Blue Horizon.** |
| 7 | *MR. QUEENAN:*  **Now is a good time to stop, your Honor.** |
| 8 | *THE COURT:*  **All right.  Mr. Fishman, we will see you** |
| 9 | **tomorrow at 9:00 a.m. to continue your examination.  You remain** |
| 10 | **under oath as well as subpoena.** |
| 11 | **Ladies and gentlemen, thank you for your continued** |
| 12 | **patience during the day.  I will remind you of the standard** |
| 13 | **cautionary notes.  You are not to discuss this case with anyone** |
| 14 | **or permit anyone to discuss it with you.  Until you retire to** |
| 15 | **the jury room at the end of the case to deliberate on your** |
| 16 | **verdict you are not to talk about the case.  If anyone should** |
| 17 | **try to talk to you about it, bring it to my attention promptly.** |
| 18 | **Keep in mind that you must not conduct any research or** |
| 19 | **make any investigation about the case on your own.  Again, the** |
| 20 | **only evidence in the case is the testimony you hear in this** |
| 21 | **courtroom and the exhibits and evidence introduced during the** |
| 22 | **official proceedings.** |
| 23 | **Also, remember not to have any contact with the** |
| 24 | **attorneys, parties, or witnesses in the case, and do not form** |
| 25 | **any opinion about the case until all of the evidence has been** |

**Pauline A. Stipes, Official Federal Reporter**

156

```
 1    presented.  You are required to keep an open mind until you
 2    commence your deliberations at the end of the case.
 3              Thank you, see you tomorrow at 9:00 a.m. to continue
 4    the trial, and have a very pleasant evening.
 5              All rise for the jury.
 6         (Thereupon, the jury leaves the courtroom.)
 7              THE COURT:  You may be seated.  Thank you, Mr.
 8    Fishman, you may leave the courtroom now.
 9              MR. QUEENAN:  The Court wants Mr. Fishman here
10    tomorrow at 9:00 a.m., I understand.
11              THE COURT:  Yes.
12              MR. QUEENAN:  Thank you.
13              THE COURT:  All right.  Mr. Queenan, do you have any
14    estimate for how much longer your direct will be with Mr.
15    Fishman?
16              MR. QUEENAN:  Fifteen minutes, your Honor.  We will be
17    playing the video if admitted tomorrow during those 15 minutes.
18              THE COURT:  Okay.  All right.  So, I want to have a
19    better sense of tomorrow's presentation.  Which other witnesses
20    do you have prepared for tomorrow, Mr. Queenan?
21              MR. QUEENAN:  Yes, your Honor, after the completion of
22    Mr. Fishman we intend to call Joseph Mamone.  He is
23    incarcerated and the Marshals will have him here tomorrow, is
24    my understanding.
25              THE COURT:  And you have made all those arrangements?
```

Pauline A. Stipes, Official Federal Reporter

1        MR. QUEENAN:  Yes, your Honor.

2        THE COURT:  How long do you think Joseph Mamone would

3  take?

4        MR. QUEENAN:  Probably into the afternoon, probably a

5  two hour direct.

6        THE COURT:  Any other witnesses planned for tomorrow?

7        MR. QUEENAN:  Yes, your Honor, possibly Elizabeth

8  Serra, she is probably a 40-minute direct.

9        THE COURT:  Okay.

10        MR. QUEENAN:  If there is time there is another

11  incarcerated witness.  The Marshals have made arrangements with

12  our agents to have Mr. Tyler Roman here.

13        THE COURT:  Okay.  A ballpark estimate of

14  cross-examination of Mr. Fishman, Mr. Feldman?

15        MR. FELDMAN:  90 minutes, ballpark.

16        THE COURT:  Mr. Lowther?

17        MR LOWTHER:  Possibly none, unless he says something I

18  don't expect.

19        MR. ADLER:  Possibly none, but maybe five minutes.

20        THE COURT:  As far as Government Exhibit 1013 is

21  concerned, perhaps we can have a standing objection on

22  801(d)(2)(E) purposes so we can avoid the wasted time on that

23  front.  Any objection to doing it that way?

24        MR. FELDMAN:  No, your Honor.  In fact, I was going to

25  suggest that.  Thank you.

Pauline A. Stipes, Official Federal Reporter

```
 1          THE COURT:  Any from Mr. Adler or Ms. McCrae?

 2          MR. ADLER:  No, your Honor.

 3          THE COURT:  I know there are some others that also had

 4   the conditional admission, that will be treated on a one off

 5   basis.  I think because of the voluminous nature of 1013, it

 6   will make our lives a bit easier.

 7          Are there any exhibits at this point that the parties

 8   have agreed to admission or to preadmit to save some time?  Mr.

 9   Queenan?

10          MR. QUEENAN:  Your Honor, other than what has already

11   been -- no, at this point we have been emailing the exhibits to

12   counsel ahead of time.  We could meet and confer in the

13   morning.  When we leave here we will immediately send for those

14   three witnesses I just mentioned all of our anticipated

15   exhibits, and I am happy to meet with counsel tomorrow morning

16   to see if there is an opportunity to move stuff in.

17          THE COURT:  Please get those witness by witness

18   exhibits to the Defense team as soon as possible after we

19   finish today.  If we can preadmit exhibits in the morning, or

20   if we could have any discussion about evidentiary objections

21   before we start that would help the Court.

22          Any other issues to address before we recess for

23   tonight?

24          MR. QUEENAN:  Your Honor, just for scheduling

25   purposes, what is your Honor's anticipated schedule for next
```

Pauline A. Stipes, Official Federal Reporter

```
 1   Tuesday?  It's my understanding there might be a hearing at
 2   2:00 o'clock.
 3           THE COURT:  Yes, I was going to bring that up.  As I'm
 4   sure you are aware, there is a scheduled hearing that day at
 5   2:00 o'clock.  Given the press attention and the number of
 6   folks that are going to be in the courthouse and trying to get
 7   in, it is going to be too difficult to have the jurors mixed in
 8   with that, so we are not going to be in session on July 18th.
 9   I apologize for the change of schedule, but it is what it is.
10   That is why we will be going forward this Friday to save that
11   day.
12           Any other thoughts by Defense attorneys in terms of
13   trial day tomorrow, witnesses or evidence?
14           MR. FELDMAN:  None from Daniel Carver.
15           MR LOWTHER:  No, your Honor.
16           MR. ADLER:  No, your Honor.
17           THE COURT:  I will see you all promptly at 8:45.  Have
18   a nice evening.
19           (Thereupon, the Court was recessed.)
20                              * * *
21
22
23
24
25
```

**Pauline A. Stipes, Official Federal Reporter**

1          I certify that the foregoing is a correct transcript

2     from the record of proceedings in the above matter.

3

4          Date:  JULY 12, 2023

5                          /s/ Pauline A. Stipes, Official Federal Reporter

6                              Signature of Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Pauline A. Stipes, Official Federal Reporter**

**MR LOWTHER: [14]**  59/12 75/16 83/3 89/13 96/15 112/1 117/18 119/25 135/9 137/12 151/16 153/23 157/16 159/14

**MR. ADLER: [15]**  59/13 83/4 89/14 96/16 103/23 112/2 117/19 120/1 135/10 137/13 151/17 153/24 157/18 158/1 159/15

**MR. FELDMAN: [50]**  29/11 29/17 30/23 31/13 31/16 31/18 33/3 33/8 34/5 34/11 35/12 35/19 35/22 36/7 36/19 41/21 59/8 59/11 70/17 71/12 71/14 72/22 73/2 74/19 75/11 83/2 89/12 96/14 99/10 103/5 107/10 111/25 117/17 119/24 125/12 126/14 128/4 135/5 135/8 137/11 140/20 143/8 145/7 146/19 149/2 151/15 153/22 157/14 157/23 159/13

**MR. QUEENAN: [100]**  3/5 5/15 7/19 8/3 29/15 29/19 31/1 31/4 31/8 31/23 33/5 35/14 35/16 36/5 51/3 51/24 52/1 54/24 55/7 55/10 56/17 57/4 59/3 59/7 59/10 59/18 69/12 69/16 70/2 70/4 70/8 70/10 70/22 71/8 72/9 72/15 73/4 73/11 73/18 73/23 74/7 74/12 74/22 75/1 76/4 76/10 82/17 82/21 83/1 83/8 89/9 96/9 96/21 99/18 103/25 106/13 107/7 107/13 107/15 107/24 109/18 111/22 112/6 117/14 119/22 120/5 125/9 126/2 127/13 127/18 128/24 130/1 135/2 135/7 137/8 139/11 139/14 139/17 140/17 143/4 143/11 143/24 145/11 146/14 150/25 151/12 151/20 152/24 153/20 155/6 156/8 156/11 156/15 156/20 156/25 157/3 157/6 157/9 158/9 158/23

**MS. McCRAE: [14]**  3/10 3/21 4/6 4/13 5/4 7/11 8/5 9/6 9/23 49/14 49/16 51/1 75/17 128/23

**THE COURT: [155]**  2/11 3/8 3/18 3/25 4/11 5/2 5/14 6/2 7/18 7/22 8/4 8/15 9/12 10/3 10/7 10/12 29/14 29/16 29/18 29/20 30/25 31/2 31/7 31/9 31/15 31/17 31/22 31/24 33/6 33/10 34/9 34/12 35/15 35/18 35/21 36/8 36/18 41/24 44/2 49/15 51/2 51/25 52/3 55/1 55/9 55/11 56/20 57/6 59/5 59/9 59/14 69/14 70/1 70/3 70/6 70/9 70/15 70/18 71/2 71/9 71/13 71/15 71/17 71/23 72/6 72/12 72/19 72/23 73/9 73/13 73/20 73/25 74/10 74/14 74/21 74/24 75/10 75/14 75/18 76/6 76/11 82/19 82/23 83/5 89/11 89/15 96/12

96/17 99/12 99/24 103/7 104/4 107/9 107/12 107/14 107/20 107/25 111/24 112/3 112/7 117/16 117/20 119/23 120/2 125/11 125/15 125/21 126/13 126/25 127/14 127/23 128/10 129/1 129/3 129/6 135/4 135/11 137/10 137/14 139/9 139/12 139/16 140/19 140/22 143/6 143/9 145/9 145/15 146/16 146/20 149/4 151/3 151/14 151/18 151/22 152/21 153/1 153/18 153/25 155/7 156/6 156/10 156/12 156/17 156/24 157/1 157/5 157/8 157/12 157/15 157/19 157/25 158/2 158/16 159/2 159/16

**THE COURTROOM DEPUTY: [1]**  52/7

**THE WITNESS: [3]**  10/11 52/9 104/5

**$**

**$10,000 [11]**  62/4 115/10 144/22 144/23 144/25 145/1 145/6 145/20 146/13 148/4 148/9

**$20,000 [4]**  66/2 66/7 66/8 66/11

**$257,750 [1]**  132/3

**$30,000 [3]**  113/12 113/14 136/16

**$32,000 [1]**  131/23

**$400 [9]**  65/18 65/19 65/23 66/12 67/22 109/15 131/23 133/20 133/24

**$42,000 [1]**  133/2

**$5 [1]**  67/7

**$5 million [1]**  67/7

**'**

**'21 [5]**  14/5 14/6 40/3 40/3 40/24

**/**

**/s [1]**  160/5

**0**

**0650 [1]**  109/2

**1**

**1-186 [1]**  1/11

**1-4 [1]**  23/17

**10 [9]**  2/5 115/7 115/15 140/9 141/9 143/4 146/16 147/25 148/3

**1013 [38]**  69/12 70/3 72/10 72/17 72/18 72/19 72/22 72/25 73/11 73/14 73/25 74/10 74/15 74/19 76/7 76/9 82/20 82/22 113/18 117/6 117/22 125/13 128/7 128/14 139/9 139/9 139/18 140/19 140/24 141/1 141/3 142/20 142/20 143/6 143/23 146/18 157/20 158/5

**1013A [1]**  72/13

**1013E [3]**  96/11 96/16 96/20

**1013F [1]**  97/8

**1013K [1]**  97/18

**1013L [2]**  96/24 97/14

**1013N [7]**  125/3 125/11 125/25 127/25 128/4 128/17 129/13

**1013O [6]**  140/12 140/14 140/19 141/2 141/6 141/10

**1013R [6]**  82/15 82/19 82/24 82/25 83/6 83/7

**10th [1]**  113/13

**11 [1]**  53/6

**112 [1]**  29/18

**12 [2]**  1/5 160/4

**122 [4]**  29/14 29/18 30/25 33/8

**122A [2]**  34/8 35/13

**13 [1]**  146/16

**1301 [2]**  46/25 47/3

**1303F [2]**  47/12 47/13

**1304 [2]**  22/15 37/4

**1305C [1]**  82/8

**1305D [1]**  81/23

**1383 [6]**  139/9 139/12 139/18 140/19 141/1 141/3

**13th [1]**  11/21

**15 [3]**  71/19 97/16 156/17

**1500 [2]**  73/5 73/6

**1501 [1]**  73/8

**16th [1]**  11/19

**17 [1]**  27/8

**18 [1]**  53/2

**183 [3]**  146/16 146/17 146/25

**186 [1]**  1/11

**18th [1]**  159/8

**191 [1]**  132/18

**1st [2]**  47/8 113/13

**2**

**20 [2]**  85/24 90/12

**2012 [1]**  52/25

**2020 [45]**  12/8 14/2 14/7 21/13 22/24 39/4 45/1 45/5 45/10 45/11 46/17 47/6 47/8 47/16 48/21 49/4 49/9 49/25 53/19 54/1 55/17 58/20 60/24 65/7 77/9 79/11 80/8 81/11 97/16 111/16 112/17 114/1 114/19 117/11 118/7 118/10 119/19 135/21 137/24 140/9 141/9 143/4 147/3 147/21 148/13

**2021 [5]**  11/13 11/15 11/17 19/9 27/8

**2023 [2]**  1/5 160/4

**20th [2]**  113/13 135/21

**22-CR-80022-CANNON [1]**  1/2

**23 [1]**  39/4

**25 [1]**  147/3

**26th [1]**  57/19

**277 [6]**  117/7 117/16 117/21 117/25 128/6 128/15

**278 [1]**  118/15

**279 [6]**  117/7 117/16 117/21 118/20 128/7 128/15

**28 [6]**  117/11 118/1 118/7 118/10 147/21 148/13

**281 [3]**  146/16 146/17 147/17

**2**

**28th [3]**   111/16 112/17
134/23
**29 [4]**   53/4 77/9 114/1
114/19
**290 [3]**   146/16 146/18 148/5
**2:00 o'clock [2]**   159/2 159/5
**2:53 [1]**   71/10

**3**

**3 million [1]**   67/13
**30 [1]**   85/21
**32,000 [1]**   131/22
**3434 [1]**   1/22
**35 [1]**   85/21
**3500 [1]**   70/4
**3:30 [1]**   71/14
**3rd [1]**   11/23

**4**

**40 percent [2]**   60/17 67/18
**40-minute [1]**   157/8
**400 [1]**   122/22
**401 [2]**   74/21 75/14
**403 [2]**   74/21 75/14
**405 [1]**   107/22
**405A [3]**   106/16 107/9 107/23
**413 [3]**   143/23 144/1 144/3
**42 [2]**   2/6 133/2
**42,000 [1]**   138/4
**424 [5]**   24/24 36/17 36/19
36/20 38/24
**425 [3]**   25/21 28/7 39/23
**426 [6]**   26/24 28/7 142/20
143/6 143/11 143/18
**44 [1]**   2/7
**45 [1]**   129/10
**4th [1]**   11/23

**5**

**50 percent [5]**   60/17 67/16
67/18 79/16 80/5
**500,000 [2]**   80/14 80/16
**500-page [1]**   69/18
**51 [1]**   2/8
**52 [1]**   2/11
**561-803-3434 [1]**   1/22
**583 [1]**   132/12
**5:00 [1]**   129/1
**5:30 [3]**   128/25 129/2 129/9

**6**

**602 [4]**   119/10 119/23 120/4
120/5
**604 [4]**   137/2 137/10 137/15
137/16
**605A [6]**   111/7 111/24 112/4
112/5 118/1 118/9
**607 [1]**   135/6
**607A [6]**   134/17 135/4 135/7
135/8 135/12 135/13
**648 [1]**   108/25
**65 [3]**   63/23 86/2 132/11
**6641 [1]**   77/1

**7**

**75 [2]**   136/11 136/13

**774 [3]**   129/14 130/14 130/18
**7th [1]**   51/11

**8**

**80 [2]**   131/22 131/23
**801 [8]**   71/3 75/24 126/20
127/16 127/22 141/1 146/22
157/22
**802 [2]**   75/14 120/3
**83 [1]**   139/14
**896G [5]**   59/5 59/6 59/15
59/17 59/25
**896H [3]**   59/1 59/5 59/17
**896L [4]**   152/21 153/22 154/1
154/3
**896P [4]**   89/5 89/11 89/16
89/17
**896Q [3]**   59/5 59/17 60/5
**899D [1]**   55/9
**8:45 [1]**   159/17

**9**

**90 [1]**   157/15
**903 [4]**   151/2 151/14 151/19
151/20
**954-817-6641 [1]**   77/1
**9:00 [3]**   155/9 156/3 156/10

**A**

**a.m [3]**   155/9 156/3 156/10
**abandoned [1]**   95/20
**ability [1]**   98/11
**able [8]**   29/14 64/4 86/24
87/3 90/17 102/9 114/13
149/15
**about [91]**   3/7 3/9 3/15 3/23
4/10 4/16 5/11 6/8 8/24 12/6
13/14 14/14 16/9 16/23 17/4
17/6 17/17 18/1 21/1 21/3
21/4 24/23 25/10 26/14 27/1
28/5 30/4 30/19 30/21 31/13
31/20 35/6 36/8 36/10 37/17
38/23 39/25 41/17 41/19
43/10 44/13 45/8 46/3 47/3
47/14 48/15 50/7 50/9 51/7
56/5 58/20 67/10 67/24 68/1
72/3 79/13 80/14 80/16 81/10
85/4 85/21 85/24 97/18 99/3
99/12 99/21 101/17 105/12
110/4 112/11 115/14 117/2
124/14 125/18 126/22 127/1
127/5 128/18 129/10 131/4
144/5 144/16 145/19 146/17
148/22 150/6 155/16 155/17
155/19 155/25 158/20
**above [1]**   160/2
**Absolutely [2]**   90/21 152/25
**abundance [2]**   4/8 8/9
**access [1]**   46/4
**accidentally [1]**   139/15
**accommodate [1]**   9/18
**accomplish [1]**   146/5
**according [1]**   6/16
**account [7]**   124/9 124/23
127/10 135/24 138/10 138/11
142/12
**accuracy [1]**   15/11
**accurate [3]**   75/12 136/24

151/10
**ACH [1]**   80/18
**acted [2]**   111/1 142/8
**actual [3]**   83/21 87/22 102/2
**actually [16]**   28/16 31/13
43/14 44/17 45/5 66/20 66/24
68/24 79/5 93/8 99/22 100/20
102/5 136/8 144/12 153/19
**Adam [1]**   152/18
**add [1]**   23/20
**addition [2]**   80/12 122/11
**additional [7]**   9/21 31/12
75/25 84/9 119/5 122/13
146/6
**address [4]**   3/4 86/10 92/4
158/22
**ADLER [2]**   1/20 158/1
**administer [1]**   150/12
**administrative [2]**   21/19
85/7
**admissibility [1]**   71/7
**admissible [4]**   71/1 75/7
125/15 127/16
**admission [10]**   59/6 74/18
76/2 82/25 96/13 126/2
126/13 127/24 158/4 158/8
**admissions [2]**   70/24 75/7
**admit [33]**   30/24 31/18 31/19
33/4 35/13 51/20 59/5 70/7
71/5 74/9 75/24 82/19 89/10
96/11 107/8 111/24 117/16
119/23 125/11 126/24 127/17
128/1 135/4 137/10 140/19
140/25 143/6 143/25 144/3
146/16 151/14 153/20 153/22
**admitted [32]**   15/14 33/8
36/17 46/25 47/2 47/12 55/9
55/10 59/15 73/13 76/8 81/22
83/6 89/16 96/18 107/20
107/22 112/4 113/18 117/22
118/2 120/3 127/21 128/15
135/12 137/15 140/24 143/11
146/22 151/19 154/1 156/17
**admitting [2]**   31/21 128/10
**advertising [1]**   53/8
**advice [16]**   3/16 3/17 4/4
5/4 5/17 5/18 5/24 6/2 6/7
6/23 7/7 8/16 8/21 9/3 9/14
9/19
**affiliated [1]**   153/10
**afford [1]**   124/3
**AFPD [2]**   1/20 1/20
**after [24]**   4/20 8/22 9/9
11/9 14/14 24/2 24/10 24/16
41/11 50/21 50/24 51/20
67/19 81/15 81/18 85/16
100/8 101/12 101/16 101/18
112/16 142/13 156/21 158/18
**afternoon [11]**   1/12 10/9
10/17 10/18 42/3 42/4 44/6
44/7 52/13 71/19 157/4
**afterwards [1]**   76/1
**again [17]**   7/1 9/13 10/11
16/6 16/8 16/11 20/10 24/2
27/6 28/6 39/6 70/2 124/20
127/9 138/5 139/10 155/19
**against [4]**   102/24 145/22
145/24 146/9

**A**

**age [2]**  63/23 86/2
**agencies [1]**  19/16
**agency [2]**  19/16 53/8
**agents [8]**  19/15 19/18 19/19
19/22 41/11 86/23 150/10
157/12
**ago [2]**  17/24 55/5
**agree [5]**  7/5 47/5 63/25
68/15 70/14
**agreed [3]**  43/20 65/25 158/8
**agreement [36]**  43/24 51/8
51/9 51/15 51/20 57/20 58/9
111/13 111/15 112/13 112/16
112/17 115/2 116/3 116/6
116/10 116/14 116/22 116/24
118/5 118/8 118/11 119/14
119/17 121/15 121/16 121/24
122/2 122/4 132/8 132/9
144/7 145/22 145/25 146/1
146/4
**agreements [9]**  110/21 114/23
115/1 115/15 115/22 115/24
116/9 117/3 146/9
**agrees [2]**  5/20 113/12
**ahead [3]**  131/18 134/9
158/12
**AILEEN [1]**  1/13
**airline [1]**  96/8
**Alan [1]**  39/3
**Alexia [2]**  84/6 105/20
**alias [3]**  49/3 49/10
**all [77]**  3/1 3/1 4/17 6/25
7/23 8/20 9/23 10/9 16/23
18/15 22/6 24/23 28/24 29/20
29/23 39/17 50/4 52/14 58/11
59/10 60/10 69/7 69/18 69/19
71/18 71/24 72/7 72/20 76/7
82/24 87/19 90/5 93/12 93/25
96/6 96/13 98/3 99/13 100/8
100/11 102/7 103/2 106/18
107/21 113/25 115/19 117/21
124/6 124/22 125/16 125/19
125/24 126/1 126/2 126/13
126/14 127/9 127/19 128/14
128/21 129/4 129/4 130/5
131/24 135/18 138/13 140/20
145/16 147/1 155/8 155/25
156/5 156/13 156/18 156/25
158/14 159/17
**allegations [1]**  126/9
**allocated [1]**  144/7
**allowed [3]**  7/14 8/23 72/18
**allude [1]**  5/22
**along [4]**  58/24 80/22 141/1
149/11
**Alpha [102]**  53/23 55/20 56/2
58/16 58/22 59/23 60/3 60/17
60/20 60/22 61/13 61/16
61/23 62/19 62/24 63/9 63/15
65/9 65/15 66/10 66/14 66/20
66/23 67/8 67/10 67/16 67/19
78/6 78/10 78/22 78/23 80/12
101/21 101/25 102/1 102/4
106/2 106/11 109/14 110/5
110/10 110/13 110/22 111/4
111/13 111/18 111/20 112/18

112/22 113/6 114/3 115/4
115/9 118/5 118/8 118/22
119/3 119/4 120/9 122/8
122/12 124/2 130/23 130/24
131/22 132/7 132/19 133/5
133/7 133/19 134/4 134/21
134/25 135/20 135/25 136/2
136/4 136/10 136/13 136/16
138/14 138/15 138/17 138/22
139/1 139/4 141/13 141/15
142/2 142/6 142/9 142/11
143/20 144/11 146/2 147/6
147/12 148/14 148/18 148/23
149/1 149/12
**Alpha's [2]**  67/14 149/7
**already [11]**  55/10 60/20
87/24 90/3 98/17 104/18
107/19 113/23 118/2 141/15
158/10
**also [25]**  8/14 13/25 16/16
25/6 26/6 39/6 54/1 69/4
70/24 75/8 75/9 78/13 94/16
109/2 111/18 116/6 116/10
119/5 122/19 126/12 128/16
140/16 143/10 155/23 158/3
**alter [2]**  104/13 104/24
**alterations [1]**  119/6
**altered [6]**  27/7 28/9 40/9
108/19 108/20 108/21
**altering [1]**  105/21
**alternative [1]**  73/10
**although [1]**  35/25
**always [3]**  23/20 37/7 37/13
**am [39]**  4/2 6/3 6/3 7/14 8/1
9/25 11/4 18/19 26/19 29/14
36/8 41/19 47/2 48/22 52/13
57/21 68/13 69/18 69/19
69/25 70/5 72/10 72/11 74/13
80/15 92/12 99/15 100/5
115/22 120/3 130/2 131/18
134/9 134/25 139/22 142/5
144/2 153/21 158/15
**AMERICA [1]**  1/4
**among [2]**  68/6 75/5
**amongst [1]**  67/14
**amount [16]**  61/15 78/17
78/19 78/22 114/11 115/9
119/6 123/19 124/5 131/25
133/22 134/10 136/8 136/24
137/8 138/3
**amounts [4]**  86/8 87/6 90/14
134/7
**and Danny [1]**  84/3
**and Horizon [1]**  66/23
**and/or [3]**  54/12 92/5 145/5
**ANDREW [3]**  1/17 1/18 10/19
**another [17]**  23/12 23/12
25/18 43/2 46/13 46/22 54/2
58/9 84/8 117/8 131/3 131/5
131/7 132/12 139/6 144/5
157/10
**answer [4]**  7/22 52/16 99/16
104/5
**answers [1]**  31/21
**anticipate [1]**  121/20
**anticipated [2]**  158/14
158/25
**any [83]**  3/4 3/9 5/15 7/10

8/5 8/11 8/11 9/6 10/24 17/4
17/6 17/9 17/12 17/18 17/19
17/19 19/23 21/6 25/9 26/9
28/8 28/10 31/1 31/13 31/23
40/6 40/17 41/19 42/6 43/16
45/19 51/3 53/12 54/14 59/6
71/8 72/2 72/21 73/16 74/18
75/25 82/25 88/8 89/2 89/12
91/15 94/4 95/2 96/13 102/15
102/17 103/10 107/10 111/25
117/17 119/24 123/15 125/12
126/17 127/3 127/13 128/23
135/5 137/11 140/20 144/11
144/19 146/19 151/15 152/14
152/23 155/18 155/19 155/23
155/25 156/13 157/6 157/23
158/1 158/7 158/20 158/22
159/12
**anybody [3]**  6/13 71/21 92/18
**anyone [6]**  45/21 121/21
121/22 155/13 155/14 155/16
**anything [7]**  3/5 49/23 61/24
75/15 92/8 127/21 128/4
**anywhere [2]**  101/23 125/23
**apart [1]**  36/10
**apartment [3]**  15/5 15/7 19/8
**apiece [1]**  133/24
**apologize [2]**  144/3 159/9
**APPEARANCES [1]**  1/15
**appears [3]**  39/10 112/21
120/15
**Appellate [1]**  10/3
**apple [1]**  34/9
**appreciate [1]**  72/4
**approach [4]**  31/2 35/20
69/13 151/3
**approved [1]**  22/8
**approximately [7]**  65/6 69/8
83/16 85/20 106/11 110/10
122/12
**April [3]**  83/18 140/9 141/9
**April 10 [2]**  140/9 141/9
**are [170]**
**area [1]**  9/11
**aren't [1]**  26/20
**argument [3]**  5/15 9/21
127/13
**arguments [2]**  6/4 8/7
**arhythmia [1]**  23/20
**around [19]**  12/8 12/24 13/1
13/4 14/2 19/9 48/19 64/11
65/7 65/7 68/2 77/10 79/8
80/8 83/18 83/22 84/1 150/24
151/11
**arrangement [2]**  65/13 79/2
**arrangements [2]**  156/25
157/11
**Arsenault [4]**  61/6 61/20
112/22 112/24
**article [3]**  54/20 56/14 57/2
**as [118]**  3/2 4/5 4/8 5/3
5/18 6/8 7/6 7/7 7/7 7/10
7/10 8/1 8/1 11/23 11/23
19/22 25/13 29/14 31/10
31/10 34/8 35/6 44/15 44/17
46/25 46/25 46/25 47/2 47/10
47/12 47/14 55/9 59/1 60/13
60/22 61/2 62/23 68/9 68/13

**A**

**as...** [79]  69/11 72/23 73/6
73/8 74/21 74/21 75/8 78/14
78/24 81/22 82/15 87/3 87/11
87/11 88/18 90/8 90/19 95/2
95/5 95/17 95/21 96/14 96/14
100/10 102/19 102/19 105/21
106/2 107/11 108/6 109/8
109/15 111/1 111/7 114/15
114/16 116/10 116/19 116/20
116/22 117/5 119/3 119/10
124/2 124/3 124/3 125/2
126/6 130/1 130/7 132/19
132/20 132/24 132/25 134/16
135/6 137/1 137/7 137/21
139/8 140/19 140/19 142/19
143/25 145/8 147/4 149/3
149/21 150/3 151/2 152/20
155/1 155/10 155/10 157/20
157/20 158/18 158/18 159/3
**Ashley** [13]  22/17 22/20
22/21 23/4 38/13 38/15 43/5
45/15 45/17 45/25 84/9 85/11
101/13
**Ashley's** [1]  101/14
**ask** [17]  3/7 3/23 4/10 9/8
25/9 28/5 30/2 31/12 31/20
36/9 38/23 44/8 51/15 58/16
70/12 136/10 145/19
**asked** [12]  8/14 18/10 43/11
51/7 58/21 60/19 60/24 79/13
121/21 121/25 127/4 127/20
**asking** [5]  4/15 36/8 41/17
41/19 46/3
**aspects** [1]  36/4
**assert** [3]  4/3 5/3 8/24
**asserted** [1]  9/3
**asserting** [1]  6/23
**associated** [1]  152/24
**Associates** [2]  95/4 95/9
**assuming** [1]  6/13
**astray** [2]  8/2 9/2
**Atlanta** [1]  12/15
**attached** [3]  92/7 92/8 93/13
**attachment** [4]  139/22 140/10
141/2 141/11
**attachments** [2]  69/4 82/23
**attempting** [2]  146/5 146/6
**attention** [3]  3/7 155/17
159/5
**attic** [2]  95/22 95/25
**attorney** [10]  3/8 6/5 6/19
7/18 7/22 7/25 8/18 8/18
44/20 44/23
**attorney/client** [1]  8/18
**attorneys** [16]  4/11 4/12
5/23 6/9 44/17 70/16 70/20
71/10 72/3 72/21 72/24 75/16
75/25 128/21 155/24 159/12
**audit** [1]  39/14
**auditor** [1]  121/23
**August** [1]  57/19
**August 26th** [1]  57/19
**AUSA** [3]  1/16 1/16 1/17
**automatically** [1]  86/19
**available** [1]  34/10
**avoid** [1]  157/22

**awaiting** [1]  3/3
**aware** [5]  38/15 48/9 98/18
149/1 159/4
**awhile** [2]  92/19 141/24

**B**

**B-E-R-G-E-N** [1]  79/21
**baby** [1]  14/2
**back** [38]  4/4 5/18 9/15 10/6
21/11 24/15 26/23 36/18
39/21 40/22 46/2 47/5 47/16
48/21 54/12 70/15 72/18
83/25 85/19 86/20 94/21
94/23 94/24 97/13 97/17
100/13 101/18 105/7 106/5
108/25 109/2 113/18 114/2
123/12 125/25 140/2 150/13
151/25
**background** [3]  12/6 12/8
87/6
**bad** [2]  24/16 105/8
**bag** [1]  150/9
**balance** [1]  31/6
**ballpark** [2]  157/13 157/15
**bank** [11]  78/2 124/9 124/23
127/10 135/23 135/24 138/7
138/10 138/11 142/12 145/4
**banner** [2]  26/17 32/14
**Barton** [5]  95/4 95/7 95/9
95/12 96/4
**base** [1]  94/2
**based** [5]  3/17 7/14 93/20
93/22 98/9
**basic** [1]  93/13
**basically** [2]  9/3 38/4
**basis** [15]  35/16 65/14 66/4
95/9 120/23 122/17 122/18
123/19 123/25 125/13 126/2
127/15 154/22 154/22 158/5
**batch** [1]  128/7
**Bate** [1]  70/12
**Bates** [6]  73/2 73/11 73/14
73/15 74/12 74/14
**be** [110]  6/21 8/14 8/17 8/21
8/23 9/10 10/8 15/2 16/20
24/6 32/21 38/5 39/12 41/8
46/11 50/15 52/1 52/5 58/1
60/24 62/3 62/8 62/11 64/4
64/4 65/21 66/7 69/6 69/20
71/24 72/2 72/7 72/19 73/10
73/15 73/21 74/5 78/17 82/23
86/23 86/23 87/17 87/20
90/16 90/16 90/17 90/22
90/24 91/1 91/1 91/5 91/16
92/6 93/5 93/5 95/20 100/10
100/10 100/12 100/22 100/24
101/20 102/9 102/22 103/3
103/21 104/2 104/11 106/22
109/1 111/12 114/13 115/10
116/23 119/13 120/17 123/19
123/22 125/6 125/20 125/22
128/15 129/9 130/19 131/23
131/25 132/5 132/6 132/7
132/19 133/12 134/20 136/8
137/5 139/13 146/12 148/7
151/8 152/22 153/11 154/20
156/7 156/14 156/16 158/4
159/1 159/6 159/7 159/8

**159**/10
**Beach** [2]  1/22 12/22
**Beach/Ft** [1]  1/22
**became** [4]  62/16 66/5 81/15
81/18
**because** [30]  3/14 3/22 5/9
10/4 13/8 13/22 16/13 18/19
19/3 26/3 40/9 41/17 46/11
62/10 75/7 101/16 103/1
104/9 110/20 114/16 121/1
132/10 132/23 134/2 134/8
134/10 145/22 148/25 149/11
158/5
**become** [6]  61/7 61/12 64/2
79/5 91/2 93/3
**becomes** [1]  93/4
**becoming** [1]  81/20
**been** [37]  7/1 7/8 16/13
16/16 20/20 21/20 26/17 28/8
29/13 33/19 36/17 38/15
38/20 46/25 47/2 47/12 49/12
51/11 55/9 55/10 57/14 75/19
89/4 92/19 93/12 95/23 105/9
107/3 117/5 125/2 125/24
127/15 128/16 142/19 155/25
158/11 158/11
**beeps** [1]  86/25
**before** [24]  1/13 3/5 3/18
6/24 9/6 10/20 11/23 12/7
12/20 21/2 35/9 35/11 42/6
45/8 47/8 47/21 52/13 60/15
72/2 129/14 131/20 132/5
158/21 158/22
**began** [1]  12/7
**begin** [1]  3/5
**beginning** [2]  85/15 114/12
**behalf** [2]  44/8 66/24
**behind** [3]  94/21 138/25
139/4
**being** [12]  4/13 7/16 14/16
34/21 48/9 50/6 81/14 99/14
103/12 108/21 145/13 149/15
**believe** [16]  8/7 14/16 14/19
14/21 14/24 15/2 17/25 42/16
50/14 61/1 80/9 113/23 117/4
122/5 136/3 145/12
**believed** [4]  5/6 6/10 18/4
19/3
**below** [2]  22/23 130/20
**beneficial** [1]  55/25
**beneficiaries** [3]  21/14
48/10 85/23
**beneficiary** [3]  91/22 92/2
98/13
**benefits** [1]  91/8
**Bergen** [4]  79/20 79/23 80/21
81/9
**better** [1]  156/19
**between** [21]  3/16 5/9 5/10
21/12 26/4 26/6 40/9 50/10
74/6 111/1 111/3 111/13
112/17 114/6 114/9 119/15
123/24 132/14 142/8 143/1
145/14
**bill** [10]  63/3 63/9 67/8
67/12 90/22 102/6 103/15
104/9 148/19 154/21
**billable** [6]  90/24 91/1 91/2

**B**

**billable... [3]**  91/3 102/9 103/11
**billed [8]**  62/21 64/4 65/22 91/1 91/5 102/9 132/6 154/20
**biller [2]**  66/23 103/15
**billing [6]**  62/10 63/11 95/9 109/1 124/4 149/16
**bills [1]**  102/22
**bin [1]**  101/24
**birth [4]**  86/10 87/19 91/7 92/4
**bit [7]**  12/6 21/1 25/4 101/17 110/3 137/25 158/6
**Black [1]**  56/16
**BLAKE [6]**  2/10 52/2 52/7 52/10 76/18 116/13
**blank [1]**  32/8
**block [1]**  120/16
**blow [1]**  142/21
**Blue [3]**  96/9 155/6 155/6
**board [13]**  124/24 124/25 125/1 125/7 125/8 126/7 126/23 127/11 127/12 128/17 128/20 129/14 129/18
**boarding [3]**  96/25 97/10 97/23
**Boca [8]**  12/17 52/19 53/10 53/25 64/22 64/24 68/2 77/11
**bogus [1]**  148/25
**book [2]**  86/4 86/7
**booked [1]**  98/4
**Boston [3]**  95/14 97/3 97/5
**both [13]**  5/25 8/8 28/25 29/9 42/12 42/25 43/1 43/5 88/14 114/17 119/20 140/21 147/17
**bottom [13]**  30/2 30/8 32/19 33/21 70/11 74/11 74/16 77/1 132/13 132/18 135/23 138/2 139/10
**bought [1]**  86/15
**box [5]**  93/20 101/22 105/16 141/16 150/14
**boxes [4]**  36/24 37/6 37/8 37/13
**boyfriend [2]**  13/5 18/6
**boyfriend's [1]**  18/11
**brace [7]**  22/8 90/2 90/17 108/25 109/2 109/9 132/20
**braces [18]**  54/12 54/12 54/12 62/22 63/13 66/18 92/3 92/10 93/17 93/20 93/24 99/3 100/9 101/16 102/2 106/23 132/23 150/7
**break [7]**  4/24 71/11 71/15 71/19 125/18 128/22 129/14
**breaking [1]**  129/9
**brief [3]**  4/24 125/18 128/22
**briefly [8]**  17/1 35/21 51/4 69/14 83/9 91/17 113/17 137/20
**bring [7]**  3/12 63/4 64/8 78/24 148/2 155/17 159/3
**bringing [1]**  146/12
**Broad [188]**
**brother [1]**  58/24

**brought [6]**  3/6 4/17 52/22 64/7 67/19 148/4
**BSL [1]**  42/10
**bubble [3]**  77/18 77/21 117/25
**bubbles [1]**  146/25
**bucks [1]**  90/12
**budget [3]**  65/15 116/7 144/10
**building [4]**  82/2 82/10 82/12 95/24
**buildings [1]**  82/4
**bunch [1]**  22/23
**Bur [1]**  49/6
**business [29]**  4/11 4/13 47/25 48/13 49/20 54/1 54/2 54/4 54/6 55/16 56/3 62/24 76/23 78/22 79/19 80/5 80/25 81/1 81/1 81/4 81/5 92/19 109/25 123/7 130/1 130/7 154/8 154/16 154/18
**businesses [1]**  62/10
**buy [2]**  63/5 124/3
**buying [4]**  109/14 110/17 121/6 133/23

**C**

**Cadet [1]**  13/5
**Calendury [1]**  7/4
**call [60]**  5/23 6/6 6/7 9/6 9/23 42/16 42/19 53/13 53/17 54/7 54/10 56/2 62/1 63/19 63/20 73/18 81/10 81/12 83/20 83/21 83/23 84/16 85/14 85/20 86/23 87/2 88/20 89/20 89/25 90/5 90/10 91/4 91/17 91/21 92/15 92/19 93/17 93/23 93/24 94/4 99/6 100/2 102/16 103/3 109/21 124/19 127/8 129/5 129/23 129/24 136/6 136/13 136/19 138/5 144/14 150/5 150/10 150/11 150/15 156/22
**called [12]**  11/4 17/1 22/3 73/4 81/1 86/17 87/14 91/11 94/2 99/25 105/17 152/6
**caller [1]**  90/16
**calling [4]**  8/17 10/6 86/1 103/4
**calls [8]**  52/2 54/11 63/22 83/24 85/23 86/19 88/11 92/17
**came [16]**  13/17 19/6 19/8 50/3 62/23 63/14 94/22 97/17 100/12 101/18 106/24 107/5 108/6 109/24 133/12 151/25
**can [74]**  5/21 6/8 6/9 6/11 7/7 8/24 8/24 9/8 9/16 21/9 22/13 33/9 36/18 44/12 49/17 52/16 55/12 65/21 69/13 70/20 70/21 71/7 71/9 71/11 71/12 71/25 72/3 75/25 76/1 77/17 81/14 83/10 83/19 83/20 90/20 93/6 97/8 104/6 106/18 107/15 108/11 111/8 112/12 112/24 116/17 117/5 117/6 117/25 118/3 120/14 126/1 128/5 128/14 128/22

**129/15 130/5 130/13 131/19 135/18 135/19 137/19 137/19 138/2 140/12 141/7 142/20 142/21 144/23 146/3 146/25 147/19 157/21 157/22 158/19
**can't [9]**  4/4 5/17 7/22 9/15 27/11 103/15 127/2 130/2 149/16
**can't do [1]**  4/4
**candidate [1]**  87/22
**CANNON [2]**  1/2 1/13
**cannot [1]**  9/13
**Car [2]**  13/9 13/11
**card [1]**  90/14
**cardio [2]**  23/17 151/9
**care [10]**  42/6 55/23 112/13 112/16 118/17 126/8 130/23 130/25 131/2 131/23
**carefully [1]**  126/15
**CAROLINE [1]**  1/20
**Carter [1]**  44/20
**CARVER [54]**  1/7 1/7 1/18 1/19 6/13 10/19 12/20 13/6 13/11 13/15 14/10 17/22 23/23 29/14 30/24 34/8 37/15 37/18 37/24 41/24 42/5 42/9 43/3 43/5 51/23 54/17 54/18 55/1 55/4 55/15 56/10 56/19 57/9 63/7 68/3 70/24 75/6 75/8 75/8 76/17 77/5 77/14 85/12 94/11 97/2 99/21 119/25 126/6 126/11 126/18 127/2 149/1 149/8 159/14
**Carver's [5]**  33/8 56/8 67/20 109/21 149/4
**case [19]**  1/2 4/8 6/23 7/3 7/6 9/17 11/10 40/2 43/20 101/25 126/18 155/13 155/15 155/16 155/19 155/20 155/24 155/25 156/2
**cash [11]**  90/12 91/19 91/20 144/18 144/19 144/25 145/1 145/4 146/13 148/7 148/8
**Cassisi [1]**  22/13
**category [1]**  108/19
**caught [1]**  62/11
**caution [2]**  4/8 8/10
**cautionary [1]**  155/13
**center [42]**  5/24 42/17 42/19 53/13 54/7 54/10 56/3 63/19 63/20 81/10 81/12 83/20 83/21 83/23 84/16 85/14 85/20 86/23 88/20 89/20 91/4 91/17 92/15 92/19 93/17 93/23 93/24 94/4 102/16 103/3 109/22 124/19 127/8 129/23 129/24 136/6 136/14 136/19 138/5 150/5 150/10 150/15
**centers [2]**  53/17 90/10
**certain [9]**  15/7 20/2 36/4 69/23 69/23 70/12 88/20 98/7 124/4
**certificate [2]**  39/12 39/18
**certify [1]**  160/1
**cetera [1]**  131/24
**chance [3]**  40/7 72/25 112/11
**change [12]**  10/1 24/3 61/5

# C

**change... [9]** 61/17 61/19
81/18 103/22 104/15 105/4
105/5 134/10 159/9
**changed [9]** 6/20 46/15 61/4
103/21 104/2 104/11 104/12
104/22 120/11
**changes [3]** 4/21 7/16 104/21
**changing [1]** 105/12
**charged [4]** 38/15 38/20
75/10 75/22
**chart [2]** 108/10 140/1
**Chase [5]** 4/22 4/25 5/11
50/7 50/13
**chat [12]** 68/6 68/13 68/22
68/25 113/21 117/9 140/7
141/8 141/23 143/1 143/19
147/23
**cheap [1]** 87/9
**check [8]** 22/3 91/13 91/19
93/19 102/2 124/9 150/11
152/2
**checked [4]** 37/6 37/8 37/13
87/21
**checking [3]** 21/6 22/2 91/12
**child [2]** 14/4 43/17
**childhood [1]** 85/1
**children [1]** 60/11
**chopped [2]** 142/16 142/17
**chuckled [1]** 100/2
**church [1]** 95/20
**Cigarroa [7]** 22/21 38/13
38/15 43/6 45/15 48/16
101/15
**Circuit [2]** 7/4 7/8
**citation [1]** 7/3
**claim [3]** 6/1 64/5 93/7
**claimed [1]** 5/13
**claims [9]** 20/17 62/11 62/21
66/18 66/21 66/24 102/3
148/19 148/25
**Clara [2]** 153/9 153/10
**clarification [2]** 7/13 72/8
**clarify [4]** 8/7 9/24 109/13
132/10
**clean [1]** 73/9
**clear [8]** 7/20 7/21 51/8
78/19 84/13 128/6 139/13
153/11
**cleared [1]** 142/11
**clearly [3]** 8/17 71/4 75/21
**click [2]** 101/20 101/23
**client [8]** 6/10 6/12 8/18
13/15 78/24 113/12 123/15
126/18
**clients [5]** 5/9 109/24
122/14 122/16 123/9
**close [1]** 53/11
**clothing [3]** 54/21 56/15
57/3
**co [6]** 70/24 75/5 75/22
75/23 126/5 126/20
**co-conspirator [2]** 70/24
126/20
**co-conspirators [4]** 75/5
75/22 75/23 126/5
**coconspirators [1]** 75/9

**code [4]** 108/23 109/1 109/3
109/9
**codes [9]** 21/4 21/4 21/7
21/23 103/12 103/13 103/16
103/20 104/9
**collected [1]** 32/21
**Colorado [1]** 84/23
**come [6]** 5/21 65/11 79/19
85/19 144/19 149/16
**comes [3]** 24/15 73/8 86/20
**coming [4]** 123/7 131/25
132/2 148/20
**commence [2]** 57/18 156/2
**comment [1]** 72/25
**comments [1]** 72/21
**commit [3]** 48/17 55/23 58/9
**committed [3]** 16/19 20/13
45/14
**communicate [3]** 38/8 46/12
138/24
**communicated [4]** 5/23 10/24
23/24 37/14
**communication [3]** 6/18 17/19
134/11
**communications [5]** 5/8 5/22
6/1 8/12 75/5
**companies [16]** 53/20 53/24
54/2 56/2 58/11 60/12 62/19
64/8 94/7 95/2 98/7 100/6
102/18 106/3 106/6 110/16
**company [42]** 4/17 4/23 5/7
5/14 22/10 44/15 44/17 44/21
44/24 48/21 48/24 50/3 50/19
54/2 61/3 63/4 64/4 66/2
66/17 67/21 79/16 79/23
79/24 79/24 80/22 80/23 81/8
88/6 93/2 104/9 107/18 111/2
112/19 113/1 115/10 116/23
120/12 122/3 122/8 137/8
141/13 155/4
**complete [1]** 70/5
**completed [13]** 64/3 65/21
66/16 93/5 100/10 100/13
100/24 101/24 107/2 113/15
123/21 130/17 154/19
**completing [1]** 102/15
**completion [3]** 39/13 39/18
156/21
**compliance [1]** 8/1
**compliant [1]** 50/15
**comply [1]** 7/16
**computer [7]** 22/13 91/24
93/25 104/23 105/14 105/17
121/19
**conceal [1]** 146/1
**concern [1]** 99/24
**concerned [3]** 7/11 8/2
157/21
**concerns [1]** 3/5
**Conclave [9]** 46/18 94/9
94/10 94/25 95/5 95/7 95/8
97/5
**Conclave's [1]** 96/2
**concluded [4]** 9/10 32/1
71/17 76/6
**conditional [2]** 127/24 158/4
**conditionally [11]** 71/5
75/24 76/8 127/21 128/1

128/10 128/15 140/24 140/25
143/11 146/22
**conduct [2]** 20/2 155/18
**confer [3]** 3/19 72/3 158/12
**conference [8]** 31/4 32/1
69/16 71/17 75/1 76/6 84/1
84/7
**conferred [1]** 3/14
**confident [1]** 107/5
**confirmation [1]** 3/3
**confusion [2]** 31/10 73/17
**connected [1]** 64/9
**Conrad [1]** 12/21
**consider [1]** 58/5
**consistent [7]** 6/11 6/22
9/14 30/10 34/24 35/2 73/1
**consistently [1]** 128/13
**conspiracy [10]** 55/23 55/24
56/4 56/6 57/14 67/6 75/4
75/10 107/18 126/4
**conspirator [2]** 70/24 126/20
**conspirators [4]** 75/5 75/22
75/23 126/5
**consult [1]** 95/9
**consulted [1]** 4/20
**consumer [2]** 86/9 90/1
**consumer's [1]** 91/6
**consumers [3]** 54/11 63/23
86/2
**contact [3]** 19/6 64/12
155/23
**contacted [2]** 87/24 88/1
**contacting [1]** 48/10
**containing [1]** 68/25
**contains [1]** 70/23
**content [2]** 22/23
**contents [2]** 68/25 71/1
**context [1]** 8/1
**continue [6]** 14/10 29/21
103/8 141/4 155/9 156/3
**continued [1]** 155/11
**continuing [1]** 14/14
**contract [10]** 61/9 113/10
114/2 114/6 119/3 119/5
120/9 120/22 121/2 121/14
**contract outline [1]** 120/22
**contract's [1]** 114/9
**contracts [8]** 110/13 110/16
110/22 111/3 113/16 114/3
114/7 121/18
**controlled [1]** 124/10
**convention [1]** 73/2
**conversation [6]** 50/21 50/25
74/6 99/23 105/7 105/10
**conversations [2]** 5/10 105/2
**conveyed [3]** 4/20 5/12 7/15
**convicted [1]** 75/22
**cooperate [1]** 68/15
**cooperation [1]** 68/9
**copy [1]** 100/11
**corner [2]** 34/23 70/11
**corp [2]** 114/23 114/24
**correct [56]** 6/16 13/20
13/23 13/24 16/14 17/4 24/21
24/22 25/3 25/5 25/8 26/5
37/12 37/20 38/14 38/17
38/19 38/22 39/20 41/2 41/18
42/7 42/8 42/15 42/21 42/22

**C**

**correct... [30]** 43/12 43/18
43/19 45/2 45/4 45/13 46/7
46/18 47/6 47/11 47/14 47/17
47/19 47/23 48/2 48/4 48/7
48/8 48/10 48/20 49/2 49/22
49/23 74/13 78/11 83/2 91/2
127/24 149/23 160/1
**correspond [1]** 72/14
**cost [1]** 87/8
**could [61]** 16/20 26/17 39/19
46/24 49/12 52/4 52/14 54/20
56/14 63/2 63/3 63/5 73/6
77/7 78/6 78/6 78/23 87/23
90/4 91/1 91/6 93/3 93/5
93/6 97/12 100/23 101/22
102/1 102/13 103/2 103/3
106/17 107/4 108/3 108/5
109/4 109/7 109/8 112/10
112/20 113/6 113/24 116/11
118/1 118/14 124/3 124/3
125/25 130/3 132/25 135/16
135/22 137/18 139/20 143/23
147/17 148/19 153/1 154/20
158/12 158/20
**couldn't [2]** 104/9 132/6
**counsel [27]** 3/2 3/6 3/16
3/18 4/4 5/4 5/17 5/18 5/24
6/2 6/7 6/24 7/7 7/25 8/17
8/21 9/4 9/8 9/14 9/19 36/7
69/24 70/14 125/23 129/4
158/12 158/15
**couple [9]** 11/10 18/3 23/16
28/5 37/7 39/25 56/7 61/14
85/16
**course [2]** 46/8 67/5
**court [18]** 1/1 1/21 3/12 4/9
7/3 8/23 9/8 10/3 15/14
69/25 76/1 125/14 140/23
140/25 156/9 158/21 159/19
160/6
**Court's [6]** 6/22 7/1 7/14
9/25 10/1 143/10
**courthouse [1]** 159/6
**courtroom [12]** 10/7 54/18
56/12 56/25 71/23 71/25
73/20 125/21 129/6 155/21
156/6 156/8
**Courtyard [1]** 12/11
**cousin [1]** 131/9
**cousin's [1]** 131/10
**cover [1]** 136/21
**covered [1]** 145/12
**Covid [2]** 13/2 13/4
**CR [1]** 1/2
**creaky [1]** 95/24
**create [4]** 53/12 68/6 70/13
93/20
**created [1]** 129/18
**creating [1]** 41/5
**credentials [1]** 98/12
**crime [4]** 55/19 55/22 57/13
58/9
**crimes [4]** 16/19 20/13 38/16
38/20
**CRM [7]** 93/25 98/9 100/22
100/25 106/8 106/25 107/2

**cross [9]** 2/6 2/7 3/23
10/13 10/15 42/1 44/4 157/14
**cross-examination [6]** 3/23
10/13 10/15 42/1 44/4 157/14
**crying [1]** 18/18
**CSV [1]** 86/15
**cubicles [4]** 83/21 83/22
83/23 84/1
**cue [1]** 30/2
**current [1]** 76/20
**currently [1]** 47/25
**cut [3]** 23/12 26/15 26/18
**CUYLER [1]** 1/16

**D**

**Dad [1]** 60/11
**Daily [2]** 37/25 81/17
**DANIEL [19]** 1/7 10/19 13/6
13/15 23/23 30/24 34/8 41/23
42/9 54/17 54/18 55/1 55/4
55/15 56/8 119/25 127/2
149/3 159/14
**Danny [68]** 6/12 17/22 29/14
63/7 64/9 64/13 64/14 64/18
65/1 67/20 67/20 68/3 74/6
75/6 75/7 75/8 76/17 77/5
77/10 77/14 78/13 79/6 79/13
84/3 91/20 94/11 94/21 95/16
96/6 97/2 99/21 99/23 100/1
101/2 101/6 104/25 105/8
109/21 113/16 114/19 115/14
116/12 116/18 117/2 123/7
124/6 124/11 124/21 126/11
126/12 127/9 129/19 129/22
133/18 141/25 142/3 142/3
142/10 142/14 143/1 143/16
145/4 146/11 147/9 149/1
149/8 154/9 154/13
**Danny's [5]** 84/25 97/21
113/4 118/16 153/7
**data [9]** 46/21 86/8 86/22
94/2 103/2 136/6 136/11
136/19 138/6
**database [1]** 94/1
**date [35]** 11/16 26/6 30/7
30/10 33/21 34/23 35/2 35/5
41/13 45/6 49/11 77/8 86/10
87/19 91/7 92/4 97/12 103/1
108/23 111/15 112/12 113/25
118/6 118/8 119/17 120/12
134/22 137/8 137/23 140/8
143/3 147/1 147/20 148/12
160/4
**dated [1]** 47/16
**dates [1]** 47/5
**David [8]** 61/6 61/20 94/11
94/21 95/8 96/2 112/22
112/24
**day [16]** 37/24 37/24 38/1
38/4 38/5 79/15 94/22 97/17
104/4 110/2 112/17 152/23
152/12 159/4 159/11 159/13
**Day-to-day [1]** 37/24
**days [2]** 38/5 38/6
**de [1]** 124/1
**deal [12]** 8/3 61/10 61/11
78/13 80/6 90/7 90/16 90/21
90/21 92/2 92/6 131/23

**Dealing [1]** 46/20
**deals [19]** 36/24 91/18
100/12 105/8 124/14 127/5
130/15 130/16 131/17 131/19
131/23 132/8 141/15 144/12
144/14 144/15 145/7 147/14
148/4
**dealt [1]** 17/1
**Deandre [1]** 49/1
**December [3]** 11/15 11/17
40/3
**December 6 [1]** 11/15
**decide [1]** 76/1
**decided [1]** 123/22
**decides [1]** 58/1
**decision [3]** 58/7 71/7
109/23
**decision-maker [1]** 109/23
**declined [1]** 11/8
**DEFENDANT [10]** 1/18 1/19
1/20 7/3 33/7 55/1 56/20
57/6 75/6 126/13
**Defendant's [2]** 107/22
127/17
**Defendants [7]** 1/9 3/1 8/20
9/18 71/3 128/4 129/5
**defense [30]** 3/16 3/17 4/4
4/8 5/2 5/4 5/5 5/17 5/19
6/7 6/20 6/24 7/6 8/10 8/17
8/21 8/24 9/3 9/4 9/8 9/14
9/19 70/16 70/20 72/21 72/24
75/15 75/25 158/18 159/12
**definitely [2]** 31/14 88/2
**deliberate [1]** 155/15
**deliberately [1]** 15/23
**deliberations [1]** 156/2
**delivered [1]** 150/10
**delivering [2]** 138/25 146/12
**denied [2]** 9/13 9/22
**denies [1]** 24/14
**department [3]** 19/14 20/1
43/2
**depicted [5]** 55/14 59/2
82/16 89/6 129/16
**depiction [1]** 151/10
**derivative [4]** 3/17 5/4 6/7
7/7
**derive [1]** 86/14
**deriving [1]** 72/19
**DERTAILIE [2]** 2/3 10/12
**describe [2]** 57/2 83/20
**described [1]** 5/4
**description [1]** 136/4
**descriptions [1]** 136/24
**Desmond [1]** 89/3
**despite [1]** 16/19
**detail [1]** 64/6
**details [1]** 4/14
**determine [2]** 31/12 71/4
**determined [1]** 123/24
**devices [1]** 108/23
**dial [1]** 86/25
**dialer [7]** 86/16 86/18 86/23
86/24 86/25 87/5 88/3
**dialing [2]** 54/11 87/5
**did [235]**
**didn't [29]** 14/10 17/4 17/6
17/9 17/17 17/19 20/6 21/6

**D**

**didn't... [21]**   25/9 25/9
27/4 38/25 40/10 41/11 42/6
42/19 43/14 49/5 62/8 62/11
68/5 90/2 92/18 97/12 98/22
133/21 140/13 145/6 145/19
**difference [3]**   114/6 114/9
132/14
**differences [1]**   114/12
**different [26]**   5/22 16/23
23/1 33/18 41/7 46/9 46/11
46/20 55/6 63/17 82/3 82/12
86/13 86/17 87/4 90/14
100/13 109/3 109/25 114/7
137/8 137/8 138/7 138/10
138/11 152/13
**difficult [1]**   159/7
**digital [5]**   53/8 68/10 68/24
100/11 100/20
**direct [9]**   2/11 21/3 46/2
48/15 52/11 126/8 156/14
157/5 157/8
**direction [1]**   45/15
**directions [1]**   9/1
**directive [1]**   6/19
**directives [1]**   6/6
**directly [5]**   5/13 37/14 38/8
43/5 133/21
**disclosed [1]**   62/17
**discuss [13]**   3/18 64/18 65/9
71/20 110/3 113/16 128/19
141/25 142/2 146/11 149/7
155/13 155/14
**discussed [1]**   3/15
**discussion [2]**   14/14 158/20
**discussions [1]**   13/14
**dispo [1]**   24/3
**disposition [1]**   87/3
**dispositions [1]**   87/5
**disregard [1]**   99/16
**distinguish [1]**   81/14
**distinguishing [1]**   3/16
**DISTRICT [4]**   1/1 1/1 1/13
7/5
**DIVISION [1]**   1/2
**DME [33]**   53/24 54/2 58/11
60/12 62/19 64/4 85/17 87/23
88/14 88/16 92/17 93/6
100/14 101/21 101/24 102/18
104/8 106/2 109/24 110/16
115/2 122/25 123/12 123/15
123/23 123/24 131/3 131/5
131/7 132/22 134/8 139/6
150/6
**DMEs [10]**   49/21 49/23 78/23
91/10 102/25 110/6 123/21
129/24 149/12 154/19
**do [206]**
**doctor [20]**   24/6 24/11 24/13
24/17 24/18 25/17 27/10 30/4
32/18 35/5 39/9 93/2 93/4
93/9 93/11 93/18 98/8 98/14
100/8 104/19
**doctor's [28]**   27/7 28/17
63/21 64/3 65/23 66/16 93/5
98/13 100/21 101/18 102/18
103/3 103/10 104/18 106/23

106/24 107/25 108/6 108/20
108/21 109/14 109/16 110/11
132/6 133/20 133/21 142/7
152/7
**doctors [17]**   17/7 17/20
27/25 93/3 93/14 95/13 98/11
98/17 98/20 99/2 99/8 99/12
99/14 99/16 99/22 100/22
100/23
**doctors' [58]**   51/21 62/25
63/5 63/14 63/18 64/19 65/21
66/12 66/15 67/21 78/7 96/3
100/4 101/9 101/24 102/4
102/8 103/22 104/2 104/16
104/24 105/12 105/21 105/24
106/8 106/11 108/18 110/6
110/17 110/20 111/21 113/15
115/12 116/25 120/23 121/6
122/9 122/16 122/19 123/14
123/22 126/8 130/17 130/18
133/24 134/2 136/18 136/22
138/19 138/22 139/1 144/6
144/17 146/1 148/15 149/18
152/9 152/17
**document [62]**   23/13 27/7
28/9 29/13 29/25 30/13 31/6
31/13 32/5 33/1 33/5 33/23
34/10 34/14 34/19 34/23 35/8
35/9 35/11 35/18 35/25 36/2
36/4 36/5 36/6 36/7 36/10
36/12 38/24 39/15 39/17
69/18 70/1 70/17 71/11 72/11
74/3 74/16 76/14 77/18
106/20 107/5 107/12 107/12
108/6 109/7 111/10 113/6
117/13 119/11 120/15 125/4
128/12 134/18 134/20 135/19
135/22 136/23 137/3 137/19
142/23 142/25
**documents [15]**   15/15 17/9
20/15 20/17 28/5 36/22 39/9
39/10 39/11 40/8 45/17 45/19
45/21 104/22 128/7
**does [37]**   13/11 17/25 45/7
45/11 45/23 54/9 54/23 55/6
55/16 58/4 76/15 77/15 77/19
77/21 87/8 93/17 97/5 101/19
102/11 108/9 108/14 108/25
115/14 115/17 116/8 116/12
118/16 118/18 120/9 121/2
121/7 131/16 136/19 147/15
147/24 148/1 148/3
**doesn't [6]**   7/21 10/5 31/11
121/6 145/15 145/15
**doing [27]**   5/6 6/10 6/14
6/16 9/4 10/18 15/18 15/20
15/22 16/4 16/7 18/5 18/19
19/3 22/2 22/4 49/21 50/15
76/22 85/7 91/23 94/21
116/24 123/3 128/9 149/14
157/23
**dollar [1]**   90/14 136/24
**dollars [12]**   14/11 56/7
61/14 67/24 67/24 78/18
79/15 79/17 110/12 122/11
122/15 122/23
**don't [57]**   5/25 6/25 7/5
7/24 9/16 11/16 14/12 14/13

14/15 18/12 19/12 22/6 22/7
22/10 23/3 23/4 23/4 23/11
24/10 24/13 24/16 25/18
31/12 33/2 33/3 33/24 34/2
35/25 39/16 41/13 43/16
44/19 44/20 45/6 46/19 49/11
50/5 50/6 50/17 53/12 58/10
61/14 66/2 70/21 84/10 92/13
103/17 115/9 116/13 116/13
125/22 126/16 126/23 131/1
136/8 153/19 157/18
**done [10]**   7/16 24/2 47/24
93/25 100/24 141/14 141/15
150/18 152/2 152/3
**door [3]**   4/4 5/18 9/15
**Dougherty [12]**   42/10 54/17
64/17 65/4 68/3 70/25 75/10
77/5 112/23 113/2 126/5
141/8
**down [8]**   14/13 20/4 25/4
44/12 49/17 52/16 108/11
109/4
**download [2]**   101/20 102/1
**downloaded [3]**   100/25 106/25
107/3
**Dr [5]**   4/22 4/25 5/11 50/7
50/13
**drag [1]**   101/23
**drop [3]**   101/22 101/23
141/16
**dropped [1]**   141/15
**dry [1]**   125/1
**durable [5]**   17/7 17/12 53/19
54/7 56/2
**during [17]**   13/21 18/3 20/12
21/3 40/6 67/12 67/19 72/19
81/11 91/21 107/17 111/17
128/18 134/24 155/12 155/21
156/17
**DX [2]**   23/17 23/17

**E**

**each [21]**   13/8 20/12 46/12
66/8 68/15 77/18 89/25 97/24
100/14 101/21 111/8 112/21
115/2 123/23 132/23 132/25
133/11 134/8 138/14 138/16
138/17
**earlier [11]**   28/22 30/4
43/23 45/11 47/3 88/13 108/5
112/24 114/2 120/20 150/6
**early [3]**   46/17 49/25 80/11
**earned [1]**   91/18
**earning [1]**   123/8
**easier [1]**   158/6
**easy [1]**   13/22
**education [4]**   136/6 136/11
136/20 138/6
**effect [1]**   75/8
**efficient [1]**   69/20
**eight [2]**   53/16 67/10
**either [6]**   17/10 47/18 73/1
86/15 91/19 108/23
**electronic [1]**   25/6
**electronically [3]**   39/3
39/10 39/11
**Eleventh [2]**   7/4 7/8
**elicit [3]**   6/5 9/11 92/2

**E**

Eliciting [1]   4/14
eligibility [2]   87/22 91/12
eligible [3]   90/17 90/22
 91/4
Elizabeth [1]   157/7
else [8]   6/8 6/13 24/1 101/3
 101/7 116/18 133/8 149/11
email [23]   22/17 22/23 23/3
 23/4 23/12 23/15 37/2 47/5
 47/10 47/14 47/16 47/18
 48/23 49/5 49/6 49/8 86/10
 115/22 116/2 118/19 118/21
 118/22 119/1
emailing [1]   158/11
emails [1]   36/25
Embassy [1]   12/15
employ [1]   66/23
employed [2]   4/25 45/3
employees [13]   4/17 4/20
 4/25 7/15 15/2 44/14 50/4
 85/20 85/22 91/17 92/23
 95/24 104/15
employer [1]   15/3
end [6]   75/3 78/14 80/11
 123/4 155/15 156/2
ended [1]   41/4
enforcement [2]   19/7 40/18
engaged [1]   63/25
Enhanced [4]   130/23 131/4
 131/8 131/24
enough [2]   70/22 126/16
Enriched [4]   130/23 131/6
 131/8 131/24
enrolled [2]   60/22 60/25
enter [6]   61/9 79/25 110/13
 114/3 119/2 121/14
entered [2]   114/7 119/17
Enterprise [2]   13/8 13/11
entire [5]   70/1 70/16 102/15
 104/3 107/12
entirely [1]   92/12
entities [2]   126/9 130/20
entity [1]   112/21
entries [1]   73/9
entry [1]   46/21
equal [1]   66/12
equipment [5]   17/7 17/13
 53/19 54/8 87/23
erase [2]   105/15 125/1
eraser [1]   105/14
Erin [1]   44/20
ESQ [2]   1/18 1/19
essence [2]   79/1 117/1
essentially [3]   39/22 97/23
 128/9
establish [1]   10/2
established [2]   22/20 130/24
estimate [3]   45/7 156/14
 157/13
et [1]   131/24
etc [1]   4/15
even [4]   9/4 29/9 96/1 99/2
evening [3]   48/15 156/4
 159/18
events [2]   3/23 4/23
eventually [2]   148/14 148/16

ever [23]   /20 15/5 17/12
 18/10 18/13 21/10 23/23
 27/14 27/16 33/1 39/11 40/10
 48/9 70/7 91/13 94/12 95/23
 99/21 104/4 121/20 121/21
 142/10 144/6
every [11]   10/5 38/1 38/4
 65/16 78/17 110/2 113/13
 133/12 138/16 139/6 141/24
everybody [3]   100/3 133/8
 149/11
everyone [2]   77/16 113/20
everyone's [1]   37/2
everything [4]   24/2 75/12
 94/1 118/17
evidence [26]   5/18 9/22
 35/14 36/7 36/18 59/18 69/19
 69/19 71/2 76/3 76/10 83/8
 89/18 96/21 107/24 112/6
 120/5 126/8 135/14 137/16
 151/20 154/4 155/20 155/21
 155/25 159/13
evidentiary [2]   6/14 158/20
exact [11]   11/16 41/13 45/6
 49/11 61/14 62/18 66/3 75/4
 78/18 120/10 130/1
exactly [1]   5/19
examination [16]   2/5 2/6 2/7
 2/8 2/11 3/23 10/13 10/15
 21/3 42/1 44/4 51/5 52/11
 73/23 155/9 157/14
example [6]   22/8 23/11
 101/21 103/13 131/22 132/22
Excel [1]   86/15
excerpt [5]   69/20 69/21 73/4
 82/23 139/9
excerpts [6]   69/23 70/6
 72/17 73/13 117/16 127/20
exchange [4]   20/20 68/4 69/4
 97/23
exchanged [1]   126/10
excludable [1]   126/24
exclude [3]   10/2 74/20 75/20
excluded [4]   9/8 9/11 10/3
 10/4
excuse [5]   6/15 18/22 35/5
 40/13 106/23
excused [2]   52/1 125/22
exhibit [69]   29/14 30/24
 33/8 34/8 35/13 47/3 47/13
 49/17 55/9 59/1 69/12 70/13
 72/9 72/10 72/13 72/16 72/23
 73/6 73/25 74/9 74/15 74/19
 75/20 75/24 76/1 76/9 81/23
 82/8 82/15 83/7 89/11 89/17
 96/24 97/8 107/9 107/23
 111/7 112/5 117/5 117/22
 118/15 119/10 120/5 125/3
 126/24 127/12 127/17 130/3
 134/17 135/13 137/2 137/16
 139/9 139/13 139/18 140/24
 141/1 141/2 141/3 142/20
 146/18 151/2 151/14 151/20
 152/21 152/22 152/23 154/3
 157/20
exhibits [19]   21/2 22/12
 44/12 46/24 59/5 59/17 72/14
 82/22 96/11 96/18 96/20

 106/17 140/22 155/21 158/7
 158/11 158/15 158/18 158/19
existence [1]   5/21
exit [1]   71/25
expect [6]   18/24 19/4 41/8
 66/10 95/11 157/18
expected [1]   139/2
expenses [1]   142/13
experience [1]   96/4
explain [6]   107/15 131/19
 132/4 141/7 144/23 146/3
explained [2]   8/10 150/6
explanation [1]   70/22
expo [1]   125/1
extent [3]   8/11 71/6 75/23
extra [20]   53/12 130/23
 131/16 131/19 132/4 132/5
 132/8 132/11 132/12 132/17
 144/10 144/12 144/14 144/15
 144/17 145/6 145/7 145/20
 147/14 148/4
extract [1]   68/19
extraction [4]   68/10 68/24
 74/6 82/21
extras [2]   132/10 132/15
eye [1]   128/13

**F**

F-I-S-H-M-A-N [1]   52/10
face [5]   98/20 98/20 98/22
 98/22 98/24
face-to-face [2]   98/20 98/22
facilities [3]   87/25 88/14
 125/18
fact [9]   4/10 5/11 9/18
 16/19 106/2 120/22 136/21
 146/11 157/24
fair [5]   12/24 18/16 18/20
 92/14 151/10
Fairfield [2]   49/1 49/10
FAIRWEATHER [16]   2/3 10/12
 10/17 11/6 29/23 32/3 33/13
 34/7 34/16 36/1 36/18 37/4
 41/22 41/23 44/6 51/7
faith [7]   3/17 4/8 5/5 8/10
 8/24 8/25 9/2
fake [2]   145/25 146/1
false [1]   62/11
familiar [22]   6/4 30/13
 30/16 31/7 32/13 32/16 32/18
 32/25 34/18 35/8 36/4 36/14
 88/23 92/22 104/3 105/24
 106/5 107/19 111/3 134/3
 149/21 150/20
familiarity [3]   31/13 31/14
 36/12
family [1]   60/10
far [5]   7/7 7/10 8/1 31/10
 157/20
fashion [1]   9/16
father [1]   58/24
fault [1]   128/8
FBI [4]   19/15 19/18 19/22
 40/23
February [13]   64/11 65/7
 111/16 112/17 117/11 118/1
 118/7 118/10 134/23 135/21
 147/3 147/21 148/13

**F**

February 25 [1]   147/3
February 28 [5]   118/1 118/7
 118/10 147/21 148/13
February 28th [1]   134/23
Federal [3]   38/16 38/20
 160/5
fee [6]   78/25 113/7 113/12
 115/15 135/1 147/7
feed [1]   77/16
fees [2]   81/15 111/18
FELDMAN [11]   1/18 2/5 10/14
 10/19 29/17 29/21 31/11
 35/22 75/11 126/14 157/14
felt [2]   43/10 94/21
few [14]   3/4 7/13 44/8 69/10
 84/8 84/10 92/5 95/24 105/2
 105/11 105/20 117/8 144/18
 144/19
Fifteen [1]   156/16
figure [3]   90/3 124/15 127/6
file [5]   61/16 86/15 100/15
 100/20 101/22
files [3]   68/25 86/15 100/24
filing [1]   8/9
Filler [1]   105/18
Filling [1]   91/24
final [3]   70/13 71/7 76/2
financial [1]   94/24
fine [2]   4/13 153/2
finish [4]   52/15 52/15 65/19
 158/19
finished [1]   102/21
first [28]   19/6 22/15 32/10
 40/22 42/16 49/3 49/6 49/12
 49/20 61/4 77/7 82/6 82/7
 83/17 84/17 85/15 86/9 87/18
 87/18 88/16 92/4 101/11
 102/21 102/22 103/23 108/4
 111/20 130/13
firsthand [1]   3/24
FISHMAN [44]   2/10 52/3 52/7
 52/10 52/13 59/21 70/25
 71/20 71/25 73/22 74/3 76/15
 77/8 80/24 91/15 106/18
 106/20 108/5 111/8 111/10
 117/8 118/3 119/11 125/22
 126/5 126/6 129/7 129/14
 135/18 139/25 141/7 142/21
 142/23 143/15 144/5 145/13
 147/1 147/19 155/8 156/8
 156/9 156/15 156/22 157/14
Fishman's [2]   126/16 128/18
five [9]   17/25 32/11 38/5
 38/5 38/7 41/7 102/13 125/18
 157/19
fix [2]   105/8 128/12
flat [10]   65/14 65/17 65/19
 78/17 113/7 113/12 115/7
 115/15 121/4 132/24
flew [2]   94/19 96/8
flight [3]   95/14 97/11 97/15
flights [1]   98/4
flip [1]   106/17
floor [4]   42/20 83/23 85/22
 89/8
FLORIDA [8]   1/1 1/6 52/19

flow [2]   85/25 149/14
flowed [1]   106/9
fly [1]   96/6
focus [1]   123/12
focusing [2]   28/6 32/13
folder [2]   100/11 100/14
folks [2]   105/21 159/6
follow [3]   63/24 88/20
 146/10
followed [3]   4/24 27/16
 27/19
following [1]   7/2
follows [1]   6/8
foregoing [1]   160/1
forensically [1]   68/19
forge [9]   17/12 17/22 27/22
 27/25 39/1 45/17 45/19 45/21
 51/23
forged [11]   15/14 16/23 17/7
 20/15 25/2 25/12 25/23 29/6
 33/23 34/2 51/21
forgeries [3]   45/14 48/13
 48/17
form [15]   27/4 28/7 28/7
 61/24 87/14 87/20 87/24
 91/24 93/10 93/10 93/14
 93/23 152/6 152/7 155/24
formal [1]   42/6
forms [7]   24/24 25/19 28/8
 33/19 37/11 98/6 107/20
FORT [4]   1/2 1/6 12/21 97/3
forward [1]   159/10
foundation [3]   103/24 126/24
 145/10
four [14]   20/10 32/11 56/5
 67/11 68/1 68/6 75/5 81/21
 109/8 113/6 113/24 126/11
 142/14 142/18
Fousek [1]   44/23
Francisco [2]   58/24 61/4
Frank [1]   96/14
fraud [3]   20/1 55/23 55/23
frequency [1]   81/16
frequently [2]   81/12 133/9
Friday [3]   51/13 139/7
 159/10
friend [5]   58/15 61/22 84/25
 85/1 153/7
friends [1]   154/15
front [2]   26/23 157/23
Ft [2]   1/21 1/22
full [2]   52/8 131/14
fully [1]   128/1
function [1]   36/14
further [6]   41/23 51/2 51/25
 75/15 127/13 128/4
furtherance [1]   126/4

**G**

gathering [1]   86/8
gave [4]   12/20 13/19 13/21
 23/6
gears [1]   110/3
General [1]   19/14
generalized [1]   126/21
generally [2]   30/17 108/21
generated [4]   36/2 63/19

generating [2]   62/24 149/18
genetic [19]   54/8 54/13
 84/19 85/17 88/14 88/18
 92/11 101/10 122/19 122/21
 122/24 123/2 123/3 123/6
 123/8 149/19 151/9 153/17
 154/20
gentlemen [5]   71/18 99/15
 125/17 129/9 155/11
get [42]   5/1 5/8 5/25 6/1
 11/1 11/5 24/10 26/15 39/17
 48/16 52/13 54/1 57/24 63/18
 63/21 64/6 65/20 73/12 86/4
 86/12 86/24 90/1 90/4 90/12
 90/12 92/23 93/2 94/18 98/14
 99/9 99/17 102/2 102/18
 102/19 103/1 127/12 139/4
 145/1 150/13 152/4 158/17
 159/6
gets [3]   58/9 112/11 150/9
getting [11]   5/21 81/14
 87/10 99/25 103/3 114/16
 123/20 134/25 142/25 147/7
 148/19
gift [1]   90/14
Gino [11]   42/5 43/3 43/5
 43/14 48/16 51/23 56/10
 56/19 84/9 85/11 85/12
girlfriend [1]   18/18
girls [1]   84/8
give [4]   28/23 37/21 72/24
 79/16
given [11]   9/10 16/16 16/20
 20/20 91/19 123/15 123/23
 123/23 128/17 146/10 159/5
gives [1]   31/20
glasses [2]   54/23 56/16
Glenwood [1]   108/15
go [35]   3/25 4/1 16/20 22/12
 28/24 40/22 64/2 70/13 71/11
 80/19 80/20 81/8 86/24 91/19
 93/11 97/12 100/12 100/15
 100/23 101/13 105/12 113/18
 115/19 117/7 117/25 118/20
 120/14 123/12 125/22 128/25
 131/18 134/9 143/16 147/17
 148/5
goal [4]   89/25 141/14 141/16
 141/18
goes [6]   5/1 5/13 8/2 70/15
 72/18 131/11
going [39]   3/12 3/20 4/21
 6/3 6/21 8/17 8/23 26/14
 30/7 30/13 39/21 46/2 50/12
 50/18 58/1 66/1 68/13 70/6
 70/7 70/10 71/19 73/15 78/20
 82/23 87/1 102/22 116/22
 116/23 139/22 143/20 146/7
 148/7 149/16 157/24 159/3
 159/6 159/7 159/8 159/10
golf [1]   58/15
gone [1]   9/2
good [18]   3/16 4/7 5/8 8/10
 8/24 8/25 9/2 10/9 10/17
 10/18 42/3 42/4 44/6 44/7
 45/7 52/13 73/3 155/7
Gosney [1]   131/15

**G**

**got [18]**   11/9 23/3 26/17 49/8 60/12 60/15 64/9 85/15 85/16 89/21 90/5 91/17 95/21 106/5 116/16 138/10 138/11 150/10
**gotten [2]**   99/8 99/17
**GOVERNMENT [90]**   1/16 3/2 3/5 3/12 3/14 5/15 5/20 11/10 12/2 16/14 16/16 17/9 17/25 18/8 18/10 20/24 21/2 25/9 34/11 40/2 43/20 46/2 46/25 47/2 47/12 51/9 51/19 51/20 52/2 55/9 58/4 59/1 59/4 59/17 68/9 68/10 69/2 69/11 72/10 73/25 74/9 74/22 76/9 81/23 82/8 82/15 82/18 83/7 89/10 89/17 96/20 97/8 107/13 107/23 111/7 111/23 112/5 117/5 117/15 117/22 119/10 119/23 120/5 125/2 125/10 126/23 128/1 134/17 135/3 135/13 137/1 137/9 137/16 139/8 140/18 141/1 141/2 141/3 142/19 143/5 144/2 146/15 146/18 151/2 151/13 151/20 152/20 153/21 154/3 157/20
**Government's [8]**   8/7 36/19 36/20 52/7 76/7 107/9 126/19 151/14
**GOYOS [24]**   1/7 1/20 4/19 5/6 5/9 5/14 8/8 8/11 44/9 45/3 45/8 45/19 45/21 45/25 47/10 47/18 47/21 48/9 48/19 49/23 56/23 57/6 57/11 85/8
**Goyos' [1]**   5/2
**Gray [1]**   54/22
**group [11]**   68/6 77/16 79/20 79/23 80/21 81/9 140/7 141/8 143/1 143/19 147/23
**guess [4]**   3/12 32/14 86/14 93/23
**guilty [5]**   38/18 55/19 55/22 57/13 75/10
**guise [1]**   6/19
**Gulf [6]**   129/17 129/20 129/21 130/6 130/7 141/13
**Gulf's [1]**   141/16
**guy [1]**   152/18
**guys [6]**   47/25 77/16 115/23 116/6 147/25 149/13

**H**

**had [38]**   8/11 12/1 12/4 12/8 12/11 13/22 17/24 18/4 40/7 40/22 41/1 45/24 46/4 46/6 46/9 46/11 47/22 47/22 47/24 49/23 51/21 68/2 84/17 88/1 90/1 90/22 91/20 96/4 96/4 99/23 105/14 122/1 122/3 129/24 134/10 139/1 154/19 158/3
**half [7]**   76/14 108/17 109/8 135/17 135/22 137/18 138/2
**hand [2]**   70/11 118/9
**handed [1]**   93/5

**handful [2]**   84/12 96/11
**handle [2]**   43/11 69/24
**handshake [3]**   61/9 61/11 80/6
**Handwriting [1]**   25/25
**happen [4]**   19/7 50/18 70/21 103/13
**happened [6]**   4/23 19/7 22/7 102/7 121/23 139/3
**happening [1]**   149/12
**happens [3]**   24/10 58/8 100/8
**happy [2]**   74/13 158/15
**Harding [1]**   109/6
**has [50]**   3/6 3/24 5/6 6/20 7/1 7/7 28/19 29/2 29/4 29/13 31/13 31/14 33/25 35/5 35/17 35/17 36/11 36/11 36/17 38/15 38/18 38/20 43/20 45/10 46/25 47/2 47/12 55/1 55/9 55/10 55/11 56/19 57/6 75/9 86/8 89/4 90/14 92/25 93/2 107/19 117/5 125/2 125/24 126/6 126/23 127/15 142/19 148/7 155/25 158/10
**hats [1]**   109/25
**have [166]**
**haven't [2]**   75/19 126/20
**having [4]**   4/20 14/13 62/12 127/1
**he [77]**   5/6 5/12 6/10 6/10 6/12 6/15 8/24 13/5 13/19 13/21 38/2 38/3 38/5 43/14 45/5 45/10 47/22 47/22 47/24 48/13 48/13 54/21 54/23 55/6 56/15 57/3 57/10 58/18 58/21 60/13 62/4 64/15 81/6 84/17 85/10 89/8 89/21 89/21 89/23 94/22 95/18 95/21 95/25 96/4 96/4 100/2 100/18 104/3 104/3 104/4 105/14 107/19 109/25 110/1 113/1 113/4 115/6 124/9 126/11 127/3 127/3 131/11 142/21 145/14 145/15 145/15 145/15 148/2 149/11 153/7 153/18 154/8 154/12 154/13 154/16 156/22 157/17
**head [1]**   152/15
**headset [1]**   86/24
**health [5]**   42/6 55/23 112/13 112/16 126/8
**hear [2]**   20/24 155/20
**heard [7]**   9/20 44/11 44/13 81/1 91/13 126/20 126/21
**hearing [2]**   159/1 159/4
**hearsay [11]**   6/11 74/21 107/12 107/12 107/20 107/22 125/14 125/24 127/17 128/10 140/21
**heart [1]**   5/1
**held [6]**   31/4 69/16 75/1 124/16 127/7 148/19
**hello [2]**   86/25 87/7
**help [1]**   158/21
**helping [1]**   96/2
**her [8]**   4/10 4/15 5/1 9/11 27/22 85/4 85/6 109/12

**here [43]**   16/13 20/20 20/21 23/9 24/1 25/4 25/7 25/25 26/14 26/14 26/22 27/7 28/10 30/2 32/14 33/15 37/6 37/7 39/21 43/21 51/8 52/4 52/5 57/22 57/23 58/8 77/25 96/11 108/20 109/8 114/18 118/4 118/21 129/16 132/10 135/23 138/3 141/10 143/18 156/9 156/23 157/12 158/13
**herein [1]**   112/16
**hey [2]**   77/16 150/11
**hide [3]**   14/21 14/24 146/6
**high [1]**   63/20
**him [24]**   13/17 14/13 29/18 38/8 45/11 54/20 55/16 55/16 56/12 56/14 56/17 56/25 57/2 58/14 62/3 69/21 72/11 94/14 94/16 105/4 121/24 126/16 127/12 156/23
**hire [1]**   68/19
**hired [2]**   37/18 42/14
**his [24]**   5/13 6/12 6/15 8/25 18/13 59/23 60/3 60/8 61/23 77/20 81/6 84/16 85/2 94/21 95/8 104/13 109/23 112/25 131/9 131/10 149/10 153/8 154/13 154/23
**hit [1]**   142/13
**holding [1]**   80/22
**home [3]**   15/5 20/8 131/17
**Homeland [1]**   19/14
**HON [1]**   1/23
**honest [4]**   14/16 14/21 14/24 15/2
**Honor [106]**   3/6 3/11 3/18 3/22 4/7 5/5 5/16 5/17 7/12 7/13 7/20 8/4 8/6 9/7 9/24 29/16 31/2 31/5 33/4 33/10 34/6 35/13 35/20 36/6 36/20 49/15 51/2 51/4 51/25 52/2 54/25 56/18 57/5 59/4 59/8 59/9 59/12 63/13 69/17 70/9 72/16 72/23 73/19 74/8 74/13 74/20 74/23 75/2 82/18 82/22 83/4 89/10 89/13 96/10 99/11 103/6 104/1 106/14 107/8 107/11 107/16 107/19 109/19 111/23 117/15 117/19 125/10 126/3 127/14 127/19 127/20 127/20 128/5 128/24 128/25 135/3 137/9 140/18 140/22 143/5 143/12 144/1 144/2 145/12 146/15 146/20 146/24 149/3 151/1 151/13 151/16 151/22 152/25 152/25 153/21 155/7 156/16 156/21 157/1 157/7 157/24 158/2 158/10 158/24 159/15 159/16
**Honor's [1]**   158/25
**HONORABLE [1]**   1/13
**hope [2]**   57/24 132/22
**Horizon [99]**   53/23 55/20 56/2 58/17 58/22 59/23 60/3 60/18 60/20 61/13 62/14 62/16 62/17 62/19 62/24 63/9 63/11 65/10 65/15 66/10 66/14 66/20 66/23 67/5 67/8

## H

**Horizon... [74]** 67/10 67/17
67/19 78/6 78/10 78/22 78/23
80/13 101/21 101/25 102/1
102/5 106/2 106/12 109/14
110/5 110/11 110/13 110/23
114/3 115/4 115/9 118/24
119/2 119/16 119/21 120/19
120/22 121/3 122/8 122/12
124/2 130/23 130/24 131/23
132/8 132/19 133/1 133/2
133/3 133/7 133/19 134/4
134/12 137/6 137/22 138/5
138/14 138/15 138/17 138/22
139/1 139/4 141/13 141/16
142/2 142/6 142/9 142/11
143/19 144/11 144/25 145/1
145/14 145/20 146/2 147/6
147/16 148/14 148/18 149/1
149/7 149/12 155/6
**Horizon's [3]** 67/14 119/1
148/23
**hospitality [1]** 12/8
**hotel [2]** 12/21 64/24
**hour [2]** 143/20 157/5
**hourly [1]** 133/22
**hours [6]** 96/1 136/7 136/8
136/9 136/11 136/13
**house [2]** 40/23 150/9
**housed [1]** 94/1
**how [90]** 3/20 9/16 10/17
19/7 19/7 19/21 21/16 26/14
28/11 30/19 30/21 37/24 38/3
38/8 53/1 53/3 53/15 56/4
56/6 61/12 62/3 62/19 62/23
63/18 63/20 65/15 65/25 67/5
67/8 67/12 67/14 67/20 67/25
69/8 70/10 73/3 78/16 80/10
80/13 80/17 81/12 81/20 82/3
85/4 85/20 85/22 87/8 87/10
89/20 91/4 92/22 93/19 94/18
97/18 98/7 99/7 100/4 105/1
105/9 105/12 106/11 110/1
110/10 114/12 122/13 123/14
123/14 123/22 123/24 124/22
126/7 127/9 131/4 132/2
133/2 133/5 133/9 139/4
139/5 141/15 141/16 141/17
144/9 144/16 145/1 145/19
150/12 154/23 156/14 157/2
**However [1]** 66/12
**HSS [1]** 20/1
**Hughes [3]** 89/3 89/7 89/20
**hum [1]** 150/23
**hundred [8]** 14/11 56/7 61/14
73/7 73/7 79/15 79/17 153/12
**hundreds [1]** 87/11

## I

**I have [1]** 71/9
**I'll [1]** 52/15
**I'm [5]** 128/5 139/18 153/12
153/16 159/3
**ICD [4]** 21/3 21/4 21/7 21/23
**Id [7]** 26/17 28/19 29/2 29/4
32/16 39/6 39/17
**idea [1]** 4/2

**identification [18]** 29/13
34/7 55/2 56/21 57/7 59/1
73/25 82/15 89/5 106/15
111/6 117/6 119/9 134/17
137/2 139/9 142/20 143/24
**identified [4]** 31/15 55/1
56/19 57/6
**identify [5]** 54/20 56/14
69/22 108/5 111/9
**IDs [2]** 28/25 29/9
**illegal [6]** 18/20 19/4 28/3
110/20 121/1 134/2
**immediately [1]** 158/13
**immunity [6]** 16/16 16/21
43/24 51/7 51/9 51/19
**important [3]** 14/17 14/19
18/17
**incarcerated [2]** 156/23
157/11
**incentive [2]** 20/23 90/12
**include [3]** 69/4 87/25 93/17
**included [3]** 68/22 69/6 69/7
**including [1]** 75/5
**INDEX [1]** 2/1
**indicate [4]** 7/22 28/9 76/15
133/23
**indicated [4]** 8/10 35/17
36/11 108/5
**indirect [1]** 6/6
**individuals [1]** 127/3
**indulgence [1]** 129/10
**industry [1]** 53/13
**info [1]** 78/2
**information [32]** 3/9 9/1
15/8 15/12 19/23 23/1 23/2
23/7 32/21 37/14 41/8 46/12
86/9 86/25 87/19 87/21 90/6
91/22 91/23 92/1 92/12 92/16
92/23 92/25 93/22 108/10
108/11 108/19 130/13 135/23
138/7 152/6
**informed [1]** 3/11
**initial [3]** 41/11 79/2 114/9
**inquire [2]** 6/8 7/14
**inquiry [2]** 7/23 152/24
**Inspector [1]** 19/14
**instance [2]** 39/12 128/11
**instances [4]** 102/4 103/19
144/11 144/19
**instead [1]** 67/18
**instruct [1]** 150/12
**instructed [1]** 104/24
**instructing [1]** 105/8
**instructions [3]** 78/2 78/5
135/24
**insurance [1]** 63/9
**insurances [1]** 91/10
**intake [1]** 93/10
**intend [10]** 3/7 3/10 3/22
4/7 4/10 5/1 121/18 128/25
134/14 156/22
**intending [1]** 3/25
**intent [1]** 8/21
**intention [1]** 134/15
**intentionally [3]** 15/17
15/19 15/21
**interactive [1]** 98/23
**interested [1]** 87/21

**interject [1]** 7/24
**interview [2]** 41/5 41/17
**interviewed [2]** 13/17 42/12
**interviews [2]** 41/7 41/19
**introduce [5]** 6/18 9/1 19/21
70/12 72/11
**introduced [3]** 19/22 72/19
155/21
**invalid [1]** 103/16
**invest [5]** 58/16 58/21 60/19
61/12 63/2
**investigating [1]** 20/2
**investigation [1]** 155/19
**investigator [1]** 11/3
**investing [1]** 62/12
**Investment [1]** 81/2
**invoice [8]** 133/11 133/12
133/23 134/21 134/22 135/20
137/6 137/7
**invoices [10]** 123/18 133/7
133/13 133/19 134/3 134/6
134/12 138/14 144/18 146/1
**involve [2]** 149/24 150/1
**involved [14]** 47/10 48/9
49/21 54/1 56/4 60/12 60/15
67/11 110/21 123/1 124/6
138/21 142/7 145/13
**involvement [3]** 24/20 55/19
67/12
**involves [1]** 75/22
**Iowa [2]** 98/13 108/15
**irrelevant [1]** 74/21
**is [431]**
**issue [11]** 3/15 3/20 6/24
7/2 9/6 9/7 9/21 26/9 128/6
128/12 133/7
**issued [2]** 133/9 134/3
**issues [5]** 7/10 8/5 72/2
138/14 158/22
**issuing [1]** 116/23
**it [314]**
**it's [10]** 4/1 5/5 32/7 34/12
39/14 77/1 93/12 96/11 118/2
159/1
**item [1]** 151/6
**iterations [1]** 119/5
**its [1]** 92/22

## J

**J.P [3]** 131/12 131/24 132/11
**Jacksonville [1]** 12/13
**jail [1]** 16/20
**Jamie [9]** 152/19 153/5 153/6
153/10 153/16 153/17 154/7
154/23 155/4
**Jamie's [1]** 155/2
**January [7]** 58/20 75/4 77/9
81/11 110/9 114/1 114/19
**January 29 [3]** 77/9 114/1
114/19
**Jepsen [2]** 108/13 109/11
**Jersey [1]** 52/21
**Jet [1]** 96/9
**Joanna [4]** 84/6 85/4 105/20
105/23
**Joanne [1]** 42/23
**job [15]** 12/20 13/15 13/19
13/21 13/22 15/18 15/20 16/7

**J**

**job...** **[7]** 18/19 19/3 42/12 46/21 49/13 57/22 57/23
**Joe** **[1]** 146/12
**Joey** **[12]** 58/23 60/2 62/15 120/17 120/18 138/24 145/2 145/3 145/6 145/8 147/25 148/7
**John** **[11]** 58/12 58/16 58/23 58/23 59/3 59/22 60/7 60/19 131/13 131/14 131/15
**Johnny** **[2]** 89/3 89/7
**joining** **[1]** 147/4
**jointly** **[1]** 68/19
**Jordan** **[1]** 89/3
**JOSE** **[8]** 1/7 4/19 56/23 57/6 57/11 84/8 85/8 85/8
**Joseph** **[2]** 156/22 157/2
**JOSHUA** **[2]** 1/19 42/5
**JP** **[1]** 130/23
**Jr** **[6]** 13/15 58/12 58/23 59/3 59/22 60/19
**judge** **[9]** 1/13 29/20 58/3 58/5 73/24 76/5 99/19 120/6 126/3
**judge's** **[1]** 58/6
**July** **[11]** 1/5 11/23 11/23 40/3 51/11 75/4 80/11 80/11 81/11 159/8 160/4
**July 18th** **[1]** 159/8
**July 4th** **[1]** 11/23
**July 7th** **[1]** 51/11
**jump** **[1]** 105/7
**June** **[12]** 11/21 27/8 39/4 40/3 45/5 45/10 47/8 47/16 80/11 80/11 97/16 148/22
**June 15** **[1]** 97/16
**June 17** **[1]** 27/8
**June 23** **[1]** 39/4
**jurors** **[4]** 3/3 20/24 130/2 159/7
**jury** **[38]** 1/12 9/6 9/12 9/23 10/6 10/7 27/6 33/9 39/22 47/1 47/21 48/12 70/14 71/22 71/23 72/2 72/18 73/12 73/18 73/20 83/9 83/20 107/25 112/11 125/19 125/21 129/5 129/6 135/16 135/19 137/19 144/24 151/21 153/22 154/2 155/15 156/5 156/6
**just** **[72]** 3/3 3/6 7/12 8/19 10/4 13/22 17/15 18/16 23/9 25/17 26/2 28/6 37/2 39/17 39/21 41/22 48/3 49/15 51/8 59/9 61/25 62/12 63/1 64/6 69/21 75/14 77/16 80/23 81/14 82/12 83/19 84/10 84/12 87/18 88/16 91/8 91/16 91/17 92/9 93/23 98/4 99/8 99/17 105/23 106/14 108/18 108/20 109/19 111/8 112/11 113/20 114/2 115/3 118/8 128/5 129/23 132/22 134/11 135/6 135/8 138/8 142/12 143/15 145/6 145/20 148/4 149/12 150/14 152/5 153/11 158/14 158/24

**K**

**keep** **[12]** 7/25 63/24 71/5 72/20 88/11 118/14 124/4 127/20 128/13 149/16 155/18 156/1
**Keith** **[1]** 44/23
**kept** **[1]** 50/24
**kickback** **[1]** 126/9
**kids** **[1]** 154/20
**kind** **[11]** 46/12 50/1 84/17 87/6 87/19 91/24 93/10 102/21 105/14 111/1 141/19
**kit** **[3]** 150/8 152/4 154/22
**kits** **[5]** 150/15 150/20 151/10 151/25 152/10
**knee** **[2]** 54/12 132/22
**knees** **[1]** 109/10
**knew** **[7]** 13/5 13/8 16/4 16/11 28/3 62/10 64/13
**know** **[75]** 3/13 3/14 4/12 9/16 11/5 22/1 22/7 22/10 23/17 24/10 24/13 24/16 26/3 27/4 27/16 27/19 28/11 28/13 31/11 39/23 44/19 45/6 50/18 56/10 56/23 58/12 61/2 61/14 62/11 62/13 63/14 63/22 64/3 66/2 69/21 69/25 72/3 84/19 85/4 85/14 88/6 88/10 91/4 91/8 91/8 92/13 93/3 98/7 98/20 98/23 99/2 99/7 101/9 101/17 105/1 106/24 112/20 116/25 123/13 124/23 127/10 128/22 131/14 132/8 132/20 132/22 136/8 143/8 145/15 145/15 147/12 148/23 150/3 153/19 158/3
**knowing** **[1]** 15/25
**knowledge** **[6]** 3/24 7/18 31/13 94/6 103/25 145/11
**known** **[1]** 78/23
**knows** **[3]** 31/11 145/15 145/15

**L**

**lab** **[12]** 17/1 24/5 24/8 84/20 84/22 85/17 152/11 152/12 152/19 153/10 154/12 154/13
**laboratories** **[3]** 20/17 153/8 153/13
**laboratory** **[5]** 27/17 30/14 33/19 36/23 37/11
**labs** **[9]** 17/4 84/18 152/14 152/16 153/7 153/9 154/20 154/23 155/2
**labs made** **[1]** 155/2
**lack** **[2]** 103/24 103/24
**Ladies** **[5]** 71/18 99/15 125/17 129/9 155/11
**laid** **[1]** 126/23
**landlord** **[1]** 15/8
**largely** **[1]** 9/17
**last** **[22]** 9/7 30/5 51/10 51/13 52/9 52/10 55/4 77/25 80/10 85/2 85/4 86/9 87/18 87/18 92/4 99/12 101/14 102/13 112/20 118/23 137/7

152/22
**late** **[1]** 48/16
**later** **[5]** 61/4 71/6 73/7 114/10 137/25
**Lauderdale** **[2]** 12/21 97/3
**law** **[3]** 19/6 40/18 58/4
**lawyer** **[1]** 20/6
**lawyers** **[8]** 4/21 5/9 5/10 5/13 5/20 5/21 8/12 9/2
**lay** **[1]** 145/10
**layout** **[1]** 83/20
**lead** **[5]** 86/5 86/6 87/14 87/17 87/17
**leader** **[2]** 42/20 109/23
**leads** **[9]** 63/22 86/12 86/14 86/20 87/8 87/10 87/12 87/24 103/4
**learned** **[3]** 13/14 103/20 104/8
**least** **[2]** 28/22 39/23
**leave** **[4]** 18/19 19/3 156/8 158/13
**leaves** **[3]** 71/23 125/21 156/6
**left** **[15]** 3/21 14/7 14/14 29/4 29/7 43/11 43/14 89/22 113/19 129/10 129/17 130/5 141/13 147/18 147/19
**legal** **[1]** 6/10
**legitimate** **[5]** 29/7 38/25 121/17 122/1 122/4
**legs** **[1]** 125/17
**leniency** **[1]** 20/20
**let** **[18]** 3/13 21/11 30/2 50/18 57/5 65/19 69/25 72/3 91/7 94/24 105/7 105/15 112/20 125/17 128/22 136/10 143/7 147/12
**let's** **[23]** 9/23 12/6 22/13 22/15 24/1 24/24 25/21 26/24 31/25 32/25 34/13 36/17 37/2 37/17 40/22 72/20 73/14 73/18 85/25 99/14 123/12 125/16 129/5
**level** **[2]** 63/20 92/5
**licensed** **[1]** 98/16
**lie** **[4]** 58/8 121/12 136/23 136/25
**life** **[2]** 43/16 95/23
**Lifestyle** **[2]** 32/22 104/15
**Lifestyles** **[26]** 12/7 12/21 14/7 21/12 22/18 22/20 30/11 34/24 35/3 36/1 36/15 37/18 39/14 42/7 54/5 54/6 54/14 55/20 57/9 79/3 110/14 112/18 114/4 122/2 151/11 154/24
**like** **[75]** 8/1 22/3 22/8 25/6 26/16 30/17 31/19 31/20 33/1 34/6 39/14 39/18 44/8 45/7 45/23 55/8 55/16 58/25 69/11 71/10 73/24 78/23 78/25 81/22 82/8 82/14 86/15 87/18 89/4 90/13 91/24 92/9 93/10 93/10 93/10 93/25 94/21 95/23 95/23 96/10 96/24 98/24 101/17 104/21 105/14 105/25 106/6 106/15 107/8

**L**

**like...** **[26]**   111/6 113/1
  113/18 115/20 119/6 119/9
  121/22 123/13 124/7 125/1
  125/2 129/23 132/11 134/16
  137/1 139/4 139/8 140/10
  141/19 142/5 142/8 142/19
  150/8 150/8 151/1 152/20
**like you [1]**   101/17
**limitations [1]**   6/8
**Linda [2]**   108/13 109/11
**line [8]**   4/3 7/23 9/9 26/2
  26/4 26/6 40/10 152/23
**lines [2]**   112/21 136/25
**linked [1]**   141/2
**liquid [1]**   150/9
**Lisa [3]**   27/12 27/14 27/16
**list [6]**   46/6 66/17 72/13
  72/16 93/24 127/21
**listed [3]**   61/2 62/13 130/20
**listener [1]**   75/8
**listening [1]**   126/15
**literally [1]**   75/3
**little [8]**   12/6 21/1 25/4
  33/18 101/17 110/3 110/3
  137/25
**live [2]**   52/18 108/14
**lived [4]**   95/18 95/21 95/25
  98/13
**lives [3]**   98/14 98/16 158/6
**LLC [2]**   80/23 112/18
**LO [1]**   108/25
**lobby [4]**   82/17 83/13 83/21
  93/11
**located [3]**   53/24 67/3 84/22
**location [2]**   88/17 150/18
**lock [1]**   77/17
**lodge [4]**   70/20 71/4 75/25
  128/6
**lodged [1]**   9/25
**lodging [1]**   128/8
**log [5]**   98/11 101/22 124/23
  127/10 142/12
**long [9]**   53/15 56/4 80/10
  87/14 87/20 87/24 89/20 96/1
  157/2
**longer [3]**   67/10 148/19
  156/14
**look [18]**   21/23 22/15 24/24
  25/21 26/24 32/25 36/17 37/2
  40/7 55/6 55/16 82/13 105/25
  114/18 120/9 121/17 130/11
  138/2
**looked [2]**   30/17 106/6
**looking [6]**   26/2 33/19
  139/24 140/2 141/10 143/18
**looks [3]**   26/16 132/11 150/8
**lost [1]**   13/22
**lot [4]**   12/1 23/1 36/22
  109/25
**LOUIS [5]**   1/7 56/10 56/19
  57/9 131/9
**LOWTHER [5]**   1/19 2/6 41/25
  42/5 157/16
**LSO [1]**   108/25
**lunch [3]**   3/4 65/7 148/2
**lying [1]**   94/22

**M**

**M.D [1]**   109/6
**ma'am [3]**   10/10 44/1 52/1
**mad [1]**   149/13
**Madddie [1]**   42/20
**made [13]**   34/10 63/22 80/12
  94/22 112/17 124/1 126/4
  126/18 144/17 145/14 155/2
  156/25 157/11
**mail [1]**   11/9
**mailbox [1]**   150/11
**main [1]**   109/23
**Mainly [1]**   101/2
**maintain [1]**   75/14
**majority [1]**   85/24
**make [31]**   4/21 7/21 22/2
  24/3 37/6 37/7 37/13 58/4
  62/19 66/13 70/14 70/19 71/7
  78/14 80/13 91/18 104/21
  114/13 123/20 132/24 134/7
  135/25 136/2 140/13 142/10
  145/13 149/14 152/2 155/5
  155/19 158/6
**maker [1]**   109/23
**makes [4]**   86/19 91/15 107/5
  128/13
**making [7]**   75/13 83/24 85/23
  109/24 136/16 139/4 147/6
**Mamone [22]**   58/12 58/16
  58/23 58/23 58/23 58/24 59/3
  59/22 60/2 60/7 60/19 61/4
  62/15 120/17 120/18 145/2
  145/3 145/6 145/9 146/12
  156/22 157/2
**Mamones [5]**   60/15 60/16
  78/11 111/1 129/22
**man [2]**   13/5 115/18
**managed [2]**   53/17 88/25
**management [6]**   80/23 80/24
  136/6 136/14 136/19 138/6
**manager [8]**   42/19 43/8 61/3
  61/7 61/13 61/16 90/13 91/20
**managers [3]**   89/1 89/2 89/8
**manually [1]**   86/17
**many [19]**   9/16 66/12 67/8
  67/25 69/8 82/3 85/20 85/22
  87/10 87/11 100/4 105/9
  106/11 123/14 123/22 141/15
  141/16 141/17 149/12
**March [14]**   12/8 14/5 14/6
  21/12 45/1 48/21 49/4 49/12
  50/10 79/9 80/8 81/15 83/18
  143/4
**March 10 [1]**   143/4
**March 2020 [4]**   45/1 48/21
  49/4 80/8
**Marcheski [1]**   42/20
**marked [32]**   29/13 34/7 55/9
  58/25 59/17 69/11 73/5 76/9
  82/14 83/7 89/4 89/17 96/21
  100/10 106/15 107/23 111/6
  112/5 117/5 119/9 120/5
  125/2 134/16 135/13 137/1
  137/16 139/8 142/19 151/2
  151/20 152/20 154/3
**marker [2]**   125/1 127/11
**markers [1]**   62/25

**marketer [3]**   116/19 116/21
  139/7
**marketers [4]**   63/5 63/7
  63/17 63/18
**marketing [30]**   54/7 54/9
  64/8 65/9 111/13 112/13
  112/16 112/19 115/2 115/24
  116/3 116/6 116/13 116/23
  116/24 116/24 119/14 121/4
  121/9 121/10 121/15 121/16
  122/1 122/4 122/6 129/21
  132/9 144/7 145/22 146/7
**Marriott [1]**   12/11
**Marshals [2]**   156/23 157/11
**Mason [1]**   39/3
**masquerade [2]**   5/18 9/15
**masquerade as [1]**   5/18
**masquerades [1]**   4/5
**Massachusetts [1]**   94/16
**massive [2]**   86/8 87/5
**match [1]**   133/11
**matches [1]**   70/14
**materially [1]**   6/20
**math [1]**   66/13
**matter [1]**   160/2
**matters [3]**   3/25 4/1 7/10
**may [40]**   9/24 11/19 17/6
  17/6 22/24 23/12 29/16 29/21
  31/2 33/11 35/20 40/3 45/11
  47/6 49/9 52/1 73/17 73/22
  76/11 78/23 83/9 104/5
  107/25 112/7 119/19 121/20
  125/20 125/22 129/13 137/24
  141/6 145/10 146/24 151/3
  151/4 151/21 151/23 153/13
  156/7 156/8
**maybe [12]**   67/10 67/10 69/24
  84/25 86/7 86/10 86/10 90/13
  96/1 126/15 128/7 157/19
**McCRAE [7]**   1/20 2/7 6/5 7/24
  9/5 44/3 158/1
**McNamara [8]**   152/19 153/5
  153/11 153/16 153/17 154/7
  154/23 155/4
**McNamara's [1]**   153/6
**me [32]**   6/15 18/22 19/2 19/4
  19/7 21/11 28/23 30/2 31/20
  35/5 40/13 41/20 58/3 65/19
  72/3 79/13 79/13 87/4 94/24
  105/7 106/23 107/17 112/14
  116/16 116/20 118/19 128/22
  130/21 136/10 143/8 143/19
  152/5
**mean [19]**   40/21 40/22 54/9
  99/5 100/16 102/11 102/16
  116/8 116/20 118/25 124/25
  127/11 130/16 131/16 136/7
  142/17 144/23 145/24 152/3
**meaning [4]**   36/5 123/8 124/3
  138/11
**means [1]**   23/18
**meant [2]**   48/3 120/4
**Media [5]**   79/20 79/23 80/21
  81/9 97/6
**Medicaid [2]**   91/9 92/8
**medical [27]**   17/7 17/12
  46/18 53/19 53/23 53/23 54/7
  56/2 60/17 60/18 63/11 93/13

**M**

**medical... [15]** 94/4 103/17
108/10 111/14 111/19 111/20
112/18 112/22 118/22 119/16
120/19 121/3 135/21 137/6
137/22

**medicare [47]** 20/18 21/7
21/13 54/12 60/22 60/25 61/2
61/17 61/24 62/5 62/11 62/13
62/21 63/3 63/10 63/12 63/24
66/18 66/21 67/6 67/9 85/23
86/3 86/11 87/21 90/1 90/17
90/22 90/24 91/5 91/7 91/9
91/22 92/4 92/7 92/7 92/9
93/7 102/3 102/6 102/9
102/14 121/23 148/19 148/23
149/16 154/21

**meet [11]** 20/4 64/18 94/12
94/16 95/19 97/5 98/22
103/17 126/6 158/12 158/15

**meeting [16]** 4/16 4/18 4/19
4/19 7/15 40/22 41/1 50/4
50/6 64/21 65/6 65/8 68/2
94/20 95/15 129/15

**meetings [15]** 3/8 4/16 17/25
17/25 18/3 40/7 124/11
124/13 124/16 126/22 127/2
127/3 127/4 127/7 128/18

**members [1]** 5/23

**mention [1]** 36/24

**mentioned [19]** 8/1 17/24
18/3 21/3 21/23 32/18 34/18
60/13 84/4 84/12 85/8 88/13
89/8 112/24 119/2 126/25
127/3 138/21 158/14

**message [29]** 68/6 68/11
68/20 77/7 77/8 77/13 77/25
78/1 113/25 114/18 115/6
115/14 115/21 118/6 118/12
140/2 140/3 140/4 140/8
140/15 141/7 143/14 143/19
147/9 147/15 147/19 147/20
147/22 148/1

**messages [7]** 69/9 71/1 117/8
147/2 147/18 148/6 148/12

**messed [1]** 28/23

**met [10]** 10/20 20/8 20/10
41/11 47/21 77/10 94/14
98/20 98/23 145/4

**method [2]** 72/25 73/2

**Michael [1]** 109/6

**mid [2]** 49/25 141/19

**middle [2]** 111/1 142/8

**middleman [1]** 145/13

**midstream [1]** 6/18

**midway [2]** 50/9 50/9

**might [3]** 8/21 42/20 159/1

**migrated [1]** 83/16

**mike [4]** 53/11 84/13 89/3
91/15

**million [6]** 67/7 67/13 67/24
67/24 110/12 122/11

**millions [4]** 67/7 67/9 87/11
122/15

**mind [7]** 5/14 53/11 130/11
144/19 149/4 155/18 156/1

**mindful [1]** 91/16

**Mindy [1]** 32/2

**mine [2]** 61/22 80/23

**minor [1]** 43/17

**minute [2]** 123/12 157/8

**minutes [9]** 3/4 71/19 72/1
125/19 129/10 156/16 156/17
157/15 157/19

**mistake [1]** 16/2

**mixed [1]** 159/7

**model [5]** 4/22 4/25 5/11
130/1 130/7

**modify [1]** 73/17

**mom [1]** 43/17

**moment [14]** 7/12 17/24 28/23
29/16 41/22 49/15 59/9 64/6
71/9 72/12 74/8 106/14
109/19 153/14

**money [37]** 56/6 61/12 62/20
63/1 67/5 78/17 80/12 80/13
80/21 95/8 109/24 110/4
110/10 114/8 114/10 114/10
114/16 115/9 119/6 120/12
122/13 123/7 124/14 126/7
127/5 131/25 132/2 132/25
133/22 142/13 142/15 146/6
147/6 148/20 149/14 149/15
149/16

**monitoring [1]** 124/10

**month [7]** 62/4 66/5 66/8
113/13 114/2 116/10 121/5

**months [9]** 12/17 37/21 45/8
50/24 56/5 67/8 67/11 67/25
85/16

**more [21]** 3/18 9/16 20/10
21/19 26/20 43/16 64/8 81/19
85/17 85/17 87/17 101/17
110/4 114/15 122/22 122/24
123/6 123/8 123/13 144/6
147/12

**morning [6]** 51/18 115/22
150/14 158/13 158/15 158/19

**most [2]** 17/1 90/10

**motion [1]** 7/2

**motions [1]** 75/25

**mouth [2]** 150/8 151/9

**move [16]** 30/24 33/4 35/13
69/19 69/20 69/22 71/6 73/6
74/20 89/10 96/10 99/11
99/14 103/6 143/25 158/16

**moved [4]** 43/2 82/10 88/17
153/19

**moves [14]** 59/4 74/9 82/18
111/23 117/15 119/23 125/10
135/3 137/9 140/18 143/5
146/15 151/13 153/22

**moving [5]** 53/11 69/18 70/1
135/6 144/3

**Mr [110]** 2/5 2/6 2/8 2/11
4/18 5/2 5/6 5/9 5/14 7/19
8/8 8/11 10/13 12/20 13/11
14/10 23/23 29/17 29/19
29/21 31/11 35/22 37/14
37/18 37/24 41/23 41/25 42/9
44/8 45/3 45/8 45/19 45/21
45/25 47/10 47/18 47/21 48/9
48/19 49/23 52/13 59/21
60/16 68/15 70/24 70/25
71/20 71/25 72/9 73/22 73/23

**Mindy [1]** 32/2

74/3 75/11 75/12 76/15 76/25
77/8 79/5 89/20 91/15 94/12
95/17 106/17 106/20 108/5
111/8 111/10 117/8 118/3
119/11 125/22 125/24 126/5
126/5 126/5 126/6 126/6
126/14 126/16 126/18 127/2
127/13 128/17 129/7 129/14
135/18 139/24 141/7 142/21
142/23 143/15 144/5 145/10
145/13 147/1 147/19 152/22
155/8 156/7 156/9 156/13
156/14 156/20 156/22 157/12
157/14 157/14 157/16 158/1
158/8

**Mrs. [8]** 29/23 33/13 34/7
36/1 36/18 37/4 41/22 41/23

**Mrs. Fairweather [8]** 29/23
33/13 34/7 36/1 36/18 37/4
41/22 41/23

**Ms [13]** 2/7 6/5 7/24 9/5
10/17 11/5 22/13 32/3 34/16
48/15 51/7 52/16 158/1

**Ms. [2]** 44/3 44/6

**Ms. Fairweather [1]** 44/6

**Ms. McCrae [1]** 44/3

**much [21]** 56/6 61/12 62/3
65/15 65/25 67/5 67/12 67/20
80/13 87/8 103/17 110/10
114/12 114/15 122/13 123/24
124/3 126/7 132/2 132/24
156/14

**multiple [6]** 16/19 17/24
81/13 114/3 132/23 132/23

**must [1]** 155/18

**Mutual [1]** 58/15

**my [33]** 3/7 9/25 10/19 11/9
13/15 15/18 15/20 16/7 19/8
23/1 42/5 52/15 57/23 57/25
58/10 62/6 62/12 75/14 77/24
79/24 80/22 94/6 95/23 97/10
113/5 115/22 126/18 128/7
128/8 152/15 155/17 156/24
159/1

**myself [10]** 65/1 67/16 74/7
76/17 80/22 84/3 95/16
129/22 133/18 143/2

**N**

**name [47]** 9/4 10/11 10/19
13/6 18/11 18/13 27/7 27/11
28/17 30/5 35/5 42/5 48/23
52/8 52/9 52/10 54/4 61/24
61/25 62/5 62/6 62/12 62/17
77/17 77/20 77/24 80/24
84/20 85/2 85/4 86/9 86/9
87/1 87/18 87/18 88/6 91/7
92/4 92/4 101/14 106/8
109/12 112/21 120/15 131/10
131/14 155/4

**named [4]** 7/3 44/20 44/23
152/18

**names [12]** 19/12 44/13 46/6
53/22 84/11 84/12 89/2 94/7
130/20 152/14 153/8 153/13

**nature [1]** 158/5

**necessarily [1]** 98/16

**necessity [1]** 103/17

**N**

**need [12]**   10/2 64/8 72/2
92/1 92/6 92/10 104/11 116/6
118/5 141/14 141/16 141/17
**needed [5]**   63/1 63/2 92/16
103/21 132/7
**Nelson [12]**   54/17 60/13
60/16 65/2 68/3 68/15 70/25
75/9 76/17 79/5 81/1 126/5
**Nelson's [3]**   76/25 79/24
81/5
**never [13]**   7/8 10/22 10/24
17/22 21/13 21/16 35/11
35/17 45/19 45/21 49/23
78/19 93/11
**new [3]**   7/6 52/21 123/10
**next [16]**   77/21 97/17 109/7
115/6 115/13 115/19 115/20
116/1 116/11 116/17 118/18
139/7 147/15 148/1 150/14
158/25
**nice [1]**   159/18
**night [2]**   43/10 43/14
**nine [11]**   53/16 69/22 72/12
73/7 74/9 74/18 74/21 76/8
127/22 127/25 128/16
**no [140]**   1/2 4/2 8/18 10/5
10/21 10/23 10/25 12/4 14/1
14/3 14/23 15/1 16/3 17/8
17/11 17/14 17/21 17/23
18/14 18/21 18/23 18/24 19/1
19/5 20/7 20/25 21/15 21/18
22/5 22/9 22/11 23/8 23/14
23/19 23/25 24/12 24/20
25/14 26/1 26/11 27/15 27/18
27/21 30/1 31/7 31/24 33/6
33/15 34/4 34/10 35/12 35/22
36/11 37/16 39/18 40/19
41/15 41/23 44/22 44/25
45/20 45/22 46/1 49/5 49/14
50/23 51/16 57/17 59/12
59/13 59/14 62/6 62/18 70/9
71/9 75/17 75/18 78/18 83/3
83/4 83/5 88/10 88/16 89/13
89/14 89/15 91/3 94/6 96/15
96/16 96/17 99/1 99/4 99/5
110/18 112/1 112/2 112/3
117/18 117/19 117/20 119/25
120/1 120/2 120/24 121/11
122/7 122/10 125/15 127/14
131/17 132/16 133/25 134/15
135/9 135/10 135/11 136/12
136/15 137/12 137/13 137/14
138/7 147/12 148/19 148/20
149/16 151/16 151/17 151/18
152/15 153/2 153/23 153/24
153/25 157/24 158/2 158/11
159/15 159/16
**noise [1]**   53/12
**none [3]**   157/17 157/19
159/14
**north [3]**   66/2 110/12 122/22
**Northern [1]**   7/5
**not [111]**   4/3 5/8 5/10 6/5
6/21 6/23 8/17 8/23 9/4 9/19
10/1 11/4 13/22 17/6 18/24
22/1 22/2 22/8 23/11 23/23
24/14 24/16 24/17 24/18 25/2
25/12 25/25 26/9 26/19 27/16
28/16 33/8 34/25 36/7 37/13
38/20 40/6 40/6 40/17 40/20
41/10 41/20 43/20 45/3 45/5
45/11 47/10 47/18 48/6 48/9
48/12 48/19 50/21 61/24 62/7
62/18 69/18 69/19 69/25
71/20 74/12 82/20 84/21 85/5
85/15 87/4 87/17 88/10 91/1
91/3 91/9 92/7 92/7 92/8
92/12 94/6 96/1 98/16 98/19
100/11 102/8 102/13 103/2
103/10 108/20 110/18 110/19
116/23 116/24 120/25 122/7
126/13 128/6 128/8 134/1
138/7 144/3 146/4 149/12
149/15 149/21 152/15 153/12
153/13 154/22 155/13 155/16
155/18 155/23 155/24 159/8
**note [1]**   8/9
**noted [1]**   9/5
**notes [5]**   41/1 41/2 41/4
103/16 155/13
**nothing [6]**   28/6 39/18 51/2
51/25 73/5 121/19
**notice [5]**   8/16 8/20 8/22
9/15 9/17
**noticed [1]**   4/9
**notify [1]**   8/20
**November [8]**   11/13 14/2 14/7
19/9 21/13 40/2 40/23 41/17
**November 8 [1]**   11/13
**now [93]**   3/25 6/3 9/3 12/4
14/16 15/14 17/24 18/16 19/6
21/1 22/12 23/15 24/23 25/9
25/21 25/22 28/5 29/12 31/19
35/25 36/7 36/17 36/22 37/13
38/23 39/9 40/2 53/3 57/13
58/25 60/12 62/16 65/25
66/13 66/14 68/9 68/15 68/24
69/21 71/11 71/11 71/15
71/19 71/22 77/7 78/9 79/2
82/3 82/14 83/14 83/19 86/14
87/12 87/24 88/3 88/25 90/16
92/1 93/14 94/4 94/7 94/12
105/24 108/18 109/9 109/21
110/21 112/11 113/6 113/16
114/2 116/12 117/2 118/3
119/2 124/22 128/22 130/5
133/1 135/18 136/4 137/19
138/13 139/8 139/24 141/25
146/11 146/17 148/14 149/18
153/1 155/7 156/8
**number [22]**   29/17 44/11
44/13 66/3 70/2 72/14 74/12
74/12 74/14 74/16 74/17
76/20 76/22 76/25 86/9 86/11
86/11 87/18 91/7 92/5 139/11
159/5
**numbers [11]**   68/4 70/12
70/13 73/2 73/11 73/14 73/16
77/4 86/4 87/6 131/20

**O**

**o'clock [2]**   159/2 159/5
**oath [5]**   10/10 71/20 73/22
129/7 155/10

**object [3]**   36/6 107/11
125/13
**objection [81]**   9/5 9/25 31/1
31/7 31/23 33/6 35/15 59/6
59/12 59/13 59/14 59/16
74/18 75/14 75/24 82/25 83/3
83/4 83/5 83/6 83/6 89/12 89/14
89/15 89/16 96/13 96/15
96/16 96/17 96/19 103/24
107/10 107/21 107/22 111/25
112/1 112/2 112/3 112/4
117/17 117/18 117/19 117/20
117/23 119/24 119/25 120/1
120/2 120/3 125/12 125/25
127/18 128/6 128/8 128/10
135/5 135/9 135/10 135/11
135/12 137/11 137/12 137/13
137/14 137/15 140/20 143/7
143/9 145/8 145/16 146/19
149/3 151/15 151/17 151/18
151/19 153/23 153/24 153/25
154/1 157/21 157/23
**objections [7]**   69/23 70/21
71/4 107/20 140/21 146/20
158/20
**observed [2]**   108/21 114/3
**obtain [6]**   92/2 92/11 92/16
96/3 102/17 144/17
**obtaining [1]**   110/21
**Obviously [1]**   7/24
**occasionally [1]**   86/11
**occasions [1]**   20/12
**occupied [1]**   84/4
**occur [4]**   65/6 124/13 127/4
148/21
**occurred [1]**   126/22
**October [1]**   53/6
**odor [1]**   109/16
**off [16]**   11/9 26/15 26/18
72/1 78/6 83/24 90/13 93/2
93/4 93/6 98/4 100/23 113/19
132/25 152/15 158/4
**offer [3]**   51/9 60/16 79/14
**offered [2]**   7/3 79/12
**offering [1]**   51/19
**office [43]**   19/14 38/9 43/11
45/23 45/23 45/24 45/24
45/25 50/1 54/10 82/2 82/4
82/10 82/17 83/13 83/14
83/17 83/24 84/2 84/7 84/7
84/8 84/10 85/10 94/15 95/21
95/24 104/13 104/23 109/24
110/1 121/19 124/17 124/18
124/19 124/20 124/20 125/9
127/7 127/7 127/8 127/8
150/24
**offices [6]**   81/16 83/22
83/25 84/4 84/5 84/6
**official [3]**   1/21 155/22
160/5
**often [5]**   37/24 38/3 38/8
81/20 110/1
**OIG [1]**   20/1
**okay [70]**   3/9 4/12 4/13 5/15
6/3 8/2 13/21 14/4 14/6
14/16 16/6 16/11 16/23 19/2
19/6 19/9 19/11 19/13 19/21
22/6 22/6 23/11 23/15 25/21

**O**

**okay... [46]**  25/25 26/9
27/22 28/16 28/22 29/11
29/21 30/4 30/7 30/23 31/3
33/3 34/5 34/13 35/8 35/23
37/17 38/11 39/3 39/17 39/21
40/22 41/21 44/9 44/10 46/24
49/16 52/16 68/14 71/16 74/1
82/20 85/19 92/14 110/4
114/23 128/9 138/20 139/17
139/23 142/21 143/10 144/16
156/18 157/9 157/13
**old [4]**  53/1 53/3 95/23
95/23
**Olson [4]**  26/25 27/2 27/4
27/20
**once [10]**  6/18 9/1 40/6 40/6
92/25 93/4 102/14 114/14
141/24 152/13
**one [96]**  4/5 4/18 8/6 21/22
22/15 24/25 25/2 25/18 25/22
26/20 26/22 26/25 27/6 28/6
28/19 28/23 29/2 29/4 29/6
29/6 29/7 31/20 32/13 32/14
32/19 33/8 34/2 36/24 37/7
38/25 39/9 39/10 39/11 42/25
46/13 46/17 46/22 48/23
48/23 60/10 63/7 65/23 69/22
71/9 72/11 73/4 73/7 74/9
74/18 74/20 75/2 76/7 77/1
82/7 83/1 83/17 84/7 84/18
88/16 89/8 91/17 95/22 97/12
98/4 100/23 102/22 106/14
109/19 115/2 115/4 115/4
116/9 117/7 119/3 120/7
120/20 126/11 126/12 127/22
127/24 128/11 128/16 132/21
137/21 138/8 139/16 139/18
143/14 144/20 147/10 147/11
150/19 152/5 152/18 153/9
158/4
**ones [2]**  68/5 90/3
**only [18]**  28/13 29/13 34/8
34/8 48/23 67/11 70/6 72/11
73/12 92/6 102/14 117/2
117/6 122/8 123/1 127/22
147/16 155/20
**open [3]**  15/14 47/22 156/1
**openly [2]**  20/8 20/10
**operational [1]**  60/20
**operations [1]**  81/11
**opinion [1]**  155/25
**opportunities [1]**  12/1
**opportunity [3]**  9/10 12/4
158/16
**oppose [1]**  5/16
**opposing [1]**  126/18
**order [33]**  7/1 9/25 10/1
48/16 63/21 64/3 66/16 86/22
90/16 90/22 93/5 93/18 98/13
100/9 100/21 101/18 102/18
103/3 103/10 104/9 104/18
106/23 106/24 107/16 108/6
108/20 108/21 109/14 132/6
132/23 133/20 133/21 152/7
**ordered [1]**  21/20
**orders [71]**  24/5 24/8 24/10
36/23 51/10 52/25 63/5 63/14
63/18 64/19 65/21 65/23
66/12 66/15 67/21 78/7 96/3
100/4 101/10 101/19 101/24
102/4 102/8 103/22 104/2
104/12 104/16 104/24 105/13
105/21 105/24 106/5 106/9
106/11 108/18 110/6 110/11
110/17 110/20 111/21 113/15
114/14 115/12 116/25 120/23
121/7 122/9 122/16 122/19
123/14 123/21 123/22 126/8
130/17 130/18 133/24 134/2
136/18 136/22 138/19 138/22
139/1 142/7 144/6 144/17
146/2 148/15 149/19 152/9
152/17 153/17
**organized [1]**  128/14
**orient [2]**  113/20 135/18
**originally [2]**  52/20 66/5
**ortho [1]**  108/23
**orthotic [3]**  62/21 63/13
90/2
**other [53]**  7/10 8/5 9/6 13/8
17/4 19/23 27/25 28/5 28/8
28/10 31/21 33/18 36/24 43/8
44/14 46/12 58/24 71/13 73/2
73/10 75/15 77/4 78/22 83/25
84/4 84/5 84/6 84/10 88/8
92/5 95/2 97/12 97/24 99/8
99/12 99/14 99/16 102/25
103/10 105/21 122/2 122/14
122/16 125/15 127/3 131/19
149/12 152/19 156/19 157/6
158/10 158/22 159/12
**others [3]**  90/4 105/20 158/3
**otherwise [2]**  5/24 37/10
**our [13]**  8/9 71/19 83/24
84/2 122/1 124/15 124/19
127/6 127/8 132/9 157/12
158/6 158/14
**ours [1]**  80/5
**ourselves [1]**  8/19
**out [29]**  8/22 23/15 48/4
48/6 57/2 57/24 66/16 82/4
90/3 91/9 91/20 91/24 93/6
94/22 107/20 121/20 123/18
124/15 125/14 126/7 127/6
128/14 142/14 143/16 143/20
146/7 148/7 150/15 152/4
**out-of-court [1]**  125/14
**outbound [3]**  54/11 63/22
83/24
**outline [2]**  110/16 120/22
**outlined [1]**  145/25
**outside [2]**  9/12 132/9
**outskirts [2]**  83/22 84/1
**over [25]**  6/25 8/11 16/6
16/6 16/6 16/8 16/8 16/8
25/6 46/8 46/15 48/4 48/6
52/4 63/23 67/5 67/8 67/24
86/2 93/23 98/23 107/22
115/3 127/17 145/25
**overflow [3]**  132/19 147/12
147/13
**overruled [5]**  103/8 103/8
104/5 107/21 145/16
**oversaw [1]**  89/23

**overseas [1]**  88/1
**overseeing [1]**  109/21
**own [5]**  8/25 53/8 98/11
106/2 155/19
**owned [9]**  42/10 53/17 80/22
129/22 131/8 152/16 153/7
154/12 154/13
**owner [21]**  55/25 56/9 59/24
60/4 60/9 61/3 61/7 61/12
61/16 61/24 62/2 62/3 62/16
77/2 94/10 104/4 111/18
111/20 113/1 120/19 145/20
**owners [7]**  4/17 4/20 5/11
5/24 50/3 50/12 124/2
**ownership [3]**  61/16 61/17
61/19
**owning [1]**  134/25

**P**

**page [61]**  2/5 2/6 2/7 2/8
2/11 26/20 26/22 30/7 30/16
30/19 30/21 30/21 32/5 32/8
32/14 32/19 32/25 33/1 36/23
37/10 69/17 69/18 70/13 73/7
74/16 77/18 77/23 77/25 83/1
108/16 109/7 109/8 111/8
112/20 113/6 113/19 113/23
113/23 113/24 115/13 115/19
116/1 116/11 116/17 117/25
118/15 118/20 120/7 120/14
139/18 140/19 141/1 141/3
143/6 143/11 143/18 144/1
144/3 146/24 147/17 148/5
**pages [33]**  1/11 31/5 31/15
31/18 31/20 31/22 32/7 32/10
32/13 33/4 33/7 33/8 69/8
69/22 69/24 70/4 72/4 72/11
73/6 74/9 74/18 76/7 86/8
106/18 117/7 117/16 117/21
128/15 128/16 140/24 146/16
146/17 146/21
**paid [17]**  62/4 67/16 80/17
80/24 95/4 95/11 99/9 99/18
109/24 114/16 122/12 123/6
138/15 138/17 142/14 145/5
154/21
**pain [2]**  90/1 92/5
**Palm [1]**  1/22
**palpitations [1]**  23/20
**paper [3]**  61/25 100/11 152/5
**paperless [1]**  7/1
**paperwork [6]**  61/2 62/5
62/13 62/17 152/2 152/3
**Parkland [1]**  67/4
**part [16]**  3/17 7/1 8/14
24/20 34/12 60/10 63/1 63/4
68/9 82/20 90/21 92/9 108/4
117/22 143/1 150/3
**participant [1]**  76/15
**participants [1]**  126/11
**particular [5]**  23/15 38/24
72/3 113/10 133/1
**parties [5]**  69/21 69/25
112/13 155/24 158/7
**parties' [1]**  6/4
**partner [19]**  53/19 60/13
60/24 62/16 62/23 64/7 64/14
78/9 81/14 81/16 81/18 81/20

P

**partner... [7]**  104/4 113/3
113/4 113/5 118/16 147/4
155/1
**partnered [1]**  110/5
**partnering [1]**  58/11
**partners [6]**  54/14 54/16
58/22 67/15 79/6 142/14
**partnership [4]**  79/12 79/25
80/10 80/20
**party [3]**  47/10 47/18 126/18
**pass [3]**  78/6 96/25 97/10
**passed [1]**  98/4
**passes [1]**  97/24
**passthrough [1]**  6/19
**past [2]**  47/22 90/2
**pasted [1]**  23/12
**patience [2]**  129/8 155/12
**patient [21]**  24/18 27/19
33/15 65/14 66/17 100/14
108/10 108/11 108/12 109/11
109/15 109/16 109/17 120/23
122/17 132/25 133/20 150/3
150/7 152/5 154/22
**patient's [2]**  25/15 65/23
**patients [14]**  21/13 32/22
48/10 63/3 88/1 98/18 98/21
99/3 99/22 99/25 122/1 150/7
150/16 152/1
**patients' [1]**  25/12
**PATRICK [1]**  1/16
**Paul [2]**  131/13 131/15
**Paul's [1]**  131/14
**Pauline [3]**  1/21 52/16 160/5
**pay [19]**  14/10 14/14 62/3
65/14 67/20 78/20 88/3 95/2
95/5 102/14 110/11 121/3
126/8 133/1 133/2 133/3
133/5 139/7 154/23
**paying [13]**  95/7 95/8 115/10
116/25 121/7 121/10 122/6
132/24 133/19 136/4 136/10
136/13 138/5
**payment [16]**  66/8 66/20
113/7 113/10 113/12 113/14
114/11 121/4 133/11 135/25
136/2 136/16 146/6 148/18
149/2 149/7
**payments [11]**  80/19 81/6
123/17 123/18 124/6 142/2
144/16 145/14 148/24 155/2
155/5
**payouts [1]**  91/18
**pdf [3]**  69/1 101/21 105/18
**Pennies [1]**  87/9
**people [14]**  14/16 14/22
14/25 44/11 44/13 46/21 48/4
48/6 54/10 54/11 63/2 83/23
87/7 120/12
**people's [1]**  46/6
**per [17]**  62/4 65/14 65/17
66/2 66/5 66/8 95/9 109/15
109/16 109/17 116/10 120/23
121/5 122/17 122/18 154/22
154/22
**percent [8]**  60/17 60/17
67/16 67/18 67/18 79/16 80/5

153/12
**perceptions [1]**  8/25
**Perez [1]**  131/9
**perfect [4]**  33/13 115/20
141/6 142/22
**performing [1]**  21/22
**perhaps [3]**  6/10 6/11 157/21
**period [10]**  12/17 13/21 74/4
75/13 79/8 81/11 110/7
111/17 130/18 134/24
**permissible [1]**  7/24
**permit [2]**  128/11 155/14
**permitted [3]**  4/3 6/5 6/21
**person [9]**  15/8 38/12 41/4
86/7 87/4 98/4 102/21 111/1
142/8
**personal [2]**  43/16 103/25
**phon [2]**  7/4 42/20
**phone [22]**  10/22 11/9 21/14
48/4 54/11 63/22 68/4 68/20
76/20 76/22 76/25 83/24 86/4
86/4 86/7 86/9 86/19 87/6
87/18 91/21 92/2 98/23
**phones [1]**  48/7
**photo [4]**  55/14 81/24 153/4
154/6
**photograph [10]**  59/2 82/9
82/16 83/1 83/12 89/4 89/6
128/17 129/16 140/10
**photographs [1]**  59/10
**photos [1]**  120/20
**physically [1]**  104/21
**physicians [1]**  98/10
**picked [1]**  150/13
**picture [6]**  125/7 140/11
140/15 141/7 141/11 141/12
**pictures [1]**  69/5
**piece [4]**  36/5 39/6 99/12
152/5
**PIERCE [3]**  1/2 1/6 1/22
**pissed [1]**  149/11
**place [7]**  25/18 70/20 86/17
86/22 90/13 145/23 146/9
**places [1]**  86/13
**Plaintiff [1]**  1/5
**plan [3]**  4/15 73/3 92/8
**planned [1]**  157/6
**played [1]**  58/15
**playing [1]**  156/17
**plea [2]**  57/20 58/9
**plead [2]**  55/19 55/22
**pleasant [1]**  156/4
**please [45]**  10/8 10/11 22/14
35/16 49/17 52/5 52/5 54/20
56/14 57/2 59/25 60/5 71/20
71/24 72/7 73/21 76/8 76/14
77/23 103/8 108/3 108/16
109/7 115/19 115/21 116/1
116/11 116/17 117/25 118/14
120/14 128/13 129/11 130/3
131/21 138/2 141/4 141/6
143/7 146/25 147/17 148/5
152/24 154/2 158/17
**pled [3]**  38/18 57/13 75/10
**plenty [1]**  9/20
**plural [1]**  19/19
**point [20]**  8/19 18/16 22/10
23/15 54/20 56/14 56/17 57/2

58/16 64/7 64/12 73/3 75/19
79/5 126/17 127/22 128/3
149/18 158/7 158/11
**points [1]**  7/13
**police [1]**  4/3
**policy [1]**  92/8
**Polumski [1]**  42/23
**portions [1]**  113/18
**possibility [1]**  13/15
**possible [4]**  87/11 102/19
114/16 158/18
**possibly [3]**  157/7 157/17
157/19
**potential [1]**  123/11
**PPO [1]**  92/8
**pr [1]**  17/6
**preadmit [2]**  158/8 158/19
**precise [1]**  73/15
**preexisting [1]**  98/17
**prefilled [2]**  93/15 98/6
**pregnant [2]**  13/25 14/8
**prenegotiated [1]**  123/19
**prepared [2]**  135/20 156/20
**prepayment [3]**  139/5 139/6
148/11
**prescribed [2]**  102/12 108/24
**prescription [5]**  64/3 65/21
93/3 93/4 102/16
**prescriptions [6]**  95/13 99/9
99/17 103/21 103/22 104/14
**presence [3]**  5/20 6/9 9/12
**present [19]**  3/2 4/13 4/15
4/16 4/18 4/19 5/10 5/12
5/12 7/22 64/25 81/12 91/3
95/14 99/23 105/2 105/7
105/9 129/5
**presentation [1]**  156/19
**presented [2]**  75/19 156/1
**presenting [1]**  72/25
**presently [1]**  53/7
**press [1]**  159/5
**pretty [2]**  22/14 103/17
**previous [2]**  48/13 137/21
**previously [2]**  75/22 145/25
**prior [9]**  51/19 58/11 64/13
81/14 81/20 119/4 140/24
147/4 147/5
**private [2]**  11/3 92/8
**privilege [1]**  8/11
**privy [2]**  3/24 4/2
**probably [12]**  49/9 63/23
64/11 65/7 71/15 81/21 83/18
95/22 110/12 157/4 157/4
157/8
**problems [2]**  18/4 47/22
**procedure [2]**  70/20 73/17
**proceed [3]**  34/13 76/8
129/11
**proceedings [2]**  155/22 160/2
**process [12]**  24/20 63/20
91/2 91/11 102/15 136/6
136/11 136/20 138/6 142/7
149/22 150/3
**processes [1]**  104/3
**produced [1]**  69/2
**product [4]**  102/12 109/2
109/3 122/18
**products [6]**  21/20 63/11

**P**

**products... [4]** 64/1 66/17
93/6 132/23
**professionals [1]** 94/5
**proffer [2]** 9/8 10/5
**proffered [1]** 9/21
**profit [6]** 56/6 67/14 67/16
124/15 127/6 142/16
**profitable [1]** 122/24
**profits [8]** 78/11 78/14
80/20 81/6 124/22 127/9
128/19 155/1
**program [2]** 105/14 105/17
**programs [1]** 63/9
**promptly [2]** 155/17 159/17
**proper [4]** 5/7 6/13 70/19
114/14
**proposed [1]** 72/8
**proposing [1]** 4/6
**prosecute [1]** 43/20
**prosecuted [1]** 16/20
**prosecution [1]** 4/9
**prosecutor [1]** 46/3
**provide [8]** 15/7 19/23 68/10
88/3 116/16 116/20 136/11
136/13
**provided [4]** 23/2 47/14 88/8
116/2
**pry [1]** 43/16
**publish [20]** 33/9 55/12
59/19 59/25 60/5 76/11 81/22
83/9 107/25 112/7 117/25
120/7 129/13 135/16 141/6
143/14 146/24 151/21 153/22
154/2
**pull [3]** 46/24 97/18 121/20
**pulled [1]** 50/4
**pulling [1]** 118/3
**purchase [10]** 66/1 86/20
87/8 87/10 122/16 134/2
142/6 144/6 144/12 145/7
**purchased [8]** 15/5 66/15
86/16 102/5 106/12 110/6
110/6 122/8
**purchasing [9]** 62/25 64/18
100/4 110/20 111/21 120/23
136/21 146/1 148/14
**purport [1]** 121/7
**purportedly [1]** 109/5
**purpose [3]** 65/8 94/20
125/15
**purposes [5]** 8/9 29/13 34/7
157/22 158/25
**pursuant [5]** 43/24 57/20
71/1 140/25 146/22
**pursue [1]** 8/21
**pursuing [1]** 9/18
**pushed [1]** 114/15
**put [12]** 25/18 36/18 86/17
86/24 90/13 91/6 91/6 100/13
125/25 139/15 150/13 150/14
**putting [2]** 27/7 28/16

**Q**

**Q-tip [1]** 150/8
**qualified [1]** 87/17
**QUEENAN [15]** 1/16 2/8 2/11

7/19 29/19 32/9 73/23 75/12
125/24 127/13 145/10 152/22
156/13 156/20 158/9
**question [13]** 21/9 23/1
24/16 27/1 30/19 35/2 43/17
52/15 90/20 104/5 104/6
145/17 149/5
**questionnaire [1]** 91/25
**questions [14]** 25/10 31/12
36/8 36/9 38/23 41/23 44/8
46/3 71/8 73/16 92/6 92/13
93/12 93/13
**quick [1]** 12/6
**quickly [2]** 105/8 128/21
**quota [2]** 65/25 139/1
**quote [1]** 99/16

**R**

**racing [1]** 102/24
**raise [3]** 4/7 7/10 9/14
**raised [1]** 72/2
**range [1]** 92/12
**Rarely [2]** 38/10 38/11
**Rashawn [3]** 13/5 13/8 18/6
**rate [6]** 65/14 65/17 65/19
115/7 121/4 132/24
**rate per [1]** 65/17
**rates [1]** 122/21
**Raton [4]** 52/19 53/10 53/25
64/24
**re [2]** 113/20 135/18
**re-orient [2]** 113/20 135/18
**reached [1]** 98/7
**reaching [2]** 48/4 48/6
**reaction [1]** 149/10
**read [4]** 112/14 115/20 116/9
130/21
**reading [1]** 36/7
**ready [1]** 91/1
**real [3]** 12/6 25/15 26/12
**realized [2]** 84/17 138/8
**really [7]** 32/7 78/19 85/16
100/2 113/14 124/9 124/10
**Reask [1]** 145/17
**reason [6]** 20/23 26/3 62/18
75/20 103/16 127/17
**reasons [5]** 102/8 103/10
126/25 132/6 140/23
**rec [2]** 152/6 152/7
**recall [39]** 11/16 14/12
14/13 14/15 18/12 23/3 23/6
23/11 33/24 39/12 39/16
41/13 50/5 50/17 67/1 67/3
69/8 76/25 83/16 84/10 84/20
84/22 89/2 94/7 101/14
105/17 110/25 115/9 119/17
126/16 131/1 132/14 144/11
144/16 152/14 152/16 153/8
153/13 155/4
**receive [23]** 29/19 58/10
63/25 66/16 66/19 66/20 67/5
68/24 81/6 87/23 90/2 90/3
90/17 100/20 102/13 114/13
122/13 132/21 132/22 141/17
149/15 150/7 154/21
**received [9]** 93/22 101/9
118/11 148/18 149/1 150/4
150/7 150/8 153/18

**receives [1]** 102/22
**receiving [5]** 91/22 100/5
111/17 122/1 138/22
**recently [1]** 11/23
**recess [3]** 72/6 129/3 158/22
**recessed [1]** 159/19
**recognize [28]** 29/25 35/25
59/2 74/3 74/5 81/24 82/9
82/16 89/6 106/20 106/22
111/10 111/12 117/13 119/11
119/13 125/4 125/6 134/18
134/20 137/3 137/5 139/24
140/14 140/16 142/23 151/6
151/8
**recognized [1]** 7/8
**recognizing [1]** 7/6
**recollection [1]** 37/3
**recommendation [2]** 58/5 58/6
**recommending [1]** 93/24
**record [14]** 8/8 9/11 10/2
52/9 54/25 55/2 56/18 56/21
57/5 57/7 73/1 73/16 84/13
160/2
**recordings [1]** 88/11
**records [2]** 61/17 108/10
**recreate [1]** 105/15
**Red [1]** 57/4
**redirect [3]** 2/8 51/3 51/5
**reduced [1]** 58/2
**reducing [1]** 58/5
**reduction [2]** 57/25 58/10
**refer [5]** 68/13 73/4 74/14
90/19 148/3
**reference [2]** 43/23 73/1
**referenced [3]** 34/19 122/12
129/14
**referencing [1]** 110/22
**referral [5]** 78/25 81/15
111/18 135/1 147/7
**referred [2]** 90/8 99/14
**referring [11]** 37/10 74/11
84/2 114/24 115/1 115/8
115/24 134/24 143/21 148/8
148/10
**reflect [4]** 54/25 56/18 57/5
133/19
**reflecting [1]** 128/19
**reflects [3]** 55/2 56/21 57/7
**refresh [1]** 37/2
**regard [2]** 57/13 134/6
**REGINALD [1]** 1/16
**regularly [2]** 139/3 141/22
**regulations [2]** 7/17 50/16
**Rehab [1]** 52/23
**rehash [1]** 6/25
**reimbursement [3]** 21/7 66/19
102/23
**reimbursements [3]** 114/14
149/15 154/21
**relate [3]** 45/11 97/5 126/9
**related [3]** 45/11 55/19
101/10
**relationship [14]** 8/18 58/14
78/9 84/18 94/25 96/4 98/17
111/21 114/10 153/6 154/8
154/13 154/16 154/18
**relationships [2]** 63/2
129/24

**R**

relay [1]  134/11
relevance [1]  75/3
relevant [1]  75/21
relied [1]  6/1
rely [2]  15/11 20/17
remain [5]  52/5 71/20 73/22
 129/7 155/9
remained [1]  5/14
remaining [1]  75/23
remains [1]  73/1
remember [37]  12/18 16/24
 18/6 18/8 18/10 18/13 18/17
 18/25 19/4 19/12 19/13 19/16
 21/4 21/24 22/1 22/4 22/6
 22/15 25/10 25/18 28/16 33/2
 33/3 34/2 39/1 39/19 39/24
 40/23 44/20 44/23 46/19
 49/11 50/6 85/2 96/8 131/10
 155/23
remind [4]  10/10 110/7
 112/24 155/12
reminding [1]  52/14
remit [1]  113/12
renewed [1]  7/2
rent [2]  15/6 15/7
rental [3]  13/9 13/11 15/9
rented [1]  15/5
rep [1]  91/4
repeat [3]  21/9 90/20 104/6
repeated [1]  6/22
repeating [1]  8/19
Rephrase [1]  149/5
replaced [1]  132/7
replacements [2]  132/5
 132/20
report [8]  40/20 41/5 41/8
 41/14 69/8 101/1 101/5
 133/17
reported [2]  38/12 43/5
Reporter [3]  1/21 160/5
 160/6
reports [2]  40/18 41/7
represent [2]  10/19 42/5
representative [1]  89/23
representatives [2]  88/25
 92/16
reps [1]  88/20
request [5]  9/9 9/13 9/21
 9/24 20/6
requests [1]  128/23
require [1]  10/5
required [2]  8/20 156/1
requisition [7]  24/5 24/24
 28/7 28/7 28/8 36/23 107/20
research [1]  155/18
Resort [4]  12/17 64/22 68/3
 77/11
respect [6]  7/6 7/9 28/22
 72/22 76/1 127/25
Respectfully [1]  7/5
respective [3]  100/14 101/24
 115/2
response [5]  74/22 75/2
 75/11 115/14 118/11
responsibility [4]  17/18
 21/6 21/10 46/21

responsibility or [1]  17/18
responsible [2]  15/8 123/17
restroom [1]  128/22
result [1]  21/7
results [1]  87/3
resume [1]  73/22
retire [1]  155/14
retroactively [1]  128/12
return [7]  65/20 66/10 72/1
 95/11 97/11 97/15 97/20
returned [4]  3/4 4/25 105/25
 107/3
returning [1]  10/9
returns [3]  10/7 73/20 129/6
reveal [1]  5/25
reviewed [2]  101/18 118/9
revisit [1]  3/20
Richardson [12]  84/6 85/7
 100/16 101/1 101/5 104/13
 104/24 105/12 105/19 108/22
 133/15 133/17
right [197]
right-hand [2]  70/11 118/9
ripped [1]  58/9
rise [3]  71/22 125/19 156/5
ROBERT [1]  1/20
ROBIN [1]  1/23
Roger [1]  39/3
role [15]  21/19 55/24 56/8
 59/23 60/3 60/8 61/23 84/16
 85/6 85/14 96/2 109/21
 109/23 112/25 134/6
Roman [2]  85/3 157/12
room [4]  4/18 84/1 84/7
 155/15
room/office [1]  84/7
ROSENBERG [1]  1/23
roughly [1]  108/18
route [1]  6/14
routed [1]  98/14
rows [1]  83/21
rule [5]  6/3 70/21 71/2 76/2
 140/25
ruled [1]  6/24
rules [2]  6/11 7/17
ruling [5]  6/25 7/14 128/2
 143/10 146/21
rulings [2]  6/23 7/9

**S**

said [19]  5/13 8/7 8/17
 19/19 25/2 25/6 31/6 46/6
 47/24 48/13 50/15 65/17 72/9
 75/12 80/8 84/14 100/2 121/6
 130/5
salary [1]  95/9
sale [2]  87/3 87/4
sales [11]  63/24 83/23 85/22
 87/2 88/20 88/25 89/8 89/23
 89/25 90/12 92/24
same [41]  22/3 27/1 30/19
 31/21 34/12 35/2 62/18 67/17
 68/17 69/17 82/12 82/13
 91/13 98/14 102/10 102/12
 103/1 103/2 103/4 103/16
 109/2 109/11 117/8 120/10
 127/25 128/16 130/1 130/7
 131/7 132/16 137/7 137/8

137/21 140/21 140/23 143/7
 143/9 143/11 146/20 146/21
 154/19
sames [1]  103/3
Santana [4]  94/11 94/12
 95/17 96/2
satellite [1]  129/21
satisfies [1]  128/2
save [2]  158/8 159/10
saw [9]  17/22 45/19 45/21
 55/4 108/19 114/14 120/20
 123/11 151/11
say [46]  6/12 9/16 18/16
 19/11 19/16 25/22 37/6 38/25
 42/20 54/9 59/7 65/19 66/11
 73/7 77/15 77/16 77/19 77/21
 84/2 87/7 100/1 100/16
 103/15 108/9 108/25 114/19
 115/6 115/14 115/17 115/20
 116/12 116/15 116/18 118/16
 118/18 121/6 121/7 136/19
 144/19 146/3 147/9 147/15
 147/24 148/1 148/6 150/11
saying [11]  4/2 7/17 25/12
 25/17 26/2 29/6 50/12 118/4
 126/17 128/9 150/16
says [15]  5/17 23/20 39/3
 72/17 76/18 77/2 87/4 107/7
 108/7 113/7 130/14 131/22
 135/17 135/23 157/17
scale [1]  129/25
schedule [2]  158/25 159/9
scheduled [1]  159/4
scheduling [1]  158/24
Schull [2]  84/15 153/10
scope [1]  132/9
scratch [1]  90/13
screen [7]  32/3 69/5 87/1
 97/23 98/4 125/25 139/14
script [1]  63/24
scripts [3]  88/21 88/23
 92/24
scroll [2]  108/11 109/4
scrolling [1]  118/14
scrubs [1]  86/7
seated [6]  10/8 71/24 72/7
 73/21 125/20 156/7
second [17]  8/14 36/23 37/10
 37/17 77/18 78/1 82/6 82/17
 83/14 83/17 88/17 108/16
 111/8 117/7 117/25 135/22
 150/19
Section [1]  113/7
Security [1]  86/11
see [48]  23/21 24/1 24/24
 26/25 27/2 28/19 28/25 29/23
 30/2 30/7 32/14 33/13 33/15
 34/16 37/4 37/8 37/24 39/4
 39/7 54/18 56/12 56/25 72/13
 83/10 97/12 100/12 105/21
 106/18 108/11 112/12 113/8
 118/4 126/1 127/2 130/2
 130/5 132/11 135/19 137/19
 140/13 142/12 142/21 143/15
 150/10 155/8 156/3 158/16
 159/17
seeing [1]  139/14
seek [4]  8/6 73/6 73/8 144/6

**S**

**seeking [2]**   69/19 72/11
**seeks [1]**   93/17
**seemed [1]**   95/20
**seen [4]**   33/1 35/9 35/11
35/18 105/3 105/4 105/5
106/1 113/23 150/22
**sees [1]**   24/18
**segments [2]**   72/15 128/13
**select [1]**   70/6
**selected [2]**   72/17 73/13
**sell [1]**   122/19
**selling [2]**   88/14 88/18
**send [12]**   66/16 78/7 84/19
93/23 98/6 118/19 123/18
140/10 146/4 152/16 154/19
158/13
**sending [5]**   78/3 78/5 115/22
116/2 147/22
**sense [2]**   128/13 156/19
**sent [21]**   24/3 24/6 24/11
24/17 29/18 35/2 39/13 69/5
69/23 79/15 93/8 93/14 107/1
107/18 118/6 141/8 142/6
142/8 150/9 152/4 152/11
**sentence [5]**   57/16 57/25
58/1 58/5 58/10
**sentenced [1]**   57/14
**sentences [1]**   58/3
**separate [7]**   36/10 109/9
127/21 129/23 129/24 132/8
144/18
**September [1]**   50/10
**series [2]**   73/6 93/12
**Serra [1]**   157/8
**services [7]**   88/4 88/8 113/7
116/25 121/4 121/9 121/10
**session [2]**   1/12 159/8
**set [11]**   29/20 57/18 65/15
66/4 78/9 78/13 78/18 132/8
133/1 133/2 144/10
**settings [1]**   87/5
**seven [6]**   31/8 31/16 32/5
33/5 33/7 37/21
**seven-page [1]**   32/5
**seventh [1]**   32/7
**sever [1]**   7/2
**several [3]**   15/15 46/8 50/24
**severed [1]**   9/17
**share [3]**   85/10 95/8 155/1
**shared [3]**   101/22 124/20
127/8
**she [25]**   3/23 3/24 4/11 4/16
4/18 5/12 7/21 7/21 27/19
31/6 31/12 31/14 31/20 35/17
36/11 38/18 38/20 42/23 43/8
43/11 67/3 85/7 108/14
139/15 157/8
**shift [1]**   50/12
**shifted [1]**   50/1
**shifting [2]**   46/22 50/7
**ship [2]**   66/17 93/6
**shipping [1]**   150/15
**short [3]**   72/6 129/3 141/17
**shortly [1]**   143/20
**shots [3]**   69/5 97/23 98/5
**should [12]**   3/8 7/21 15/2

63/25 71/16 99/15 100/15
118/24 121/15 133/12 148/7
155/16
**shoulder [1]**   54/12
**show [36]**   17/9 29/12 34/6
34/13 39/14 46/25 47/12 55/8
58/25 69/11 73/24 82/8 82/14
89/4 96/24 97/8 98/3 106/15
111/6 117/5 117/6 119/9
121/24 121/25 125/2 134/16
137/1 138/13 139/8 139/22
140/12 142/5 142/19 143/23
151/1 152/20
**showed [2]**   21/2 152/5
**showing [3]**   47/2 72/10
127/12
**shown [1]**   28/8
**shows [1]**   131/25
**side [17]**   10/5 85/17 85/18
100/23 118/1 118/1 118/9
129/17 129/17 130/11 130/12
131/24 140/12 140/12 141/6
141/6 141/13
**side-by-side [2]**   118/1
140/12
**sidebar [14]**   31/2 31/4 32/1
69/13 69/16 71/17 74/23
74/25 75/1 76/6 107/14
107/17 125/16 125/23
**sides [1]**   114/17
**sign [18]**   27/4 32/16 34/21
36/5 36/14 39/13 39/17 51/17
61/9 94/3 95/13 100/23
106/10 107/7 108/3 108/7
115/23 150/13
**Signatory [1]**   37/11
**signature [21]**   17/22 25/6
25/15 26/4 26/10 26/12 27/1
27/11 27/22 27/25 33/15
33/21 39/18 39/21 40/8 40/10
109/4 112/21 120/14 120/16
160/6
**signatures [7]**   16/24 17/1
17/6 17/12 25/12 25/17 25/22
**signed [11]**   24/15 39/3 39/11
39/15 102/17 104/18 109/5
118/5 120/13 120/15 136/21
**Signify [10]**   17/1 17/4 17/15
24/8 24/24 27/17 28/7 28/8
33/18 36/22
**signs [6]**   24/13 36/10 39/9
39/10 93/4 100/8
**similar [10]**   22/3 30/5 47/25
91/13 92/12 102/10 102/12
103/16 119/3 120/9
**since [1]**   123/12
**single [4]**   43/17 100/5 100/6
132/20
**Sir [1]**   52/4
**sit [2]**   20/4 53/11
**sitting [1]**   14/13
**six [6]**   14/10 30/21 32/7
32/11 37/21 113/7
**Skulski [1]**   89/3
**slow [1]**   52/14
**slowly [1]**   106/17
**smaller [2]**   114/13 129/25
**so [133]**   3/8 4/4 4/6 4/24

5/3 6/24 7/9 9/4 9/15 10/5
12/1 13/14 13/22 14/7 16/19
19/2 19/19 21/19 25/15 27/1
31/7 31/11 36/18 39/17 50/9
50/14 51/13 52/16 53/11
54/10 56/21 60/19 61/1 62/19
63/3 63/4 63/20 63/23 65/21
65/23 66/8 67/19 69/4 69/17
69/21 70/20 70/22 70/25 72/1
73/1 73/6 73/8 73/18 74/11
76/1 77/17 78/6 78/6 78/25
79/25 80/8 80/9 80/12 82/24
83/9 86/20 87/10 90/3 90/24
91/4 91/9 91/16 91/21 93/8
93/22 93/25 94/22 95/11
95/14 98/13 100/8 100/24
101/16 102/21 103/5 103/13
103/19 104/8 104/15 106/17
108/23 113/10 114/18 117/4
121/7 122/5 122/8 122/24
123/3 123/12 124/6 125/25
126/5 127/1 127/16 128/5
128/13 128/14 129/9 129/23
130/7 130/11 131/19 131/22
132/5 132/7 132/10 132/24
134/10 134/11 136/3 139/7
142/21 145/1 146/3 146/3
148/18 150/15 152/23 154/20
156/18 157/22 159/8
**sober [1]**   53/5
**Social [3]**   86/11 91/7 92/5
**software [2]**   91/6 94/1
**sold [2]**   123/14 132/19
**soliciting [1]**   54/11
**some [30]**   4/21 4/23 9/18
9/19 13/11 21/1 22/12 24/23
31/10 38/23 46/3 46/21 58/16
64/6 73/2 79/5 80/21 88/11
88/24 92/15 102/8 103/19
122/18 126/12 140/1 149/18
150/9 152/18 158/3 158/8
**someone [10]**   18/17 18/24
41/2 66/23 68/19 84/25 87/20
87/22 101/22 102/12
**something [19]**   6/7 18/5
18/19 18/24 19/3 21/3 23/23
26/15 40/8 47/24 51/8 62/12
87/14 90/8 107/1 109/13
141/22 145/9 157/17
**Sometime [2]**   11/17 68/2
**sometimes [8]**   26/23 99/4
99/4 99/5 99/6 132/6 132/21
134/7
**son [1]**   142/9
**soon [3]**   102/19 148/7 158/18
**sorry [25]**   6/14 14/24 21/11
28/23 44/12 48/22 49/5 65/19
66/7 80/15 99/15 100/5 120/4
128/5 130/2 131/18 134/9
134/25 135/17 139/19 142/5
144/2 147/11 153/16 153/21
**sort [5]**   21/10 39/14 49/3
140/1
**sound [3]**   18/1 45/7 91/16
**sounds [2]**   101/16 123/13
**source [1]**   7/18
**South [1]**   52/22
**SOUTHERN [1]**   1/1

**S**

**Spa [1]** 12/17
**space [9]** 25/4 26/3 26/6 33/25 39/24 40/9 45/24 45/25 95/21
**spaces [1]** 28/10
**speak [3]** 18/5 70/22 99/21
**speaking [4]** 74/24 99/22 107/14 108/18
**specific [8]** 21/7 21/19 92/13 98/10 103/16 108/20 109/2 134/15
**specifically [4]** 4/9 4/16 144/20 154/14
**specified [1]** 133/21
**specify [1]** 133/21
**speculation [1]** 145/8
**spelling [1]** 52/8
**spend [4]** 65/16 111/8 114/15 123/24
**spent [2]** 81/19 114/15
**spiff [3]** 90/9 90/11 91/18
**spiffs [1]** 90/10
**spin [1]** 90/14
**spinoff [1]** 129/21
**split [6]** 67/14 67/17 78/10 124/15 127/6 142/18
**splits [1]** 128/19
**splitting [1]** 128/19
**spoke [2]** 79/13 99/2
**spoken [1]** 87/20
**spreadsheet [2]** 86/17 86/21
**spreadsheets [4]** 46/4 46/9 46/20 123/16
**squint [1]** 140/13
**Sr [3]** 13/6 13/11 58/23
**Staber [3]** 27/12 27/14 27/16
**staff [2]** 84/10 104/13
**stairs [1]** 95/24
**stamp [1]** 70/12
**stamping [2]** 99/8 99/17
**stand [1]** 141/20
**standard [1]** 155/12
**standing [2]** 52/5 157/21
**standpoint [1]** 75/3
**start [9]** 5/21 22/13 45/5 49/10 69/22 123/1 123/3 147/19 158/21
**started [14]** 13/2 13/4 44/21 45/1 45/8 45/10 48/21 49/3 49/3 49/12 49/20 52/13 57/16 88/18
**starting [3]** 74/17 111/21 146/24
**state [7]** 5/13 35/16 52/8 98/10 98/15 121/2 149/4
**stated [1]** 132/5
**statement [3]** 12/24 18/20 126/4
**statements [10]** 70/24 71/5 71/6 75/6 75/9 75/13 125/14 126/17 126/20 126/21
**states [6]** 1/1 1/4 1/13 72/16 98/10 121/3
**stating [1]** 143/19
**stay [2]** 48/16 128/14
**stem [1]** 103/2

**step [5]** 81/23 91/2 94/24 111/20 140/2
**stick [2]** 31/21 73/10
**sticking [2]** 18/16 101/16
**still [6]** 4/2 10/10 32/3 53/11 81/21 123/11
**Stipes [2]** 1/21 160/5
**stop [4]** 50/21 148/14 153/1 155/7
**stopped [1]** 13/1
**stops [1]** 149/14
**Store [2]** 121/19 134/13
**straw [3]** 62/2 62/3 113/1
**streamline [1]** 72/4
**street [183]**
**Street's [6]** 78/2 78/5 81/10 107/2 122/16 135/24
**stretch [1]** 125/17
**strictly [1]** 92/9
**strike [6]** 17/18 48/22 71/6 78/13 99/11 103/6
**stuff [1]** 158/16
**sub [1]** 82/22
**subject [2]** 128/1 128/10
**submit [7]** 20/17 64/4 66/18 70/6 73/8 93/7 102/2
**submitted [3]** 62/21 66/21 66/24
**submitting [1]** 148/25
**subpoena [1]** 155/10
**subpoenaed [1]** 16/13
**substance [2]** 5/25 142/25
**Substantially [1]** 122/22
**successfully [1]** 90/5
**such [2]** 7/6 105/9
**sufficient [2]** 126/23 127/15
**suggest [2]** 48/12 157/25
**suit [2]** 54/22 56/16
**Suites [1]** 12/15
**summer [3]** 46/17 49/25 49/25
**supervisor [2]** 6/17 38/12
**supervisors [2]** 6/12 6/15
**supplemental [1]** 92/7
**supplied [1]** 9/1
**supply [14]** 53/23 53/23 60/17 60/18 63/2 111/14 112/18 112/22 119/16 120/19 121/3 135/21 137/6 137/22
**Supply's [1]** 118/22
**supposed [3]** 3/19 78/17 135/25
**supposedly [1]** 27/1
**sure [26]** 7/21 11/4 21/10 22/2 24/3 26/19 37/6 37/7 37/13 70/14 70/19 70/23 84/13 84/17 92/12 97/14 98/25 109/24 112/15 114/13 123/20 130/22 142/10 152/2 153/12 159/4
**surprise [6]** 40/17 40/20 41/9 41/14 41/16 41/20
**suspended [1]** 148/23
**suspensions [3]** 148/18 149/2 149/7
**Sustained [4]** 35/19 36/9 99/13 149/5
**swab [3]** 150/20 151/9 151/10
**switch [2]** 7/16 110/3

**switching [2]** 4/22 5/11
**sworn [2]** 52/5 52/7
**system [11]** 32/16 34/18 46/13 46/22 86/16 86/19 86/23 98/9 98/9 100/25 106/8
**systems [5]** 46/11 46/15 46/17 46/20 50/1

**T**

**table [1]** 125/23
**take [12]** 3/8 37/2 37/21 44/12 49/17 52/16 71/15 71/19 125/18 125/23 128/22 157/3
**taken [4]** 25/17 72/6 83/12 129/3
**taking [5]** 26/9 41/1 41/2 41/4 118/17
**talk [18]** 11/8 12/1 12/4 12/6 17/4 17/6 21/1 24/23 25/9 27/14 37/17 52/14 81/10 124/14 127/5 144/5 155/16 155/17
**talked [12]** 10/22 11/10 16/23 17/17 21/13 39/24 40/2 46/3 112/11 117/2 127/1 150/6
**talking [3]** 21/4 50/7 146/17
**TAMAYO [1]** 1/17
**Tampa [1]** 84/23
**task [1]** 43/11
**team [3]** 102/1 147/12 158/18
**telemarketer [5]** 87/25 91/23 92/1 92/10 93/22
**telemarketers [3]** 86/1 88/13 91/21
**telemarketing [3]** 48/3 87/25 149/24
**telemed [2]** 107/2 130/8
**telemedicine [25]** 17/17 17/19 24/3 24/11 24/17 24/18 50/13 64/2 93/2 94/7 95/2 95/10 96/5 98/7 98/14 98/20 99/2 99/22 100/6 104/19 106/6 107/18 130/10 150/1
**TeleSero [3]** 88/7 88/8 88/11
**tell [15]** 7/7 10/11 14/19 19/7 19/25 20/2 20/23 27/11 40/6 40/10 41/11 41/12 45/21 57/23 134/7
**telling [3]** 18/8 18/18 27/6
**template [4]** 93/19 93/20 106/21 135/20
**temporally [1]** 75/21
**ten [2]** 12/17 72/1
**tenure [1]** 123/4
**term [2]** 90/24 91/13
**termination [1]** 124/1
**terms [9]** 8/16 65/11 75/13 80/4 108/18 113/11 114/10 142/5 159/12
**test [6]** 22/8 150/8 150/12 151/9 151/9 153/17
**testified [15]** 16/8 28/22 35/6 42/16 43/10 45/14 47/3 78/10 104/2 109/15 110/5 126/7 126/12 143/15 149/21

**T**

**testify [2]**   8/24 30/4
**testifying [4]**   28/10 43/24
57/20 57/24
**testimony [23]**   6/9 9/9 9/10
9/11 10/2 10/3 10/4 20/21
23/6 27/23 28/1 33/23 39/24
43/21 45/10 47/14 71/21
99/12 103/7 126/16 126/22
128/18 155/20
**testing [15]**   54/8 85/17
88/14 88/18 92/11 101/10
122/19 122/21 122/24 123/2
123/3 123/6 123/8 149/19
154/20
**tests [2]**   54/13 84/19
**Texas [1]**   7/6
**text [25]**   68/6 68/11 68/19
69/5 69/9 70/5 70/23 71/1
72/17 76/16 77/8 97/24
105/15 113/20 115/20 117/3
118/6 118/11 118/14 126/10
140/3 140/15 141/23 143/19
147/1
**than [8]**   26/20 28/10 43/16
85/17 122/22 122/25 144/6
158/10
**thank [47]**   3/1 9/5 10/5 10/8
10/9 10/13 29/20 35/22 41/22
44/1 44/12 47/1 49/18 51/3
52/1 52/6 59/19 71/22 72/4
73/19 73/24 76/4 76/5 77/6
78/8 83/19 91/16 96/22 99/19
109/18 120/6 125/20 126/3
129/4 129/7 129/10 135/16
135/16 138/20 143/12 146/24
147/18 155/11 156/3 156/7
156/12 157/25
**that [581]**
**that Mr [1]**   42/9
**that's [1]**   154/22
**their [29]**   4/21 5/9 5/13
7/17 13/14 15/3 18/17 19/12
41/14 61/17 62/24 66/24
70/20 75/8 84/10 85/14 86/10
86/10 86/10 86/24 87/2 87/21
91/19 92/5 98/11 102/2 102/2
104/23 104/23
**them [56]**   18/13 18/18 18/18
19/19 20/4 20/4 20/8 20/12
24/13 24/14 31/7 40/6 40/10
41/9 41/12 42/12 51/23 63/24
63/25 71/6 72/14 78/6 79/15
83/22 85/24 88/24 91/20 98/3
100/13 101/20 102/1 102/2
102/2 102/19 105/4 105/5
106/1 116/22 116/23 116/24
116/25 121/19 121/21 122/3
126/11 130/21 134/7 134/11
134/13 134/14 145/5 146/12
150/12 150/22 152/2 152/11
**themselves [3]**   19/21 19/22
150/12
**then [36]**   4/15 7/13 25/18
31/21 43/2 45/10 55/12 64/2
64/4 66/5 66/18 67/17 69/22
70/21 71/4 71/7 72/1 72/17

77/2 81/15 88/25 93/3 93/5
93/20 95/24 95/25 100/13
102/1 113/5 121/2 127/12
128/19 131/22 132/7 132/12
150/13
**there [133]**   4/10 4/23 4/24
6/13 8/18 12/24 13/1 19/19
22/23 25/4 25/6 26/3 26/6
26/17 28/6 28/10 28/17 28/24
30/7 30/17 31/10 33/15 33/21
37/7 37/21 38/5 39/6 39/12
39/23 39/24 40/9 41/7 41/10
41/20 44/14 44/17 44/21
44/24 45/1 45/3 45/5 45/7
46/4 46/8 46/8 46/11 46/21
49/4 49/25 50/3 50/6 50/9
50/21 50/24 54/10 57/11
66/14 69/23 70/11 72/2 72/14
73/8 73/16 75/23 80/24 81/19
81/20 81/21 83/25 84/4 84/7
84/8 84/8 84/12 84/25 85/15
85/16 85/16 87/4 87/12 87/14
87/15 89/1 89/21 89/21 89/21
91/6 93/12 93/12 93/19 94/5
94/18 94/22 95/18 95/21
95/21 95/23 95/25 98/5 98/10
102/4 102/15 102/17 103/10
104/4 116/9 116/10 123/4
123/11 123/16 125/24 127/15
131/19 132/10 132/11 132/12
132/20 133/11 133/12 136/9
138/25 139/20 140/11 140/11
142/22 152/4 157/10 157/10
158/3 158/7 158/16 159/1
159/4
**Thereupon [15]**   10/7 31/4
32/1 69/16 71/17 71/23 72/6
73/20 75/1 76/6 125/21 129/3
129/6 156/6 159/19
**these [66]**   6/1 7/9 16/23
20/12 20/23 24/5 24/23 25/17
25/19 26/20 28/23 36/22 39/9
39/10 39/11 40/7 45/14 59/10
62/10 62/19 63/14 64/1 85/25
86/4 86/12 87/8 88/1 88/11
98/1 98/6 98/17 98/18 98/20
98/21 99/2 101/19 104/21
105/12 105/21 110/6 110/6
110/21 113/16 117/3 121/18
124/13 124/16 125/14 126/9
126/17 126/19 126/21 127/7
132/17 134/6 134/12 138/13
144/12 144/14 145/7 147/1
148/6 148/12 150/20 151/25
152/16
**they [144]**   3/7 3/10 3/13
4/14 4/15 4/21 4/22 5/12
5/13 5/25 6/1 6/1 6/14 6/16
8/7 13/8 15/11 16/20 19/8
19/11 19/11 19/13 19/13
19/15 19/17 19/18 19/21
19/22 19/23 19/25 20/1 20/2
20/2 20/17 24/10 28/25 29/9
36/23 41/1 41/1 42/14 50/6
50/12 50/15 50/15 50/18
59/11 60/10 60/21 60/22
60/23 60/24 61/18 61/19
62/21 62/25 63/1 63/2 63/3

63/19 63/23 63/24 63/25
66/15 66/16 66/18 66/21
67/12 72/25 79/15 80/19
80/20 81/8 82/13 83/10 85/15
85/16 86/15 86/16 86/22 87/1
87/3 87/9 87/20 87/20 87/21
87/21 87/24 88/8 90/2 90/3
90/3 90/22 91/8 91/8 91/9
92/6 92/25 93/6 98/7 98/9
98/19 98/22 98/23 99/6 100/2
100/22 101/20 101/23 102/13
103/1 103/2 103/19 103/23
104/9 104/11 104/21 104/22
104/22 105/25 106/6 110/15
110/18 121/25 125/14 126/7
126/7 128/18 130/5 132/16
132/19 132/21 132/23 132/24
133/9 141/16 141/17 142/10
148/18 150/11 150/24 152/2
154/15 154/20
**thing [8]**   18/17 66/6 67/17
70/8 120/10 131/7 132/16
137/21
**things [12]**   3/21 14/21 14/24
21/23 23/16 37/7 72/4 85/17
85/18 94/21 95/22 141/19
**think [30]**   4/12 6/20 6/22
7/23 9/2 10/1 18/20 31/5
31/10 47/24 72/9 75/21 80/8
80/16 88/13 100/2 104/1
105/9 106/11 119/2 122/11
126/23 127/15 128/2 138/21
139/15 149/21 152/4 157/2
158/5
**third [1]**   77/23
**this [290]**
**Thomas [4]**   42/9 54/17 112/22
113/2
**those [40]**   3/25 4/1 5/11 7/9
17/9 18/3 21/22 31/18 31/19
40/6 46/20 51/21 53/24 54/2
58/11 63/7 67/8 69/5 69/24
71/4 71/5 80/19 85/22 88/23
91/17 93/13 96/18 98/10
110/11 110/16 113/24 123/17
128/19 132/7 144/16 146/21
156/17 156/25 158/13 158/17
**though [2]**   29/9 109/11
**thought [2]**   19/2 103/23
**thoughts [2]**   72/21 159/12
**thousand [6]**   56/7 61/14
69/10 79/15 79/17 122/22
**thousands [4]**   78/18 87/11
100/7 106/13
**thread [14]**   70/5 70/23 72/17
75/3 76/16 97/24 113/20
117/3 118/4 118/14 118/18
118/23 126/10 143/16
**threads [1]**   68/20
**three [21]**   30/7 31/5 31/8
31/16 32/11 33/5 33/7 38/6
45/8 55/5 66/5 66/7 77/25
90/12 91/18 102/13 113/23
116/9 121/4 146/21 158/14
**through [42]**   11/3 13/4 13/14
22/12 23/17 31/6 31/8 31/16
32/7 32/10 32/11 33/5 33/7
40/7 63/25 69/22 71/11 72/12

**T**

**through... [24]**   72/13 73/7
74/9 74/18 74/21 75/4 76/8
85/25 87/1 104/3 106/9
106/17 107/6 112/12 117/21
118/14 127/22 127/25 128/7
128/15 128/16 129/15 130/13
137/20
**Thursday [1]**   3/20
**ticket [1]**   97/21
**tie [1]**   57/4
**tied [2]**   78/20 152/9
**Tim [24]**   84/6 85/7 100/12
100/16 100/16 101/1 101/5
101/11 101/18 104/13 104/24
105/3 105/6 105/8 105/12
105/19 105/23 108/22 123/18
123/20 133/14 133/15 133/17
134/7
**time [55]**   10/5 10/10 12/17
13/1 13/4 13/5 13/21 13/25
14/10 18/6 18/18 19/23 26/25
30/10 36/2 45/3 46/15 50/1
50/3 51/20 51/20 55/4 58/21
60/12 60/19 62/23 65/7 67/19
68/17 71/13 75/4 75/14 76/22
77/10 79/8 81/11 81/19 91/3
98/24 102/7 110/7 111/17
117/2 119/20 121/23 121/23
126/17 130/18 134/24 138/17
155/7 157/10 157/22 158/8
158/12
**times [14]**   11/11 20/10 36/22
39/25 66/5 66/8 81/13 81/21
105/9 116/9 121/4 138/25
144/18 144/19
**Timothy [4]**   26/25 27/2 27/4
27/20
**tip [1]**   150/8
**Tod [5]**   84/7 84/14 84/14
84/15 152/18
**today [12]**   15/14 16/13 20/21
43/21 54/18 56/12 56/25
57/20 57/22 57/24 58/8
158/19
**Todd [1]**   153/10
**together [4]**   4/18 58/15 96/6
128/2
**told [15]**   6/12 6/15 15/22
18/13 19/2 20/12 39/22 41/9
45/17 47/21 48/15 121/15
123/1 123/6 124/4
**Tom [4]**   68/3 70/25 96/14
141/8
**Tommy [40]**   64/17 64/18 65/1
65/4 74/6 75/10 76/17 77/5
77/10 77/19 77/20 78/4 78/5
78/14 79/6 84/3 91/20 95/16
96/6 101/4 101/8 113/16
114/19 116/2 118/16 120/17
123/20 124/9 124/11 124/21
129/22 133/18 140/5 140/10
142/14 143/1 143/16 145/5
146/11 147/9
**tomorrow [9]**   155/9 156/3
156/10 156/17 156/20 156/23
157/6 158/15 159/13

**tomorrow's [2]**   156/19
**tonight [1]**   158/23
**too [7]**   4/1 30/16 33/23 34/3
69/20 103/7 159/7
**top [32]**   24/2 26/14 26/17
28/19 30/13 32/14 34/19 39/6
63/1 76/14 107/7 108/3 108/7
108/16 109/8 109/12 112/10
114/21 135/17 137/18 139/20
147/18 152/15
**topic [2]**   144/5 145/11
**total [8]**   65/16 67/23 85/21
110/10 130/14 130/15 130/20
138/3
**totaled [1]**   132/12
**touch [3]**   11/1 11/5 91/15
**toward [1]**   123/3
**towards [1]**   123/10
**track [10]**   39/14 71/5 72/20
123/14 123/20 124/22 127/9
142/10 143/15 150/10
**tracking [6]**   123/17 123/18
124/6 127/19 138/21 141/19
**train [1]**   92/18
**trained [3]**   21/16 92/15
92/22
**training [1]**   42/6
**transcript [3]**   1/12 127/2
160/1
**transmit [1]**   46/12
**transparent [1]**   15/2
**treat [1]**   128/12
**treated [1]**   158/4
**triage [2]**   23/17 93/10
**trial [4]**   1/12 72/19 156/4
159/13
**tried [3]**   11/1 11/5 48/16
**trip [2]**   94/22 97/5
**trouble [2]**   99/8 99/17
**truth [3]**   14/19 15/11 57/23
**try [4]**   31/12 70/7 72/20
155/17
**trying [8]**   4/3 5/3 5/8 8/8
8/22 10/1 48/12 159/6
**Tuesday [1]**   159/1
**turn [11]**   77/23 108/16 109/7
112/20 113/6 113/24 115/13
116/11 116/16 116/17 118/15
**twice [1]**   105/11
**two [25]**   12/24 19/19 31/20
32/10 32/13 32/25 33/1 33/8
37/8 73/8 77/4 82/5 91/17
96/1 113/19 113/23 113/24
114/23 115/1 116/9 132/10
132/14 132/21 146/25 157/5
**tying [1]**   128/1
**Tyler [3]**   84/8 84/24 157/12
**type [4]**   32/14 32/21 35/8
54/6
**types [3]**   21/20 87/12 92/1
**typically [2]**   26/20 86/2

**U**

**Uh [1]**   150/23
**Uh-hum [1]**   150/23
**ultimate [1]**   72/18
**ultimately [7]**   41/4 48/4
58/1 58/6 65/11 79/25 123/22

**um [2]**   95/20 103/17
**um-m-m [2]**   95/20 103/17
**unable [1]**   102/6
**unclear [1]**   99/13
**uncomfortable [1]**   43/10
**under [17]**   6/19 10/10 58/4
71/20 73/22 74/21 75/14 76/2
108/9 108/23 124/4 126/20
127/16 127/21 129/7 132/11
155/10
**underlying [1]**   126/10
**understand [3]**   126/19 146/3
156/10
**understanding [5]**   24/5 42/9
128/8 156/24 159/1
**UNITED [3]**   1/1 1/4 1/13
**unless [1]**   157/17
**until [9]**   12/4 41/11 45/5
52/15 52/15 80/11 155/14
155/25 156/1
**up [37]**   3/8 3/12 4/24 21/11
27/16 27/19 28/23 32/3 32/14
36/18 41/4 46/24 51/8 58/10
62/12 78/9 78/13 95/14 95/18
96/6 97/18 118/3 124/15
127/6 128/6 132/12 136/21
142/16 142/17 142/18 142/21
145/4 148/4 148/19 150/13
152/23 159/3
**updated [1]**   118/5
**uploaded [4]**   86/16 86/23
98/9 100/23
**urgency [2]**   102/15 102/17
**us [15]**   10/11 11/8 48/15
63/1 79/16 110/7 112/12
112/20 124/14 114/15 127/20
129/15 130/13 135/18 137/19
**use [8]**   72/8 72/15 90/25
124/24 125/18 127/10 128/21
134/14
**used [7]**   36/14 46/11 46/15
48/23 49/6 132/20 155/5
**using [7]**   49/3 49/10 50/7
65/9 74/15 84/18 139/10

**V**

**vague [1]**   4/1
**value [1]**   63/4
**various [3]**   83/25 86/13
152/13
**vendor [3]**   86/5 86/6 88/3
**verdict [1]**   155/16
**verifications [1]**   21/22
**verifying [1]**   21/19
**very [5]**   73/15 123/10 128/21
128/22 156/4
**Via [1]**   154/25
**video [2]**   98/23 156/17
**view [1]**   126/19
**viewed [1]**   137/7
**voice [1]**   11/9
**voluminous [1]**   158/5

**W**

**wait [3]**   52/15 52/15 71/12
**waiting [1]**   87/6
**waive [1]**   8/12
**walk [7]**   52/4 63/25 85/25

**W**

**walk... [4]**   112/12 129/15
130/13 137/19
**walked [3]**   32/7 32/10 32/11
**want [39]**   6/25 8/9 18/19
21/1 22/12 23/15 24/23 28/5
29/12 31/18 36/9 43/16 51/8
62/8 62/11 69/20 70/19 70/21
72/8 72/15 72/24 74/23 81/10
84/12 91/10 107/14 107/17
109/13 110/3 112/14 121/16
130/21 132/4 132/10 132/24
140/13 144/5 153/11 156/18
**wanted [7]**   3/13 3/18 19/2
38/23 69/25 102/19 123/24
**wants [3]**   20/24 153/1 156/9
**warranted [1]**   76/2
**was [312]**
**wasn't [7]**   16/2 21/10 45/25
78/18 84/17 95/25 126/15
**wasted [1]**   157/22
**way [17]**   4/5 6/6 8/22 10/24
21/17 27/10 28/6 28/10 28/13
39/21 39/22 69/24 91/15
128/16 131/25 145/19 157/23
**ways [7]**   5/22 5/25 8/8 9/16
86/8 92/15 142/18
**we [205]**
**we'll [2]**   59/19 85/19
**we've [1]**   22/20
**wearing [3]**   54/21 56/15 57/3
**weed [1]**   91/9
**week [27]**   14/11 38/5 38/5
38/6 51/10 65/16 66/2 78/17
81/13 81/21 100/5 100/6
115/10 123/15 123/23 124/14
124/15 127/5 127/6 130/19
132/1 132/2 133/1 138/16
139/7 141/17 141/19
**weekends [1]**   58/15
**weekly [17]**   65/14 66/4 66/6
66/7 115/7 116/7 116/10
121/5 123/19 123/25 124/11
126/6 126/22 127/1 133/10
144/10 148/11
**weirdest [1]**   95/22
**welcome [2]**   36/11 44/2
**well [28]**   3/19 10/18 23/4
24/16 25/13 35/6 44/15 44/18
46/25 47/14 60/13 78/14
82/22 88/18 95/3 95/5 95/17
95/21 103/15 105/22 106/2
109/8 116/10 135/6 140/19
143/25 143/25 155/10
**went [11]**   42/6 80/21 94/22
104/2 115/3 142/11 145/4
145/22 145/24 145/25 146/9
**were [162]**
**weren't [2]**   41/14 99/25
**West [1]**   1/22
**what [299]**
**whatever [4]**   20/24 90/13
103/15 122/2
**wheel [1]**   90/14
**when [93]**   3/14 3/15 4/14
4/25 5/12 5/21 9/8 10/1 14/4
14/7 15/7 18/3 18/4 19/6

19/11 20/7 21/22 28/3 30/17
34/24 35/2 35/3 38/2 38/8
39/9 39/15 40/7 41/1 41/12
43/11 44/21 44/24 45/14 46/2
47/21 48/21 49/3 49/8 49/10
49/12 49/20 50/1 50/3 51/9
51/17 54/9 55/4 55/16 57/18
58/19 60/24 61/16 62/16
62/23 64/9 65/6 65/17 65/19
70/13 70/14 78/9 78/13 81/15
82/3 83/16 84/2 85/15 87/10
88/17 88/17 89/21 89/21 90/5
90/21 95/11 98/6 100/16
100/24 103/19 104/22 105/25
108/21 123/10 138/25 144/11
144/19 146/3 147/6 148/21
150/10 150/11 151/25 158/13
**where [47]**   4/17 8/9 9/20
19/13 23/3 39/12 43/2 48/15
50/6 52/18 52/20 53/9 53/24
63/14 63/16 64/2 64/7 64/21
64/23 67/3 76/18 80/19 80/20
82/2 83/12 83/23 84/22 86/4
86/12 86/14 94/14 95/19
95/25 100/14 104/21 104/21
106/24 108/14 113/7 113/19
121/25 124/16 125/8 127/7
135/17 135/25 141/19
**Whereupon [12]**   59/17 76/9
83/7 89/17 96/20 107/23
112/5 120/5 135/13 137/16
151/20 154/3
**whether [15]**   6/6 18/10 21/6
22/1 22/1 23/11 24/13 24/16
24/17 27/16 27/19 34/2 71/5
76/2 99/21
**which [27]**   16/20 36/17 39/22
67/17 72/9 74/16 80/21 90/3
93/3 93/5 93/6 99/14 99/16
100/14 101/22 102/4 106/8
115/10 121/23 126/11 128/17
128/18 141/2 145/20 147/10
152/10 156/19
**while [4]**   21/12 32/22 46/4
118/3
**white [15]**   86/7 124/24
124/25 125/1 125/7 125/8
126/7 126/22 127/11 127/11
127/12 128/17 128/20 129/14
129/18
**who [91]**   4/11 4/15 11/4
19/11 23/2 23/6 27/10 32/18
39/15 44/17 44/23 45/17
54/16 55/14 58/1 58/3 58/21
59/2 59/21 60/1 60/6 61/2
61/5 61/19 61/21 62/13 64/12
64/16 64/25 66/23 67/1 75/13
76/15 77/4 77/13 78/3 79/12
84/2 84/4 84/14 84/24 85/10
85/25 88/25 89/6 91/18 94/10
95/14 97/1 98/14 101/1 101/3
101/5 101/7 101/9 102/22
102/24 103/22 104/12 104/24
105/5 105/19 109/5 112/12
113/2 119/15 120/15 120/18
121/22 123/6 123/17 123/22
124/1 124/20 126/12 127/8
129/18 129/18 130/24 130/25

131/8 133/13 133/17 140/4
140/6 142/8 147/22 152/16
153/4 153/7 154/6
**whoever [2]**   91/20 102/21
**whole [5]**   22/23 70/8 72/19
72/23 135/17
**whose [8]**   46/21 79/23 81/4
112/20 120/15 124/18 126/21
127/7
**why [32]**   5/6 5/14 8/14 31/11
41/16 62/7 62/9 63/25 78/5
82/12 102/20 103/10 110/19
120/25 121/14 121/16 121/24
132/5 132/7 134/1 136/8
136/19 138/9 145/6 145/8
145/19 146/4 146/8 148/17
148/23 149/13 159/10
**wiggle [1]**   8/22
**will [39]**   8/2 31/21 46/24
64/6 69/20 69/21 70/12 70/14
71/4 71/22 72/1 73/8 75/24
91/7 102/14 115/7 121/3
125/18 125/23 127/17 127/25
128/11 128/15 129/9 140/25
145/19 147/25 148/2 152/22
155/8 155/12 156/14 156/16
156/23 158/4 158/6 158/13
159/10 159/17
**willing [2]**   8/12 65/16
**wins [1]**   102/21
**wire [21]**   55/23 78/2 78/5
79/17 80/18 123/19 133/4
133/6 133/12 135/24 136/16
142/2 143/20 143/22 145/6
145/14 145/20 146/4 148/7
148/10 154/25
**wires [9]**   78/7 124/7 138/14
141/25 142/6 142/8 142/10
143/16 148/11
**wish [2]**   72/25 128/21
**withdraws [1]**   144/2
**withdrew [1]**   145/4
**within [5]**   7/25 45/23 102/13
117/8 143/20
**without [16]**   7/17 59/15
70/22 83/6 89/16 96/18 112/4
117/22 120/3 130/8 130/10
135/12 137/15 142/25 151/19
154/1
**witness [36]**   3/7 3/23 4/10
7/10 7/15 7/20 7/21 8/2
29/12 31/6 31/11 34/8 34/13
35/17 36/11 52/7 55/1 55/8
56/19 57/6 73/25 81/22 82/8
82/14 104/1 106/15 117/6
127/1 134/16 140/12 143/23
151/2 151/3 157/11 158/17
158/17
**witness' [2]**   9/9 145/11
**witnesses [7]**   2/2 52/14
155/24 156/19 157/6 158/14
159/13
**won't [3]**   66/13 98/3 138/13
**wood [1]**   95/24
**word [2]**   7/25 7/25
**words [1]**   43/8
**wore [1]**   109/25
**work [23]**   4/24 13/11 18/4

**W**

**work... [20]**   18/5 37/18 38/2
38/3 42/7 46/9 48/23 53/7
57/9 57/11 63/20 78/16 82/4
85/7 85/25 89/20 100/18
105/19 139/5 144/9
**work there [1]**   57/11
**worked [33]**   4/11 4/11 12/11
12/21 12/24 30/10 30/17
42/16 43/2 44/11 44/13 44/17
44/21 44/23 44/24 45/23
45/24 46/4 53/13 82/3 84/7
84/8 84/9 84/9 84/9 84/25
85/7 85/16 85/20 85/22 88/15
94/8 152/18
**working [19]**   4/13 12/7 13/1
32/22 34/24 35/3 36/1 45/1
46/8 47/25 49/20 50/9 50/21
50/24 94/5 114/15 119/20
123/10 134/25
**works [1]**   13/8
**would [175]**
**wouldn't [5]**   19/4 40/20
41/16 91/10 99/6
**wrap [1]**   152/23
**write [1]**   116/5
**written [2]**   105/15 110/13
**wrong [9]**   15/25 16/4 16/11
18/5 103/12 103/14 103/20
104/10 139/15
**wrote [2]**   126/12 129/18

**Y**

**Yeah [1]**   115/18
**year [9]**   11/19 11/21 11/24
40/3 40/3 40/4 52/24 67/10
79/10
**years [6]**   12/24 53/6 53/16
53/16 55/5 102/13
**Yep [2]**   12/5 114/22
**yes [413]**
**yesterday [1]**   3/15
**yet [2]**   6/1 33/15
**you [931]**
**you'd [1]**   117/7
**your [207]**
**yourself [1]**   48/6

**Z**

**Zachary [2]**   54/17 79/24
**Zack [30]**   60/13 65/1 65/2
67/17 68/3 70/25 74/7 75/9
76/17 77/11 77/22 79/13
80/22 81/5 84/3 95/16 96/6
99/23 114/20 115/17 124/10
124/11 124/21 127/9 129/22
142/15 143/1 143/17 146/12
147/9
**zoho [19]**   26/17 28/19 28/25
29/2 29/4 29/9 32/16 34/21
36/5 36/10 36/14 39/6 39/13
39/17 94/3 106/10 107/7
108/3 108/7
**zoom [18]**   76/14 77/7 77/18
77/25 108/3 108/16 109/8
112/10 113/24 116/17 120/7
130/3 135/17 135/22 137/18
139/20 140/5 146/5 147/17
**zooming [1]**   130/12